# Exhibit A

Defendants' Exhibit to Motion to Reconsider

(Deposition of Kimberlee Centera, May 14, 2021, pp. 85, 183-184)

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF OKLAHOMA

 3

    UNITED STATES OF AMERICA,
 4
        Plaintiff,
 5
    and
 6
    OSAGE MINERALS COUNCIL,
 7
        Intervenor-Plaintiff,
 8
    vs.                       Case No. 14-CV-704-GFK-JFG
 9
    OSAGE WIND, LLC;
10  ENEL KANSAS, LLC; and
    ENEL GREEN POWER
11  NORTH AMERICA, INC.,

12      Defendants.

13


14     VIDEO ZOOM DEPOSITION OF KIMBERLEE CENTERA
       TAKEN ON BEHALF OF THE INTERVENOR-PLAINTIFF
15       ON MAY 14, 2021, BEGINNING AT 10:49 A.M.
          REPORTER PRESENT IN YUKON, OKLAHOMA
16

17      APPEARANCES:

18  On behalf of the PLAINTIFF

19  Stuart Ashworth
    Cathryn D. McClanahan
20  UNITED STATES ATTORNEY'S OFFICE
    110 West 7th Street, Suite 300
21  Tulsa, Oklahoma 74119
    (918) 382-2700
22  stuart.ashworth@sol.doi.gov

23

24  THE VIDEOGRAPHER:  Jake Underwood

25  REPORTED BY:  Janna Pirtle, CSR, RPR
```

```
 1        Q    So I am now going to introduce what I
 2   believe is going to be Exhibit 38, and let me
 3   just pull that up here really quick, so we are
 4   going to look at this.  All right.  Okay.
 5   Sorry, my apologies.
 6             Okay.  So this is -- Exhibit 38 is Bates
 7   stamped OSAGE WIND PRIV-000243.  It is a letter
 8   dated October 9th, 2014, to Mr. Francesco
 9   Venturini, president of EGPNA, and it looks like
10   it's from the superintendent of the United
11   States BIA, the Department of Interior, Bureau
12   of Indian affairs.
13             Ms. Centera, are you familiar with this
14   document?  Have you seen this document before?
15        A    I have, yes.
16        Q    I'll read here.  It states, "You are to
17   refrain from any further excavation of minerals
18   until such time that you have obtained a sandy
19   soil permit through the Osage agency."
20             In your expert opinion, would this
21   constitute a situation where defendants were,
22   quote, unquote, clearly apprised that a lease
23   would be necessary prior to or continuing to
24   excavate minerals?
25        A    Well, I think what I would say is you
```

```
 1      Q   (By Mr. Ashworth)  Give me one second.
 2   My computer's...
 3              (Discussion off the record)
 4      Q   (By Mr. Ashworth)  Ma'am, have you seen
 5   this letter before?
 6      A   Can I see the top part of the letter?
 7   Okay.  Can you scroll down?  I think I have seen
 8   this before.
 9      Q   You believe you have?
10      A   I think I've seen this.  Trying to
11   think.  Could you keep scrolling, please?  Yes,
12   I have seen this letter, yes.
13      Q   Okay.  If we go back to the first page,
14   I'm going to look at the second paragraph right
15   there.  The last sentence, in particular, it
16   says -- this is a letter from Andrew Yates, at
17   the time, I believe, the chairman of OMC to
18   David Boyce.  That sentence says, "Activities
19   occurring within or affecting the Osage mineral
20   estate may be subject to a range of federal
21   regulations" -- I'm sorry -- "regulatory
22   requirements, including the need to secure a
23   federal permit or lease to undertake such
24   activities, pursuant to 25 CFR Sections 411 and
25   414."
```

```
 1            You have read that sentence before;
 2   correct?
 3       A    Yes.
 4       Q    Okay.  And before I get any further, I
 5   will mark this as Exhibit Number 41.  I believe
 6   that's the correct number.
 7            Ma'am, did you read that sentence before
 8   you wrote your expert report, wherein you state
 9   that there was no evidence to conclude that
10   project would have needed a minerals lease?
11       A    No, I did not.
12       Q    So you read this sentence after your
13   expert report; correct?
14       A    Right.  I --
15       Q    Okay.  And this letter to David Boyce,
16   who's -- my understanding is now or was the CEO
17   of Osage Wind, LLC.  And I'd also represent that
18   it appears that when it references 411, 414, if
19   you were to go to those sections, they don't
20   exist.  By looking at the titles, it would have
21   indicated 211 and 214.
22            Is it your understanding that this would
23   at least provide some evidence that -- for Osage
24   Wind to have concluded that a lease would have
25   been needed, pursuant to either the -- or
```