# EXHIBIT D

1              IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OKLAHOMA
2
     UNITED STATES OF AMERICA,
3
               Plaintiff,
4      and

5    OSAGE MINERALS COUNCIL,

6              Intervenor-Plaintiff,
     vs.                          No. 14-CV-704-GFK-JFG
7
     OSAGE WIND, LLC; ENEL, KANSAS,
8    LLC; and ENEL GREEN POWER
     NORTH AMERICA, INC.,
9

10             Defendants.

11
          VIDEO ZOOM DEPOSITION OF CRAIG MAZUROWSKI
12           TAKEN ON BEHALF OF THE PLAINTIFF
               ON JUNE 7, 2021 AT 10:03 AM
13        REPORTER PRESENT IN OKLAHOMA CITY, OKLAHOMA
                       APPEARANCES
14   On behalf of the PLAINTIFF:
     Stuart Ashworth
15   Kathy McClanahan
     UNITED STATES ATTORNEY'S OFFICE
16   110 West 7th Street, Suite 300
     Tulsa, Oklahoma  74119
17   918.382.2700
     stuart.ashworth@sol.doi.gov
18
     On behalf of the INTERVENOR-PLAINTIFF:
19   Mary Kathryn Nagle
     Abi Fain
20   PIPESTEM & NAGLE, P.C.
     401 South Boston Avenue, Suite 2200
21   Tulsa, Oklahoma  74103
     918.936.4705
22   mknagle@pipestemlaw.com

23   (Appearances continued on the following page.)

24   VIDEOTAPED BY:  Kaleb Pinalto

25   REPORTED BY:   Jody Graham, CSR, RPR, RMR, CRR

Page 2

1 APPEARANCES (Continued)

2 On behalf of the DEFENDANTS:
  Sarah M. Stevenson
3 Lynn Slade
  MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
4 500 Fourth Street NW, Suite 1000
  Albuquerque, New Mexico 87103
5 505.848.1800
  sarah.stevenson@modrall.com
6
  On behalf of the WITNESS:
7 Roy Rodabaugh
  GENERAL COUNSEL, IEA CONSTRUCTORS
8 6325 Digital Way, Suite 460
  Indianapolis, Indiana 48278
9 800.688.3775

10 ALSO PRESENT: Michelle Hammock, Christina Watson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

---

Page 3

1 INDEX

2                                    Page

3 CRAIG MAZUROWSKI                          5
  Direct Examination by Mr. Ashworth           5
4 Cross Examination by Ms. Nagle              92
  Cross Examination by Ms. Stevenson         150
5 Redirect Examination by Mr. Ashworth       153

6              EXHIBITS

7 Exhibit      Description

8 37    Osage Wind 024749-024751           123
  44    LinkedIn Page of C. Mazurowski      15
9 45    Key Personnel Chart                 19
  46    Scope of Work                       33
10 47   Technical Specifications            43
  48    Change Order dated 5-28-2012        67
11 49   Change Order dated 5-12-2014        68
  50    Purchase Order to Apac dated        80
12        9-16-2014
  51    Purchase Order 11-19-2013           83
13 52   Contract dated 4-11-2013           103
  53    Email dated 7-9-2014 from R. Ritter 130
14      to Various Recipients - IEA00227119
  54    Email dated 9-3-2014 between C.     139
15      Mazurowski and B. Moskaluk
  55    Email dated 9-17-14 from R. Ritter 141
16      to C. Hanson - Osage Wind 019903.1
  56    Email from B. Moskaluk to G.        145
17      DiMarzio - Osage Wind-018666
  57    Email dated 11-18-2014 from C.      148
18      Mazurowski to C. Hanson - Osage Wind
        024924
19 58   Email dated 6-3-2015 from R. Gardner 151
        to C. Mazurowski - Osage Wind 388335

21          STIPULATIONS

22      It is stipulated that the deposition of

23 CRAIG MAZUROWSKI may be taken pursuant to Notice and

24 Federal Rules of Civil Procedure on JUNE 7, 2021,

25 before Jody Graham, CSR, RPR, RMR, CRR.

---

Page 4

1      VIDEOGRAPHER: This is the deposition of

2 Craig Mazurowski in the matter of Osage Minerals

3 Council versus Osage Wind. Today is June 7th, 2021,

4 and we're on the record at 10:03 a.m. Central Time.

5 Will counsel, please, state their appearances for the

6 record.

7      MR. ASHWORTH: Stuart Ashworth on behalf of

8 the US Attorney's office. I also have Kathy

9 McClanahan, an attorney for the US Attorney's office.

10 We also have Christina Watson and Michelle Hammock who

11 are paralegals in our office.

12      MS. NAGLE: On behalf of the Osage Minerals

13 Council, Mary Kathryn Nagle of Pipestem & Nagle Law.

14 And with me today is my colleague Abi Fain.

15      MS. STEVENSON: On behalf of defendants

16 Osage Wind, LLC; Enel Kansas, LLC; and Enel Green

17 Power North America, Inc., Sarah Stevenson of the

18 Modrall Sperling law firm. Also attending today is my

19 colleague Lynn Slade, also of Modrall Sperling.

20      MR. RODABAUGH: And you also have Roy

21 Rodabaugh. I'm attorney and counsel for IEA

22 Contractors, LLC, which is formerly known as IEA

23 Renewable Energies, Inc.

24      VIDEOGRAPHER: Okay. The court reporter

25 will now swear the witness.

---

Page 5

1      CRAIG MAZUROWSKI,

2 being first duly sworn, was examined and testified as

3 follows, to wit:

4      DIRECT EXAMINATION

5 BY MR. ASHWORTH:

6   Q   Sir, my name is Stuart Ashworth, and I

7 represent the US. government in this lawsuit. I

8 appreciate your time, and I'll try to be as quickly as

9 possible with your deposition. But can you, please,

10 state your full name for the record?

11   A   Craig Mazurowski.

12   Q   What's your middle name?

13   A   Benjamin.

14   Q   Benjamin? Have you gone by any other names

15 other than that?

16   A   No.

17   Q   Do you mind if I call you Craig during your

18 deposition?

19   A   No problem.

20   Q   Okay. Just because your last name, I would

21 hate to butch it up. Mazurowski. Am I kind of saying

22 that correctly?

23   A   Yeah. You're dead on.

24   Q   Oh, perfect. How many times have you given

25 a deposition before?

Page 134

1   **Q**  Who all would have been involved in that
2  **collaborative effort?**
3   A  Probably the people you see on this email
4 with the engineer of record and Enel.
5   **Q**  Okay.  Were you a part of those discussions?
6   A  Looks like I was, but I don't remember.
7   **Q**  So moving up, it looks like Ron Ritter has a
8  **response here to Bryan also on July 9th, 2014.  He**
9  **writes, "I understand that we can't mine from one side**
10  **of the project and transport to the other; however, in**
11  **the general vicinity of the foundation within the 192'**
12  **maximum radius of the cultural boundaries, we intend**
13  **to balance the site.  The process, along with the**
14  **excavation of the foundation itself, will develop a**
15  **vast majority of the materials we need for fill and**
16  **for associated sloping; however, should we need to**
17  **import fill, the quarry in Burbank from which we are**
18  **deriving our access road aggregate can supply us with**
19  **off-site material."**
20  ==Was it your understanding that mining on the==
21  ==Osage Wind farm project there was acceptable so long==
22  ==as it was not transported away from the location where==
23  ==it was mined?==
24    MS. STEVENSON:  Object to form.
25    THE WITNESS:  We didn't mine.

Page 135

1   **Q**  (BY MS. NAGLE) So in your opinion
2 **nothing -- none of the activities you undertook**
3 **constitutes mining?**
4   A  In my opinion, no.
5   **Q**  Okay.  And so what have you relied on to
6 **form that opinion?**
7   A  Just general understanding of mining.  We
8 were excavating and doing civil work, which...
9   **Q**  Uh-huh.  And was your understanding of what
10 **constitutes mining informed by Enel or EGP NA?**
11   A  Looked like, you know, based on what you're
12 showing me, there were some concerns.
13   **Q**  Uh-huh.  And would you agree that it looks
14 **like here that Enel and EGP NA shared those concerns**
15 **with you; is that correct?**
16    MS. STEVENSON:  Object to form.
17    THE WITNESS:  That's how it seems.
18   **Q**  (BY MS. NAGLE) Do you have an
19 **understanding of what is meant by the reference to**
20 **the cultural boundaries here in this email from Ron**
21 **Ritter?**
22   A  Not specifically.  I believe the record
23 drawings define it, if I'm not mistaken.
24   **Q**  Okay.  So you don't know what cultural
25 **boundaries are; is that correct?**

Page 136

1   A  Well, generally, you know, we have an area
2 that we stay within.  And anything outside of that
3 is -- which we can't go outside the design area.
4   **Q**  What is your boss Ron Ritter here referring
5 **to when he talks about sloping?  What's sloping?**
6   A  You know, to make a proper slope.  Because
7 you've got to be within a certain grade --
8   **Q**  Uh-huh.
9   A  -- for it to be approved, you know what I
10 mean.  Like -- like on the side of a hill, you know,
11 you don't want -- driving down the highway and having
12 dirt fall on top of you.  So it's kind of the same
13 thing.  You slope it back and...
14   **Q**  Uh-huh.
15   A  So the approved grade, I guess, is probably
16 the best way to define it.
17   **Q**  And what materials would typically be used
18 **for fill-in sloping?**
19   A  What would be used for what?
20   **Q**  What materials would typically be used for
21 **fill-in sloping?**
22   A  The area, local native material.
23   **Q**  Okay.  Let's see.  So I know you said
24 **earlier that you would have been a part of the**
25 **collaboration that resulted in the original**

Page 137

1 **construction plan.  Do you remember when that original**
2 **construction plan was finished or complete?**
3   A  You would have to look on the drawings.
4 Should be dated.
5   **Q**  Okay.  So you don't recall right now?
6   A  No.
7   **Q**  Okay.  So if we keep going up in this email
8 **chain, we see Giuseppe responds, and then we've got**
9 **another response from Ron Ritter.  This is also dated**
10 **July 9th to Giuseppe, and you're copied here on this.**
11    **He -- Ron Ritter -- I'm just reading a few**
12 **of the relevant lines that -- specifically he says,**
13 **"It would not be practical for us to perform this work**
14 **with imported fill at no extra cost if the original**
15 **scope was for us to be allowed to mine on-site fill."**
16    **What is your understanding of what Ron**
17 **Ritter meant by this sentence?**
18    MS. STEVENSON:  Object to form.
19    THE WITNESS:  Balancing the site.
20   **Q**  (BY MS. NAGLE) So was he informing Enel
21 **and EGP NA that in order to balance the site with**
22 **materials off-site, it would be more expensive than**
23 **the budget IEA and Enel had initially approved for**
24 **the project?**
25    MS. STEVENSON:  Object to form.