# EXHIBIT A

Case No. l4-CV-704-GKF-JFJ

| | |
|---|---|
| To: | Lynn H. Slade[lynn.slade@modrall.com]; Bill C. Scott[bscott@modrall.com] |
| Cc: | Aaron Weigel[aweigel@tradewindenergy.com]; rfreeman@tradewindenergy.com[rfreeman@tradewindenergy.com]; Matt Gilhousen[matt@tradewindenergy.com]; Darren B. Neil[dneil@dfrglaw.com] |
| From: | Steve Willman |
| Sent: | Fri 4/25/2014 10:22:54 PM |
| Subject: | ATTORNEY CLIENT PRIVILEGED |

Osage Mineral Permit.pdf
TransportationImprovementProgram@osagetribe.org_20140317_102649.pdf

………
,,,,,,,,

Lynn and Bill,

Attached are documents received from Guy Engineering regarding BIA permitting. It appears that the Special Provision applies to Specifications for Highway construction. Please let us know your thoughts. I do not believe that this information changes our prior conclusions, but would appreciate your input.

Thanks,
Steve

**Steve Willman**, Attorney

swillman@dfrglaw.com | Direct: (913) 647-3930 | Cell: (913) 269-4783 | Phone: (913) 387-1600 | Fax: (913) 928-6739



5250 W. 116th Place, Suite 400
Leawood, Kansas 66211
www.dfrglaw.com

NOTICE OF CONFIDENTIALITY: The information contained in this e-mail, including any attachments, is confidential and intended only for the above-listed recipient(s). This e-mail (including any attachments) is protected by the attorney-client privilege, the work-product doctrine(s) and/or other similar protections. If you are not the intended recipient, please do not read, rely upon, save, copy, print or retransmit this e-mail. Instead, please permanently delete the e-mail from your computer and computer system. Any unauthorized use of this e-mail and/or any attachments is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender. Thank you.
DISCLAIMER: E-mail communication is not a secure method of communication. Any e-mail that is sent to or by you may be copied and held by various computers as it passes through them. Persons we don't intend to participate in our communications may intercept our e-mail by accessing our computers or other unrelated computers through which our e-mail communication simply passed. I am communicating with you via e-mail because you have consented to such communication. If you want future communication to be sent in a different fashion, please let me know.
Circular 230 Disclosure: Any advice contained in this email (including any attachments unless expressly stated otherwise) is not intended or written to be used, and cannot be used, for purposes of avoiding tax penalties that may be imposed on any taxpayer.

**From:** Aaron Weigel [mailto:aweigel@tradewindenergy.com]
**Sent:** Friday, April 25, 2014 4:57 PM
**To:** Darren B. Neil; Steve Willman; Matt Gilhousen
**Subject:** FW: Osage Mining Permit

FYI

**From:** Justin Larson
**Sent:** Friday, April 25, 2014 4:54 PM
**To:** Aaron Weigel
**Subject:** FW: Osage Mining Permit

**From:** John Blickensderfer [mailto:John-B@guyengr.com]
**Sent:** Friday, February 28, 2014 2:10 PM
**To:** Justin Larson
**Cc:** Rebecca Alvarez
**Subject:** RE: Osage Mining Permit

This is the special provision that is associated with all projects let in Osage County.

The contractors are responsible for obtaining this permit and paying the associated fees.

ODOT and City of Tulsa do not pay this as a separate pay item. The contractor includes this cost in other items of work.

Thanks!

John E. Blickensderfer, PE, CFM, LSI

Vice President - Engineering



EXHIBIT 91



**Guy Engineering Services, Inc.**
10759 East Admiral Place
Tulsa, OK 74116
918-437-0282
918-381-0838 Cell
918-437-0455 Fax
www.GuyEngr.com

*Engineering safe and lasting infrastructure solutions for our communities.*

This email and any attachments contain Guy Engineering Services, Inc. confidential information that may be proprietary or privileged, and is to be treated as confidential. All works, ideas, or copies within are copyrighted by Guy Engineering Services, Inc. If you receive this message in error or are not the intended recipient, you should not retain, distribute, disclose or use any of this information and you should destroy the e-mail and any attachments or copies. If you believe you have received this or any other email in error, please contact info@guyengr.com.

**From:** Justin Larson [mailto:jlarson@tradewindenergy.com]
**Sent:** Thursday, February 27, 2014 4:15 PM
**To:** John Blickensderfer
**Subject:** Osage Mining Permit

John – do you have any experience with this? What type of work have you seen performed where the entity had to actually acquire this permit? Cuirious to what extent this is a risk for turbine excavations as well as road work, or even water wells for domestic usage.