# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OKLAHOMA
 2
     UNITED STATES OF AMERICA,
 3
              Plaintiff,
 4
     and
 5
     OSAGE MINERALS COUNCIL,
 6
              Intervenor-Plaintiff,
 7
     vs                          No. 14-CV-704-GKF-JFJ
 8
     OSAGE WIND, LLC, ENEL KANSAS,
 9   LLC; and ENEL GREEN POWER
     NORTH AMERICA, INC.,
10
              Defendants.
11
              VIDEOTAPED DEPOSITION OF ROBIN PHILLIPS
12              Taken on Behalf of the Defendants
             On July 23, 2021, beginning at 10:03 a.m.
13          All Parties Appearing Via Webconference

14                          APPEARANCES
     Appearing on behalf of the PLAINTIFF:
15   Stuart Ashworth
     Cathryn D. McClanahan
16   Nolan Fields
     UNITED STATES ATTORNEY'S OFFICE
17   NORTHERN DISTRICT OF OKLAHOMA
     110 West Seventh Street, Suite 300
18   Tulsa, Oklahoma 74119
     918-382-2772
19   stuart.ashworth@usdoj.gov
     cathy.mcclanahan@usdoj.gov
20   nolan.fields@usdoj.gov
     and
21   Charles R. Babst, Jr.
     UNITED STATES DEPARTMENT OF THE INTERIOR
22   OFFICE OF THE SOLICITOR
     7906 East 33rd Street
23   Tulsa, Oklahoma 74145
     918-669-7730
24   charles.babst@sol.doi.gov
              Appearances Continued on Next Page
25   REPORTED BY:  MARY K. BECKHAM, CSR, RPR
```

```
 1                    APPEARANCES Continued

 2   Appearing on behalf of the INTERVENOR-PLAINTIFF,
     OSAGE MINERALS COUNCIL:
 3   Mary Kathryn Nagle
     Ridge Howell
 4   PIPESTEM & NAGLE
     1333 New Hampshire Avenue
 5   N.W. Washington, D.C. 20036
     202-407-0591
 6   mknagle@pipestemlaw.com


 7   Appearing on behalf of the INTERVENOR-PLAINTIFF and
     DEFENDANT, OSAGE WIND, LLC, ENEL KANSAS, LLC and
 8   ENEL GREEN POWER NORTH AMERICA, INC.:
     Robin Ball
 9   NORTON ROSE FULBRIGHT US LLP
     555 South Flower Street, 41st Floor
10   Los Angeles, California 90071
     213-892-9200
11   robin.ball@nortonrosefulbright.com
     and
12   Lynn Slade
     Dominic Martinez
13   MODRALL, SPERLING, ROEHL, HARRIS & SISKA, P.A.
     Post Office Box 2168
14   Albuquerque, New Mexico 87103-2168
     505-848-1800
15   lynn.slade@modrall.com
     dam@modrall.com
16


17


18   Exhibit Concierge/Videographer:  Stesha Snow
     Also present:  Francesca Boewe, Christina Watson,
19   Michelle Hammock


20


21


22


23


24


25
```

1    you told them they needed to get, correct?

2        A    The contract that the Agency utilizes

3    is -- was called a sandy soil permit.

4        Q    But, in fact, there's no provision in Part

5    214 for a sandy soil permit, as we just talked

6    about, and but -- so there's no provision in Part

7    214 for the permit that you told them they needed,

8    correct?

9             MR. ASHWORTH:  Object to the form.

10       A    Yes.

11       Q    (By Mr. Ball)  Now, you said "sandy soil,"

12   those words don't appear in Part 214.  Was there any

13   published guidance by the BIA about sandy soil

14   permits or leases in September 2014, October 2014,

15   during that time frame?  Was there any published

16   guidance by the BIA about such permits or leases?

17       A    The Osage Agency would have, like, a desk

18   operating procedures manual.

19       Q    So that would be something provided to

20   employees of the Agency?

21       A    Yes.

22       Q    Was it posted on the BIA website --

23       A    No.

24       Q    -- at the time?

25       A    No.

1    Q    Was there any publicly -- any published
2  guidance about sandy soil leases or permits in
3  October 2014 when you issued your letter to -- your
4  October 9th letter?
5         MR. ASHWORTH:  Object to the form.
6    A    When you say published, what do you mean
7  there?
8    Q    (By Mr. Ball)  I mean to the public.  So
9  if somebody was looking at doing business in Osage
10 County and wanted to look up what the requirements
11 were, was there anything, either -- that you
12 published in some publication or that was posted on
13 the website that someone could have accessed to see
14 information about a sandy soil permit or a sandy
15 soil lease?
16        MR. ASHWORTH:  Object to the form.
17   A    25 C.F.R. 214 is something that you can
18 Google.
19   Q    (By Mr. Ball)  Apart from that --
20   A    So it is -- it is available for the
21 public.
22   Q    Okay.  My question is a little different
23 than that.  We've talked about the fact that Part
24 214 does not refer to the words "sandy soil," it
25 doesn't refer to "permits."  Is there anything that

1    you have published in the sense that we just talked
2    about that referenced sandy soil permits for leases
3    in published --
4        A    No.
5             MR. BALL:  Let's go to my document
6    number -- document number 13, which I'll mark as
7    Exhibit 128, a multi page document with Bates pages
8    Osage Wind 018677 through 0181679.
9             (Exhibit 128 marked for identification.)
10            MR. BALL:  So you see that the first page
11   of this letter is from Joan Heredia of Enel to
12   Mr. Whiteshield?  We can blow it up if you need it
13   for that.  I don't mean to strain your eyes.
14       A    Please.
15            MR. BALL:  Okay.  If you'll enlarge the
16   first top -- the top of the letter and then enlarge
17   the second, the bottom of the letter.
18       A    Yes.
19            MR. BALL:  Okay.  If you would please show
20   the witness the rest of the letter.
21       Q    (By Mr. Ball)  You see this was CC'd to
22   you?
23       A    Yes.
24       Q    And it's from October 10th, 2014?
25       A    I'm not able to read the paragraph,