THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| (2) OSAGE MINERALS COUNCIL, | ) | Case No. l4-CV-704-GKF-JFJ |
| | ) | |
| Intervenor-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| (1) OSAGE WIND, LLC; | ) | |
| (2) ENEL KANSAS, LLC; and | ) | |
| (3) ENEL GREEN POWER | ) | |
| NORTH AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**INTERVENOR-PLAINTIFF OSAGE MINERALS COUNCIL'S
MOTION FOR SUMMARY JUDGMENT**

Intervenor-Plaintiff, the Osage Minerals Council ("OMC"), moves for summary judgment in

its favor pursuant to Fed. R. Civ. P. 56. As more fully set forth below, summary judgment is

sought for Counts I, II, III, and IV of the OMC's First Amended Complaint. Dkt. 164.

Additionally, summary judgment is sought for the following: (1) judgment that Defendants

Osage Wind, LLC, Enel Kansas, LLC, and Enel Green Power North America, Inc. are jointly

and severally liable for their tortious trespass, continuing trespass, and unlawful mining of the

Osage Mineral Estate; (2) judgment in favor of permanent equitable relief in the form of

ejectment, or alternatively, if the Court deems permanent injunctive relief is not warranted, a

determination that the proper calculation of monetary damages is contained in the expert report

of Mr. Steven Hazel; (3) judgment finding Defendants did not reasonably rely on the advice of

their legal counsel in good faith to mitigate damages, thereby dismissing Defendants' affirmative

defense in ¶ 17 of Defendants' Answer to the OMC's First Amended Complaint, Dkt. 174; and

2

(4) judgment finding the OMC is entitled to attorney fees. Summary judgment is appropriate in

this case because there are no genuine disputes as to any material fact. Therefore, the OMC is

entitled to judgment as a matter of law. The OMC's brief in support of this motion, including the

statement of undisputed facts, is attached herewith.

Respectfully submitted,

s/ Mary Kathryn Nagle
Mary Kathryn Nagle, OBA No. 33712
Wilson Pipestem, OBA No. 16877
Abi Fain, OBA No. 31370
Jennifer S. Baker, OBA No. 21938
Shoney Blake, Cal. Bar No. 264981
Pipestem and Nagle Law, P.C.
401 S. Boston Ave., #2200
Tulsa, Oklahoma 74103
918-936-4705 (Office)
mknagle@pipestemlaw.com
wkpipestem@pipestemlaw.com
afain@pipestemlaw.com
jbaker@pipestemlaw.com
sblake@pipestemlaw.com
*Counsel for Intervenor-Plaintiff*
*Osage Minerals Council*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:


Ryan A. Ray
Joel L. Wohlgemuth
rar@nwcjlaw.com
jlw@nwcjlaw.com

-and-

Lynn H. Slade
Sarah S. Stevenson
Deana M. Bennett
Spencer L. Edelman
lynn.slade@modrall.com
sarah.stevenson@modrall.com
deana.bennett@modrall.com
spencer.edelman@modrall.com
*Counsel for Defendants*

David McCullough
dmccullough@dsda.com

Jeffrey S. Rasmussen
jrasmussen@ndnlaw.com

-and-

Wilson Pipestem
Mary Kathryn Nagle
Abi L. Fain
Jennifer S. Baker
Shoney Blake
mknagle@pipestemlaw.com
wkpipestem@pipestemlaw.com
afain@pipestemlaw.com
jbaker@pipestemlaw.com
sblake@pipestemlaw.com
*Counsel for Intervenor-Plaintiff,*
*Osage Minerals Council*


-and-

Thomas J. McCormack
Robin D. Ball
Robert Comer
Robert Kirby thomas.mccormack@nortonrosefullbright.com
robin.ball@nortonrosefullbright.com bob.comer@nortonrosefullbright.com
robert.kirby@nortonrosefullbright.com
*Counsel for Defendants*


Cathryn Dawn McClanahan
cathy.mcclanahan@usdoj.gov
*Counsel for Plaintiff, United States*


/s/ Mary Kathryn Nagle