**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE OSAGE MINERALS COUNCIL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>OSAGE WIND, LLC;<br>ENEL KANSAS, LLC; and<br>ENEL GREEN POWER NORTH AMERICA, INC.,<br><br>　　　　Defendants. | Case No. 14-CV-704-GKF-JFJ |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY**
**JUDGMENT AND OPENING BRIEF IN SUPPORT**

# EXHIBIT 1

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OKLAHOMA
 2
      UNITED STATES OF AMERICA,
 3
                 Plaintiff,
 4
      and
 5
      OSAGE MINERALS COUNCIL,
 6
                 Intervenor-Plaintiff,
 7
      vs                          No. 14-CV-704-GKF-JFJ
 8
      OSAGE WIND, LLC, ENEL KANSAS,
 9    LLC; and ENEL GREEN POWER
      NORTH AMERICA, INC.,
10
                 Defendants.
11
            VIDEOTAPED DEPOSITION OF ROBIN PHILLIPS
12             Taken on Behalf of the Defendants
          On July 23, 2021, beginning at 10:03 a.m.
13        All Parties Appearing Via Webconference

14                       APPEARANCES
      Appearing on behalf of the PLAINTIFF:
15    Stuart Ashworth
      Cathryn D. McClanahan
16    Nolan Fields
      UNITED STATES ATTORNEY'S OFFICE
17    NORTHERN DISTRICT OF OKLAHOMA
      110 West Seventh Street, Suite 300
18    Tulsa, Oklahoma 74119
      918-382-2772
19    stuart.ashworth@usdoj.gov
      cathy.mcclanahan@usdoj.gov
20    nolan.fields@usdoj.gov
      and
21    Charles R. Babst, Jr.
      UNITED STATES DEPARTMENT OF THE INTERIOR
22    OFFICE OF THE SOLICITOR
      7906 East 33rd Street
23    Tulsa, Oklahoma 74145
      918-669-7730
24    charles.babst@sol.doi.gov
               Appearances Continued on Next Page
25    REPORTED BY:  MARY K. BECKHAM, CSR, RPR
```

1    A    Yes, there was a permit that would be
2  required.
3    Q    So if they had merely been excavating and
4  leaving the rock or sand or gravel or whatever they
5  had excavated in place on the ground, that would
6  still require a permit in your view at the time?
7    A    Yes.
8    Q    Is that still your view?
9    A    Yes.
10        MR. BALL:  All right.  Let's go back to
11  what was -- we looked at previously, which is my
12  document number 2, which is depo Exhibit 76.  Go
13  back to the very first page -- strike that.  My
14  apologies.  Wrong thing.  Let's go to what I have as
15  number 10.
16    Q    (By Mr. Ball)  Ms. Phillips, do you see
17  that the document on the screen, which is Bates page
18  OW-000993, is an email from Mary Hale to various
19  people?
20    A    I'm having a hard time reading it.  It
21  needs to be blown up.
22        MR. BALL: Okay.  Yeah.  If you could,
23  please.
24    Q    (By Mr. Ball)  Do you see it there?
25    A    Yes, I do.