**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE OSAGE MINERALS COUNCIL, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 14-CV-704-GKF-JFJ<br>) |
| OSAGE WIND, LLC;<br>ENEL KANSAS, LLC; and<br>ENEL GREEN POWER NORTH AMERICA, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT AND OPENING BRIEF IN SUPPORT**

# EXHIBIT 2

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

           Plaintiff,

and

OSAGE MINERALS COUNCIL,

           Intervenor-Plaintiff,

vs                          No. 14-CV-704-GKF-JFJ

OSAGE WIND, LLC,
ENEL KANSAS, LLC;
and ENEL GREEN POWER
NORTH AMERICA, INC.,

           Defendants.

         VIDEOTAPED DEPOSITION OF STEVEN HAZEL
            Taken on Behalf of the Defendants
       On April 29, 2021, beginning at 10:05 a.m.
          All Parties Appearing Via Webconference

                       APPEARANCES
Appearing on behalf of the PLAINTIFF:
Stuart Ashworth
Cathryn McClanahan
UNITED STATES ATTORNEY'S OFFICE
NORTHERN DISTRICT OF OKLAHOMA
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
918-382-2772
stuart.ashworth@sol.doi.gov
and
Charles R. Babst, Jr.
UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF THE SOLICITOR
7906 East 33rd Street
Tulsa, Oklahoma 74145
918-669-7730
charles.babst@sol.doi.gov

         Appearances Continued on Next Page
VIDEOTAPED BY:  STESHA SNOW
REPORTED BY:  MARY K. BECKHAM, CSR, RPR
```

```
 1              MR. ASHWORTH:  Object to the form.
 2       A     I'd have to look at the language, but
 3   again, that gets to be, you know, somewhat of a
 4   legal conclusion, too, about what rights they have
 5   given up, but I would have to look at the lease to
 6   try to determine that.
 7       Q     (By Mr. Ray)  Have you, in fact, looked at
 8   the leases in this case?
 9       A     I have.
10             (Exhibit 28 marked for identification.)
11       Q     (By Mr. Ray)  All right.  Let's pull one
12   of them up, Exhibit 28, if we could.  You used the
13   lease of Carolyn Cane Snively and James Snively as
14   your exemplar, right?
15       A     I mean, again, I wouldn't look at it that
16   way.  We found them to be very similar in all
17   capacities, so we just used one as a starting point.
18       Q     All right.  But they all were
19   substantively similar based on you and your staff's
20   review, correct?
21       A     Correct.
22       Q     All right.  So let's take a look then,
23   sir, if we could, at paragraph 2 on page 2.
24       A     So the development period rent; is that
25   where you're at?
```

