**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and | ) | |
| THE OSAGE MINERALS COUNCIL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 14-CV-704-GKF-JFJ |
| | ) | |
| OSAGE WIND, LLC; | ) | |
| ENEL KANSAS, LLC; and | ) | |
| ENEL GREEN POWER NORTH | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY
<u>JUDGMENT AND OPENING BRIEF IN SUPPORT</u>**

# EXHIBIT 5

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OKLAHOMA
 2
    UNITED STATES OF AMERICA,
 3
                 Plaintiff,
 4
    and
 5
    OSAGE MINERALS COUNCIL,
 6
                 Intervenor-Plaintiff,
 7
    vs                          No. 14-CV-704-GKF-JFJ
 8
    OSAGE WIND, LLC,
 9  ENEL KANSAS, LLC;
    and ENEL GREEN POWER
10  NORTH AMERICA, INC.,
11              Defendants.

12         VIDEOTAPED DEPOSITION OF BILL PRICE
        Taken on Behalf of the Intervenor-Plaintiff
13       On July 21, 2021, beginning at 5:03 a.m.
        All Parties Appearing Via Webconference
14
                      APPEARANCES
15  Appearing on behalf of the PLAINTIFF:
    Cathryn D. McClanahan
16  Nolan Fields
    UNITED STATES ATTORNEY'S OFFICE
17  NORTHERN DISTRICT OF OKLAHOMA
    110 West Seventh Street, Suite 300
18  Tulsa, Oklahoma 74119
    918-382-2772
19  cathy.mcclanahan@usdoj.gov
    nolan.fields@usdoj.gov
20  and
    Charles R. Babst, Jr.
21  UNITED STATES DEPARTMENT OF THE INTERIOR
    OFFICE OF THE SOLICITOR
22  7906 East 33rd Street
    Tulsa, Oklahoma 74145
23  918-669-7730
    charles.babst@sol.doi.gov
24         Appearances Continued on Next Page
    VIDEOTAPED BY:  Megan Smith
25  REPORTED BY:  MARY K. BECKHAM, CSR, RPR
```

1    interconnection agreements, just the -- those type

2    of aspects that would have an impact on the

3    execution of the project, and so I would get -- I

4    gave my comments or inputs on whether we can

5    complete the project or execute the project in the

6    time needed to meet the obligations of the contract.

7         **Q    What were the time obligations under the**

8    **contract that you all were required to meet with the**

9    **Osage Wind Farm project?**

10        A    The project in general has one main

11   customer and one main -- which is an offtake

12   agreement, which was through a power purchase

13   agreement.  I don't remember the name of the entity.

14   It was a utility, but Associated Electric or

15   something of this nature.  So we had a power

16   purchase agreement, and it had certain requirements

17   for us to produce and be online for, and then

18   other -- other aspects, we had interconnection

19   agreements to interconnect the facility into the

20   transmission grid and testing requirements to

21   demonstrate the project met its requirements to

22   declare commercial, so all those requirements, so

23   that when we put the project online we had enough

24   time to meet the contractual --

25        **Q    Uh-huh.**



**Professional Reporters**
800.376.1006
www.proreporters.com

 1      A    So that was my -- so that's the -- as I

 2    said, the project has one main customer, which was

 3    the -- this particular offtake.

 4      **Q    And with regards to the power purchase**

 5    **agreement with Associated Electric, did you all end**

 6    **up meeting the contractual dates?**

 7      A    Yes.

 8      **Q    Do you recall what that date was?**

 9      A    It was later 2015 -- or, excuse me, yeah,

10    '15, it was later 2015.  The project, yeah, met its

11    requirements.

12      **Q    Okay.  Did you ever communicate with**

13    **anyone from General Electric regarding the Osage**

14    **Wind Farm project?**

15      A    General Electric.  Well, there's two --

16    two business entities with this project with General

17    Electric.  One was the Turbine Supply Agreement,

18    called TSA, where they supplied the actual wind

19    turbines, the components of the wind turbines.  Then

20    we -- GE was also the production tax credit -- I

21    believe the partner for the project, so they had an

22    investment aspect, so we had -- through GE there was

23    a former -- a technical advisor and GE's technical

24    team to -- we would -- they would be part of our

25    project review meetings, they would be part of

1   the same reaction, which is I don't know what the

2   documents are necessarily.  We're only looking at

3   one provision in them, but I'd just note that for

4   the record for whatever it's worth.  Sorry, Ms.

5   Nagle.  Go ahead.

6          MS. NAGLE:  Okay.  Thank you.

7      **Q     (By Ms. Nagle)  So Mr. Price, do you know**

8   **whether or not this scope of work would have been in**

9   **effect at the time that you were vice president of**

10  **engineering and construction, in charge of the**

11  **project?**

12     A     Eighty-four turbines, 84 turbine sites was

13  what we -- what we had planned to do.  I believe we

14  had the 89 potential sites, but 84 excavations.

15     **Q     Okay.**

16     A     We had some alternate sites in the design

17  to -- in the event we encountered some difficult

18  sites or there's some cavern or some geotechnical

19  feature, maybe some oil and gas interference or

20  something, so we had a -- in the design work, we had

21  some surplus sites planned for.  So in some

22  documents you might see 89, but the actual

23  foundations that were planned to be excavated was

24  84.

25     **Q     Okay.  And if you look up just a little**



1      A    I wouldn't -- no.  Sure, you wouldn't

2    want -- well, you have the wind turbine, so there's

3    a certain activity because the wind turbine is

4    spinning and it's 360 degrees, so it can go all the

5    way around.

6      **Q    Okay.**

7      A    So you have this diameter of the blade, so

8    there's a certain requirement there, yeah.

9      **Q    And insofar as subsurface, you dig a hole**

10    **that's bigger than is necessary for the actual**

11    **turbine base; is that correct?**

12    A    A little bit, yeah.

13    **Q    And then -- I'm putting this in very**

14    **simple terms, because I'm certainly not a wind**

15    **turbine expert, but you place the wind turbine base**

16    **in the hole, and you put this compaction material**

17    **around it, backfill, right?**

18    A    Sure.  And to be more -- to be simple, I

19    mean, it's -- you do the excavation, which is

20    basically you're pulling the material, excavation is

21    that.  You are pulling the material out of a hole,

22    you create a hole.  The hole is a design, the size

23    of the hole, the physical location, the depth, the

24    diameter is all -- it's engineering defined, and

25    then you -- we place a mud mat, which is like a

1    formal foundation on the base.  It's just a simple

2    concrete, non-finished pad, and then you -- we build

3    a rebar cage, which is the structural support of the

4    wind turbine.  It has what they call a base and

5    pedestal.  The pedestal is where the wind turbine

6    connects to.  We pour the concrete, so you -- you

7    pour the concrete on the base.  It cures for a

8    period of time.  You pour the concrete all at once.

9    You have to, because if you don't, it's in various

10   different -- it has to be continued concrete --

11   where the concrete is poured all at the same time --

12   not all at the same time, but you can't let it cure

13   for a period of time between different concrete

14   batches.  And then it cures for a period of time.

15        You do a test, and then you do the

16   backfill.  So the backfill comes last, and the

17   backfill provides the surrounding structural part.

18   So if you think about it, a simpler thing is if you

19   look at a bridge post, so then it holds up a bridge.

20   So you've got the pillar that would also provide

21   structural support, the soil and the structural

22   support underneath the ground for that pillar.  A

23   wind turbine is similar to that.

24        Q    Okay.  So -- and I understand that it's

25   much more technical than what you've just laid out

