**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE OSAGE MINERALS COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>OSAGE WIND, LLC;<br>ENEL KANSAS, LLC; and<br>ENEL GREEN POWER NORTH AMERICA, INC.,<br><br>Defendants. | Case No. 14-CV-704-GKF-JFJ |

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY**
**JUDGMENT AND OPENING BRIEF IN SUPPORT**

# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, and )
THE OSAGE MINERALS COUNCIL, )
)
Plaintiffs, )
)
vs. ) Case No. 14-CV-704-GKF-JFJ
)
OSAGE WIND, LLC; )
ENEL KANSAS, LLC; and )
ENEL GREEN POWER NORTH )
AMERICA, INC., )
)
Defendants. )

## DECLARATION OF WILLIAM PRICE

I, WILLIAM PRICE, hereby declare and state pursuant to 28 U.S.C. § 1746:

1.    I submit this declaration in support of the motion for partial summary judgment filed by the defendants in the above-captioned action. The statements in this declaration are based upon my personal knowledge. I am currently employed by defendant Enel Green Power North America, Inc. ("Enel") and hold the titles of CEO/Country Manager Southern Africa and Managing Director, with a business address in the offices of Enel Green Power RSA (Pty) Ltd located in Johannesburg, South Africa. I have nearly 30 years of experience in the power industry and have been employed by Enel or its predecessor companies or affiliated companies for more than 14 years. During 2014 and 2015, I was the Vice President of Engineering and Construction for Enel with responsibility for building wind, geothermal, solar, and hydroelectric projects in the United States and elsewhere in the Americas.

2.    Beginning in 2014, and through the final completion of construction in 2015, I had the overall execution responsibility within Enel for the construction of the Osage Wind project, a

wind generation facility located in Osage County, Oklahoma (the "Project"). The Project management team reported directly to me regarding construction of the project.

3. When fully constructed, Project facilities consisted of 84 wind turbines, underground collection lines running between the turbines and a substation, one overhead transmission line, two permanent meteorological towers, and access roads. Final completion of Project construction was achieved in 2015, and the Project entered commercial operation during that same year.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 11th day of October, 2021

_William Price_
William Price