# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE OSAGE MINERALS COUNCIL, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>OSAGE WIND, LLC; ENEL KANSAS, LLC; and ENEL GREEN POWER NORTH AMERICA, INC., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 14-CV-704-GKF-JFJ

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPENING BRIEF IN SUPPORT**

# EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE OSAGE MINERALS COUNCIL,<br><br>Plaintiffs,<br><br>vs.<br><br>OSAGE WIND, LLC; ENEL KANSAS, LLC; and ENEL GREEN POWER NORTH AMERICA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 14-CV-704-GKF-JFJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF PEYTON HERFURTH

Peyton Herfurth hereby deposes and states:

1. I am at present a Senior Project Analyst for IEA Management Services, Inc., which is a wholly-owned subsidiary of IEA Energy Services, LLC. IEA Constructors ("IEA"), formerly known as IEA Renewable Energy is also wholly owned subsidiary of IEA Energy Services, LLC.

2. I have been employed by IEA since June 30, 2014. I have held my current position since January 1, 2020.

3. In my capacity as Senior Project Analyst, I have access to the records maintained by IEA, including records maintained for the projects on which IEA has served as general contractor. This includes records related to IEA's contract with Osage Wind, LLC and the construction of the Osage Wind wind energy project in Burbank, Oklahoma ("Project"). These records are maintained in the ordinary course of IEA's business, were created by a knowledgeable employee of IEA, who made the records and/or transmitted the information contained in these

records at or near the time of the receipt of that information, and I have personally reviewed such records.

4. I am also personally familiar with the Project and its construction. Although I was technically employed by IEA Management Services, Inc. at the time, I, as a loaned employee from IEA Management Services, Inc. to IEA, served as the Project Engineer for IEA on the Project. As Project Engineer for IEA for the Project, my job responsibilities also generally included, but were not limited to, creating and maintaining construction documentation for the Project.

5. Based on my personal knowledge and review of IEA's records, IEA reached final completion of Project construction on December 21, 2015. The Certificate of Project Final Completion attached as Exhibit A is a true and correct copy.

6. The spreadsheet attached as Exhibit B is a true and correct copy of a tracking document used by IEA during construction of the Project. It was last updated on May 27, 2015. This spreadsheet was maintained in in the ordinary course of IEA's construction of the Project, and I have personally reviewed the spreadsheet.

7. The spreadsheet demonstrates the dates on which certain tasks were completed for each turbine site, including dates in 2014 on which turbine site excavation was completed and on which rock crushing for each turbine site was completed.

I declare under penalty of perjury in accordance with the laws of the United States that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Executed this 11th day of October, 2021.

Peyton Herfurth
Senior Project Analyst

## CERTIFICATE OF PROJECT FINAL COMPLETION

The undersigned, IEA Renewable Energy, Inc. (formerly known as RMT, Inc.) ("Contractor"), does hereby deliver to Osage Wind, LLC ("Owner") this Certificate of Project Final Completion (complete except for Owner's countersignature). Capitalized terms used and not defined herein shall have the meanings set forth in that certain Balance of Plant Engineering, Procurement and Construction Contract by and between Owner and Contractor ("Contract"), dated April 11, 2013.

Contractor hereby certifies and represents that the following statements are true as of the date set forth below:

(i) Contractor has achieved Project Substantial Completion;

(ii) Punch List Items remaining at High Voltage Substantial Completion, Substantial Public Road Completion, Substantial Access Road Completion, Project Substantial Completion and all other outstanding Punch List Items have been completed in accordance with all Requirements;

(iii) Contractor has removed trailers from the laydown area;

(iv) Properly executed Final Lien Waivers from Contractor and all its Subcontractors have been delivered to Owner;

(v) Contractor has delivered the Job Book, including As-Built Drawings to Owner;

(vi) All Contractor Equipment and all of Contractor's supplies, personnel and rubbish have been removed from the Project Site;

(vii) Contractor has paid to Owner any and all applicable Liquidated Damages;

(viii) All re-vegetation work, gravel, final road topping, and other restoration pursuant to Applicable Laws, Permits, and other Requirements have been completed in accordance with all Requirements;

(ix) All other duties and obligations of Contractor under the Contract have been fully performed;

(x) Contractor has issued a Certificate of Project Final Completion to Owner; and

(xi) The Project Final Completion Date is December 21, 2015.

(Signature Page Follows)

Executed this 21st day of December 2015.

IEA Renewable Energy, Inc. (formerly known as RMT, Inc.)

By: *Pat Ringler*

Name: Pat Ringler

Title: Project Manager

OWNER ACCEPTANCE:

OSAGE WIND, LLC

By: _____ 12/28/2015

Name: William Price

Title: VP GEOTHERMAL CONSTRUCTION & ENGINEERING

IEA-00000339

| Osage Foundations Tracking | | | | | | | | | | | | | | | | Last Updated: | | Wednesday, May 27, 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Turbine ID/Sequence | Drill Completed | Blast Completed | Excavation Completed | Mud Mat Completed | Bottom Rebar Delivered | Bottom Rebar Installed | Top Rebar Delivered | Top Rebar Installed | Pedestal Installed | Built Bolt Cage | Set Bolt Cage | Conduit/ Grounding | Forms Installed | Foundation Poured | Foundation Backfilled | Rock Crushing | Foundation/Crane Pad Completion Certs | Rock Rings | Site Restoration |
| A-15 | 9/11 | 9/18 | 9/19 | 9/23 | 9/25 | 9/29 | 9/30 | 10/2 | 10/3 | 9/23 | 9/29 | 10/6 | 10/3 | 10/7 | 10/18 | 9/25 | 12/9 | 3/24 | 3/24 |
| F-14 | 9/15 | 9/19 | 9/20 | 9/23 | 9/26 | 9/29 | 9/30 | 10/3 | 10/3 | 9/24 | 9/29 | 10/6 | 10/4 | 10/8 | 10/18 | 10/15 | 12/9 | 3/24 | 3/24 |
| F-15 | 9/16 | 9/19 | 9/22 | 9/24 | 9/29 | 9/30 | 9/30 | 10/3 | 10/4 | 9/24 | 9/30 | 10/7 | 10/6 | 10/9 | 10/14 | 10/2 | 12/9 | 3/24 | 3/24 |
| F-12 | 9/16 | 9/20 | 9/22 | 9/24 | 9/30 | 9/30 | 10/2 | 10/3 | 10/4 | 9/25 | 10/1 | 10/7 | 10/7 | 10/8 | 10/19 | 10/3 | 12/9 | 3/24 | 3/24 |
| F-13 | 9/23 | 9/23 | 9/24 | 9/25 | 9/29 | 10/1 | 10/2 | 10/4 | 10/4 | 10/2 | 10/3 | 10/8 | 10/9 | 10/11 | 10/16 | 10/1 | 12/9 | 3/24 | 3/24 |
| F-11 | 9/16 | 9/20 | 9/23 | 9/25 | 10/1 | 10/3 | 10/2 | 10/5 | 10/6 | 10/3 | 10/3 | 10/8 | 10/10 | 10/11 | 10/15 | 10/6 | 12/9 | 3/24 | 3/24 |
| F-10 | 9/22 | 9/22 | 9/25 | 9/26 | 10/1 | 10/4 | 10/6 | 10/7 | 10/7 | 10/3 | 10/6 | 10/9 | 10/11 | 10/14 | 10/19 | 10/7 | 12/9 | 3/24 | 3/24 |
| F-9 | 9/22 | 9/22 | 9/26 | 9/29 | 10/2 | 10/4 | 10/6 | 10/7 | 10/7 | 10/3 | 10/6 | 10/9 | 10/11 | 10/14 | 10/20 | 10/9 | 12/9 | 3/24 | 3/24 |
| F-1 | 9/23 | 9/23 | 9/26 | 9/29 | 10/3 | 10/6 | 10/6 | 10/8 | 10/11 | 10/4 | 10/4 | 10/11 | 10/12 | 10/15 | 10/20 | 10/16 | 12/9 | | |
| A-1 | 9/24 | 9/24 | 9/27 | 9/29 | 10/6 | 10/7 | 10/8 | 10/8 | 10/11 | 10/4 | 10/4 | 10/11 | 10/12 | 10/15 | 10/22 | 10/17 | 12/9 | 3/24 | 3/24 |
| A-6 | 9/24 | 9/24 | 9/28 | 9/29 | 10/7 | 10/7 | 10/8 | 10/11 | 10/12 | 10/6 | 10/7 | 10/12 | 10/14 | 10/16 | 10/23 | 10/20 | 12/9 | | |
| A-8 | N/A | N/A | 9/8 | 9/30 | 10/7 | 10/7 | 10/8 | 10/11 | 10/12 | 10/7 | 10/7 | 10/12 | 10/14 | 10/17 | 10/24 | N/A | 12/9 | 4/2 | 3/31 |
| A-9 | 9/24 | 9/25 | 9/29 | 9/30 | 10/8 | 10/11 | 10/10 | 10/12 | 10/14 | 10/14 | 10/11 | 10/15 | 10/15 | 10/17 | 10/24 | 10/22 | 12/9 | 4/4 | 4/4 |
| A-12 | 9/25 | 9/25 | 9/29 | 9/30 | 10/9 | 10/11 | 10/14 | 10/14 | 10/14 | 10/11 | 10/11 | 10/15 | 10/15 | 10/17 | 10/23 | 10/17 | 12/9 | 4/2 | |
| F-4 | 9/25 | 9/25 | 9/30 | 10/2 | 10/9 | 10/12 | 10/10 | 10/14 | 10/15 | 10/12 | 10/12 | 10/16 | 10/16 | 10/18 | 10/25 | 10/23 | 12/9 | 3/26 | |
| F-3 | 9/25 | 9/25 | 9/30 | 10/2 | 10/10 | 10/13 | 10/10 | 10/15 | 10/15 | 10/14 | 10/14 | 10/16 | 10/16 | 10/18 | 10/28 | 10/26 | 12/9 | 3/26 | |
| F-5 | N/A | N/A | 9/9 | 9/30 | 10/14 | 10/14 | 10/14 | 10/15 | 10/16 | 10/14 | 10/14 | 10/17 | 10/17 | 10/19 | 10/22 | N/A | 12/9 | | |
| F-7 | 9/26 | 9/26 | 10/1 | 10/8 | 10/14 | 10/14 | 10/14 | 10/16 | 10/16 | 10/15 | 10/15 | 10/17 | 10/17 | 10/20 | 10/23 | 10/18 | 12/9 | 3/24 | 3/25 |
| F-6 | 11/21 | 11/21 | 11/23 | 11/23 | 11/24 | 11/24 | 11/24 | 12/1 | 12/1 | 11/25 | 11/25 | 12/2 | 12/2 | 12/3 | 12/6 | 12/6 | 12/9 | 3/25 | |
| F-8 | 11/21 | 11/21 | 11/22 | 11/23 | 11/24 | 11/24 | 11/24 | 12/2 | 12/2 | 11/25 | 11/25 | 12/2 | 12/2 | 12/3 | 12/6 | 12/6 | 12/10 | 3/25 | 3/27 |
| A-13 | 10/6 | 10/7 | 10/14 | 10/18 | 10/20 | 10/20 | 10/23 | 10/24 | 10/24 | 10/20 | 10/21 | 10/24 | 10/24 | 10/25 | 10/29 | 10/27 | 12/9 | | |
| A-14 | 10/6 | 10/7 | 10/17 | 10/18 | 10/20 | 10/21 | 10/23 | 10/24 | 10/24 | 10/21 | 10/21 | 10/25 | 10/25 | 10/27 | 10/30 | 10/29 | 12/9 | | 4/8 |
| A-2 | 9/26 | 9/26 | 10/1 | 10/2 | 10/14 | 10/16 | 10/17 | 10/17 | 10/17 | 10/15 | 10/15 | 10/18 | 10/18 | 10/20 | 10/23 | 10/20 | 12/9 | 3/24 | 3/24 |
| A-3 | 9/26 | 9/26 | 10/2 | 10/8 | 10/14 | 10/16 | 10/17 | 10/17 | 10/17 | 10/16 | 10/16 | 10/18 | 10/18 | 10/21 | 10/25 | 10/26 | 12/9 | 3/24 | 3/24 |
| A-4 | 9/26 | 9/26 | 10/3 | 10/18 | 10/15 | 10/20 | 10/22 | 10/22 | 10/22 | 10/20 | 10/20 | 10/22 | 10/22 | 10/24 | 10/27 | 10/24 | 12/9 | 3/24 | 3/24 |
| A-5 | 9/29 | 9/27 | 10/3 | 10/20 | 10/15 | 10/21 | 10/22 | 10/23 | 10/23 | 10/22 | 10/22 | 10/23 | 10/23 | 10/24 | 10/27 | 10/25 | 12/9 | 3/24 | 3/24 |
| A-10 | 9/29 | 9/29 | 10/15 | 10/16 | 10/17 | 10/18 | 10/20 | 10/21 | 10/21 | 10/18 | 10/18 | 10/21 | 10/21 | 10/22 | 10/29 | 10/27 | 12/17 | | 4/10 |
| A-11 | 10/6 | 10/6 | 10/14 | 10/16 | 10/17 | 10/18 | 10/20 | 10/20 | 10/20 | 10/18 | 10/18 | 10/21 | 10/21 | 10/22 | 11/3 | 11/1 | 12/18 | | 4/10 |
| B-2 | 9/29 | 9/29 | 10/4 | 10/28 | 10/29 | 10/30 | 10/29 | 11/1 | 11/1 | 10/30 | 10/31 | 11/1 | 11/1 | 11/3 | 11/6 | 11/5 | 12/9 | | |
| B-3 | 9/29 | 9/29 | 10/4 | 10/20 | 10/21 | 10/22 | 10/23 | 10/24 | 10/24 | 10/22 | 10/22 | 10/25 | 10/25 | 10/27 | 11/3 | 10/31 | 12/9 | | |
| B-4 | 9/29 | 9/30 | 10/6 | 10/27 | 10/29 | 10/29 | 10/29 | 10/30 | 10/30 | 10/29 | 10/29 | 10/31 | 10/31 | 10/31 | 11/7 | 11/7 | 12/9 | | |
| B-5 | 9/30 | 9/30 | 10/6 | 10/20 | 10/21 | 10/22 | 10/20 | 10/27 | 10/27 | 10/23 | 10/23 | 10/27 | 10/27 | 10/28 | 11/7 | 11/6 | 12/9 | | |
| B-6 | 9/30 | 9/30 | 10/7 | 10/21 | 10/21 | 10/23 | 10/28 | 10/28 | 10/28 | 10/23 | 10/23 | 10/28 | 10/28 | 10/29 | 11/8 | 11/8 | 12/9 | | |
| B-7 | 9/30 | 9/30 | 10/7 | 10/16 | 10/16 | 10/17 | 10/17 | 10/18 | 10/18 | 10/18 | 10/18 | 10/20 | 10/20 | 10/21 | 11/5 | 11/1 | 12/9 | | |
| B-8 | 9/30 | 10/1 | 10/8 | 10/20 | 10/16 | 10/21 | 10/22 | 10/23 | 10/23 | 10/21 | 10/22 | 10/23 | 10/23 | 10/25 | 11/5 | 11/3 | 12/9 | | |
| B-9 | 9/30 | 10/1 | 10/8 | 10/28 | 10/16 | 10/31 | 10/29 | 11/1 | 11/1 | 10/18 | 10/31 | 11/1 | 11/1 | 11/3 | 11/8 | 11/8 | 12/12 | | |
| B-11 | 10/3 | 10/3 | 11/12 | 11/12 | 11/17 | 11/19 | 11/17 | 11/20 | 11/20 | 11/17 | 11/19 | 11/20 | 11/20 | 11/21 | 11/23 | 11/22 | 12/11 | | |
| B-15 | 10/4 | 10/6 | 10/12 | 10/16 | 10/27 | 10/27 | 10/29 | 10/29 | 10/29 | 10/25 | 10/28 | 10/30 | 10/30 | 10/30 | 11/13 | 11/12 | 12/12 | | |
| B-14 | 10/4 | 10/6 | 10/11 | 10/22 | 10/23 | 10/25 | 10/28 | 10/28 | 10/28 | 10/25 | 10/27 | 10/28 | 10/28 | 10/29 | 11/15 | 11/14 | 12/12 | | |
| B-12 | 10/3 | 10/3 | 10/11 | 10/21 | 10/22 | 10/25 | 10/28 | 10/29 | 10/29 | 10/24 | 10/28 | 10/29 | 10/29 | 10/30 | 11/19 | 11/18 | 12/11 | | |
| B-13 | 10/3 | 10/6 | 10/15 | 10/16 | 10/22 | 10/25 | 10/29 | 10/29 | 10/29 | 10/25 | 10/25 | 10/30 | 10/30 | 10/31 | 11/19 | 11/18 | 12/11 | | |
| B-10 | 10/1 | 10/3 | 10/9 | 10/17 | 10/23 | 10/25 | 10/29 | 10/30 | 10/30 | 10/24 | 10/27 | 10/30 | 10/30 | 10/31 | 11/11 | 11/10 | 12/10 | | |
| C-1 | 10/6 | 10/7 | 10/17 | 10/20 | 10/24 | 10/25 | 10/29 | 11/2 | 11/2 | 10/27 | 10/29 | 11/3 | 11/3 | 11/6 | 11/8 | 11/4 | 1/2 | | |
| C-2 | 10/7 | 10/7 | 10/17 | 10/21 | 10/24 | 10/25 | 10/29 | 11/2 | 11/2 | 10/28 | 10/29 | 11/3 | 11/3 | 11/6 | 11/10 | 11/8 | 1/2 | | |
| D-1 | 10/14 | 10/14 | 10/18 | 10/22 | 10/27 | 10/27 | 10/29 | 11/3 | 11/3 | 10/28 | 10/29 | 11/4 | 11/4 | 11/6 | 11/10 | N/A | 1/5 | | |
| C-3 | N/A | N/A | 10/18 | 10/22 | 10/27 | 10/27 | 11/3 | 11/3 | 11/3 | 10/31 | 11/1 | 11/4 | 11/4 | 11/7 | 11/11 | 11/10 | 1/5 | | |
| E-1 | 10/14 | 10/14 | 10/19 | 11/3 | 10/28 | 11/1 | 11/6 | 11/6 | 11/6 | 11/3 | 11/3 | 11/7 | 11/8 | 11/10 | 11/12 | 11/13 | 1/5 | | |
| C-6 | 10/14 | 10/17 | 10/19 | 10/24 | 10/28 | 10/29 | 11/3 | 11/4 | 11/4 | 10/29 | 11/1 | 11/5 | 11/5 | 11/7 | 11/14 | 11/13 | 1/6 | | |
| C-5 | 10/14 | 10/15 | 10/20 | 10/24 | 10/30 | 10/30 | 11/3 | 11/4 | 11/4 | 10/30 | 11/1 | 11/5 | 11/5 | 11/7 | 11/14 | 11/14 | 1/6 | | |
| C-7 | 10/7 | 10/7 | 10/20 | 10/24 | 10/31 | 10/31 | 11/4 | 11/5 | 11/5 | 10/31 | 11/3 | 11/6 | 11/6 | 11/8 | 11/17 | 11/16 | 1/6 | | |
| C-8 | 10/7 | 10/8 | 10/21 | 10/24 | 11/3 | 11/3 | 11/4 | 11/5 | 11/5 | 11/3 | 11/3 | 11/6 | 11/6 | 11/8 | 11/17 | 11/16 | 1/7 | | |
| C-9 | 10/7 | 10/8 | 10/21 | 10/27 | 11/3 | 11/3 | 11/4 | 11/6 | 11/6 | 11/3 | 11/4 | 11/7 | 11/7 | 11/10 | 11/19 | 11/18 | 1/8 | | |
| C-10 | 10/8 | 10/8 | 10/22 | 10/25 | 11/3 | 11/3 | 11/6 | 11/7 | 11/7 | 11/4 | 11/4 | 11/7 | 11/7 | 11/10 | 11/20 | 11/19 | 1/7 | | |
| D-4 | 10/15 | 10/15 | 10/22 | 10/27 | 11/4 | 11/5 | 11/6 | 11/7 | 11/7 | 11/4 | 11/5 | 11/8 | 11/8 | 11/14 | 11/23 | 11/22 | 1/8 | | |
| D-5 | 10/15 | 10/15 | 10/23 | 10/28 | 11/4 | 11/5 | 11/7 | 11/8 | 11/8 | 11/5 | 11/5 | 11/8 | 11/8 | 11/14 | 11/24 | 11/24 | 1/8 | | |
| C-11 | 10/9 | 10/9 | 10/24 | 10/28 | 11/5 | 11/6 | 11/7 | 11/8 | 11/8 | 11/5 | 11/6 | 11/10 | 11/10 | 11/15 | 11/20 | 11/19 | 1/15 | | |

IEA-00222091

EXHIBIT B

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C-12 | 10/9 | 10/9 | 10/24 | 10/28 | 11/5 | 11/6 | 11/7 | 11/9 | 11/9 | 11/6 | 11/6 | 11/10 | 11/10 | 11/15 | 11/21 | 11/20 | 1/15 | | |
| C-13 | 10/9 | 10/9 | 10/25 | 11/12 | 11/17 | 11/18 | 11/17 | 11/22 | 11/22 | 11/20 | 11/20 | 11/22 | 11/24 | 11/24 | 11/26 | 11/22 | 1/15 | | |
| C-14 | 10/8 | 10/8 | 10/27 | 10/28 | 11/5 | 11/11 | 11/7 | 11/12 | 11/12 | 11/6 | 11/15 | 11/15 | 11/17 | 11/19 | 11/22 | 11/22 | 1/15 | | |
| C-15 | 10/8 | 10/9 | 10/27 | 10/28 | 11/6 | 11/7 | 11/7 | 11/9 | 11/9 | 11/7 | 11/7 | 11/11 | 11/11 | 11/19 | 11/23 | 11/22 | 1/15 | | |
| D-3 | 10/15 | 10/15 | 10/28 | 10/30 | 11/6 | 11/8 | 11/7 | 11/10 | 11/10 | 11/7 | 11/8 | 11/11 | 11/11 | 11/19 | 11/25 | 11/23 | 1/9 | | |
| D-2 | 10/15 | 10/16 | 10/29 | 10/30 | 11/7 | 11/7 | 11/10 | 11/10 | 11/10 | 11/8 | 11/8 | 11/12 | 11/19 | 11/20 | 11/25 | 11/25 | 1/9 | | |
| D-6 | 10/16 | 10/16 | 10/30 | 11/3 | 11/10 | 11/10 | 11/10 | 11/11 | 11/11 | 11/8 | 11/10 | 11/12 | 11/19 | 11/20 | 12/1 | 11/25 | 1/9 | | |
| D-7 | 10/16 | 10/16 | 10/30 | 11/3 | 11/10 | 11/10 | 11/10 | 11/12 | 11/12 | 11/10 | 11/10 | 11/14 | 11/17 | 11/20 | 12/3 | 12/2 | 1/10 | | |
| D-8 | 10/16 | 10/16 | 10/31 | 11/3 | 11/11 | 11/11 | 11/12 | 11/13 | 11/13 | 11/10 | 11/11 | 11/14 | 11/18 | 11/21 | 12/4 | 12/4 | 1/10 | | |
| D-9 | 10/20 | 10/20 | 10/31 | 11/6 | 11/11 | 11/11 | 11/12 | 11/13 | 11/13 | 11/11 | 11/11 | 11/15 | 11/18 | 11/21 | 12/4 | 12/5 | 1/12 | | |
| D-10 | 10/21 | 10/21 | 11/12 | 11/12 | 11/13 | 11/18 | 11/17 | 11/18 | 11/18 | 11/11 | 11/18 | 11/21 | 11/21 | 11/22 | 12/5 | 12/6 | 1/12 | | |
| D-11 | 10/20 | 10/21 | 11/3 | 11/7 | 11/11 | 11/12 | 11/12 | 11/18 | 11/18 | 11/12 | 11/12 | 11/15 | 11/21 | 11/22 | 12/6 | 12/3 | 1/12 | | |
| D-12 | 10/21 | 10/21 | 11/4 | 11/6 | 11/12 | 11/13 | 11/13 | 11/14 | 11/14 | 11/12 | 11/12 | 11/17 | 11/21 | 11/23 | 12/5 | 12/6 | 1/12 | | |
| D-13 | 10/21 | 10/21 | 11/4 | 11/7 | 11/12 | 11/13 | 11/13 | 11/19 | 11/19 | 11/17 | 11/17 | 11/19 | 11/22 | 11/23 | 12/6 | 12/6 | 1/13 | | |
| D-14 | 10/21 | 10/21 | 11/5 | 11/8 | 11/13 | 11/20 | 11/13 | 11/18 | 11/18 | 11/17 | 11/17 | 11/19 | 11/22 | 12/4 | 12/6 | 12/5 | 1/12 | | |
| E-3 | 10/17 | 10/17 | 11/5 | 11/6 | 11/14 | 11/15 | 11/18 | 11/21 | 11/21 | 11/20 | 11/20 | 11/22 | 11/23 | 11/24 | 12/7 | 12/6 | 1/12 | | |
| E-2 | 10/17 | 10/17 | 11/5 | 11/8 | 11/14 | 11/15 | 11/18 | 11/22 | 11/22 | 11/21 | 11/21 | 11/23 | 11/23 | 11/25 | 12/7 | 12/6 | 1/12 | | |
| E-9 | 10/17 | 10/17 | 11/13 | 11/15 | 11/18 | 11/20 | 11/18 | 11/23 | 11/23 | 11/21 | 11/2 | 11/24 | 11/24 | 11/25 | 12/8 | 12/8 | 1/12 | | |
| E-10 | 10/16 | 10/17 | 11/6 | 11/10 | 11/18 | 11/20 | 11/19 | 11/23 | 11/23 | 11/22 | 11/22 | 11/24 | 11/24 | 11/25 | 12/9 | 12/9 | 1/14 | | |
| E-11 | 10/20 | 10/20 | 11/7 | 11/10 | 11/19 | 11/20 | 11/19 | 11/24 | 11/24 | 11/22 | 11/23 | 11/25 | 11/25 | 12/2 | 12/10 | 12/10 | 1/13 | | |
| E-12 | 10/20 | 10/20 | 11/8 | 11/12 | 11/20 | 11/20 | 11/23 | 11/24 | 11/25 | 11/24 | 11/24 | 11/25 | 11/25 | 12/4 | 12/10 | 12/10 | 1/13 | | |
| E-13 | 10/18 | 10/20 | 11/13 | 11/20 | 11/20 | 11/23 | 11/23 | 11/24 | 11/25 | 11/24 | 11/24 | 12/1 | 12/1 | 12/4 | 12/8 | 12/8 | 1/13 | | |
| E-14 | 11/24 | 11/25 | 11/26 | 12/2 | 11/25 | 12/4 | 11/24 | 12/5 | 12/5 | 12/2 | 12/4 | 12/5 | 12/5 | 12/6 | 12/9 | 12/9 | 1/14 | | |
| E-15 | 11/24 | 11/24 | 11/25 | 11/25 | 11/25 | 12/4 | 11/24 | 12/4 | 12/4 | 12/2 | 12/4 | 12/5 | 12/5 | 12/6 | 12/10 | 12/10 | 1/14 | | |
| E-7 | 10/18 | 10/18 | 11/14 | 11/19 | 11/20 | 11/24 | 11/19 | 12/2 | 12/2 | 12/1 | 12/1 | 12/3 | 12/3 | 12/4 | 12/12 | 12/12 | 1/14 | | |
| E-6 | 10/17 | 10/18 | 11/15 | 11/15 | 11/24 | 12/2 | 11/19 | 12/3 | 12/3 | 12/1 | 12/2 | 12/3 | 12/3 | 12/6 | 12/13 | 12/12 | 1/14 | | |
| E-5 | 10/18 | 10/18 | 11/17 | 11/20 | 11/21 | 12/2 | 11/24 | 12/4 | 12/4 | 12/1 | 12/3 | 12/4 | 12/4 | 12/6 | 12/13 | 12/13 | 1/14 | | |
| E-4 | 10/17 | 10/17 | 11/18 | 11/19 | 11/25 | 12/2 | 11/24 | 12/3 | 12/3 | 12/1 | 12/2 | 12/4 | 12/4 | 12/6 | 12/11 | 12/11 | 1/14 | | |
| Total | 81 | 81 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 81 | 84 | 21 | 20 |

| Turbine ID/Sequence | Deliveries | | | | | | | | Erection | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DTEs | Base | Mid | Top | Nacelle | Hub | Nose Cone | Blade Set | DTEs | Base/Mid | Anchor Bolt Tensioning | Rotor Build | Top Out |
| A-15 | 10/20 | 10/29 | 10/27 | 10/27 | 11/2 | 10/27 | 10/27 | 10/27 | 11/7 | 11/13 | 11/14 | 11/14 | 11/17 |
| F-14 | 10/20 | 10/29 | 10/30 | 10/30 | 11/1 | 10/27 | 10/27 | 10/27 | 11/5 | 11/5 | 11/10 | 11/12 | 11/25 |
| F-15 | 10/20 | 10/28 | 10/28 | 10/28 | 10/31 | 10/28 | 10/27 | 10/27 | 11/5 | 11/7 | 11/10 | 11/13 | 12/2 |
| F-12 | 10/20 | 10/28 | 11/5 | 10/28 | 10/31 | 10/28 | 10/27 | 10/29 | 11/6 | 11/7 | 11/11 | 11/14 | 12/3 |
| F-13 | 10/20 | 10/30 | 10/31 | 10/29 | 11/1 | 10/29 | 10/28 | 10/29 | 11/6 | 11/10 | 11/11 | 11/15 | 12/4 |
| F-11 | 10/20 | 10/31 | 10/31 | 10/30 | 11/1 | 11/3 | 10/28 | 10/30 | 11/6 | 11/12 | 11/15 | 11/19 | 12/5 |
| F-10 | 10/24 | 10/31 | 11/3 | 10/30 | 11/1 | 11/3 | 10/28 | 10/30 | 11/6 | 11/13 | 11/15 | 11/25 | 12/6 |
| F-9 | 10/24 | 10/30 | 10/30 | 10/30 | 11/1 | 10/30 | 10/28 | 10/30 | 11/7 | 11/15 | 11/18 | 11/23 | 1/16 |
| F-1 | 10/24 | 11/15 | 11/14 | 11/18 | 11/18 | 11/17 | 10/28 | 11/15 | 11/10 | 11/17 | 11/20 | 11/25 | 12/7 |
| A-1 | 10/24 | 11/3 | 11/3 | 10/31 | 11/1 | 10/31 | 10/28 | 10/31 | 11/12 | 11/18 | 11/20 | 12/2 | 12/9 |
| A-2 | 10/24 | 11/3 | 11/6 | 11/5 | 11/1 | 10/31 | 10/28 | 11/3 | 11/12 | 11/19 | 11/21 | 12/12 | 12/16 |
| A-3 | 10/24 | 11/3 | 11/4 | 11/3 | 11/1 | 11/3 | 10/28 | 11/3 | 11/12 | 11/20 | 11/22 | 12/4 | 12/11 |
| A-4 | 10/27 | 11/4 | 11/5 | 11/4 | 11/1 | 11/4 | 11/3 | 10/31 | 11/12 | 11/20 | 11/22 | 12/3 | 12/11 |
| A-5 | 10/27 | 11/6 | 11/6 | 11/4 | 11/1 | 11/5 | 11/3 | 11/3 | 11/12 | 11/23 | 11/25 | 12/3 | 12/10 |
| A-6 | 10/27 | 11/6 | 11/7 | 11/5 | 11/1 | 11/6 | 11/3 | 11/4 | 11/13 | 11/24 | 12/2 | 1/2 | 1/16 |
| A-8 | 10/27 | 11/10 | 11/14 | 11/10 | 11/2 | 11/10 | 11/3 | 11/7 | 11/17 | 11/25 | 12/2 | 12/19 | 12/19 |
| A-9 | 10/27 | 11/6 | 11/7 | 11/5 | 11/2 | 11/6 | 11/4 | 11/3 | 11/17 | 11/25 | 12/2 | 12/4 | 12/18 |
| A-12 | 10/27 | 11/6 | 11/7 | 11/6 | 11/1 | 11/10 | 11/4 | 11/5 | 11/13 | 12/12 | 12/17 | 1/2 | 1/15 |
| F-4 | 11/3 | 11/7 | 11/7 | 11/6 | 11/2 | 11/6 | 11/4 | 11/6 | 11/13 | 12/13 | 12/17 | 12/17 | 1/15 |
| F-3 | 11/3 | 11/7 | 11/7 | 11/6 | 11/2 | 11/10 | 11/4 | 11/6 | 11/13 | 12/12 | 12/16 | 12/13 | 12/22 |
| F-5 | 11/3 | 11/10 | 11/7 | 11/6 | 11/2 | 11/11 | 11/5 | 11/7 | 11/13 | 12/12 | 12/16 | 12/13 | 12/20 |
| F-7 | 11/3 | 11/11 | 11/10 | 11/7 | 11/2 | 11/10 | 11/5 | 11/7 | 11/13 | 12/16 | 12/19 | 12/31 | 1/3 |
| F-6 | 11/3 | 12/9 | 12/10 | 12/6 | 12/18 | 12/8 | 11/5 | 12/6 | 12/10 | 12/13 | 12/19 | 12/29 | 1/2 |
| F-8 | 11/3 | 12/8 | 12/8 | 12/6 | 12/18 | 12/8 | 11/5 | 12/8 | 12/10 | 12/13 | 12/18 | 12/18 | 12/31 |
| A-13 | 11/10 | 11/13 | 11/15 | 11/10 | 11/2 | 11/11 | 11/10 | 11/10 | 11/7 | 12/17 | 12/20 | 1/14 | 1/14 |
| A-14 | 11/10 | 11/13 | 11/11 | 11/10 | 11/2 | 11/11 | 11/10 | 11/10 | 11/7 | 12/17 | 12/20 | 12/17 | 1/13 |
| A-10 | 11/10 | 12/4 | 12/4 | 12/15 | 11/2 | 12/4 | 11/10 | 12/10 | 11/17 | 12/31 | 1/8 | 12/31 | 1/24 |
| A-11 | 11/10 | 12/4 | 12/4 | 12/18 | 12/20 | 12/4 | 11/10 | 11/14 | 11/18 | 12/29 | 1/8 | 1/26 | 1/26 |
| B-2 | 11/10 | 11/14 | 11/17 | 11/11 | 11/10 | 11/12 | 11/10 | 11/11 | 11/18 | 1/2 | 1/10 | 1/5 | 1/27 |
| B-3 | 11/10 | 11/15 | 11/12 | 11/11 | 11/10 | 11/12 | 11/10 | 11/10 | 11/18 | 1/2 | 1/10 | 1/6 | 1/27 |
| B-4 | 11/11 | 11/17 | 11/15 | 11/14 | 11/13 | 11/13 | 11/10 | 11/14 | 11/18 | 1/9 | 1/12 | 1/9 | 1/30 |
| B-5 | 11/11 | 11/18 | 11/17 | 11/17 | 11/14 | 11/17 | 11/10 | 11/14 | 12/3 | 1/10 | 1/13 | 1/13 | 2/2 |
| B-6 | 11/11 | 11/17 | 11/15 | 11/13 | 11/13 | 11/14 | 11/11 | 11/14 | 12/3 | 1/10 | 1/13 | 1/13 | 2/2 |
| B-7 | 11/11 | 11/15 | 11/15 | 11/13 | 11/11 | 11/12 | 11/11 | 11/11 | 12/5 | 1/13 | 1/15 | 1/15 | 2/5 |
| B-8 | 11/11 | 11/19 | 11/15 | 11/13 | 11/11 | 11/17 | 11/11 | 11/11 | 12/8 | 1/11 | 1/14 | 1/14 | 2/5 |
| B-9 | 11/11 | 11/14 | 11/17 | 11/13 | 11/11 | 11/17 | 11/11 | 11/13 | 12/8 | 1/11 | 1/14 | 1/13 | 2/4 |
| B-11 | 11/17 | 11/25 | 11/25 | 12/9 | 12/1 | 11/24 | 11/17 | 11/24 | 12/8 | 1/15 | 1/19 | 2/9 | 2/9 |
| B-15 | 11/17 | 11/21 | 11/21 | 11/24 | 11/22 | 11/21 | 11/20 | 11/24 | 12/8 | 1/13 | 1/15 | 1/15 | 2/12 |
| B-14 | 11/17 | 11/21 | 11/25 | 12/1 | 11/22 | 11/21 | 11/20 | 11/24 | 12/9 | 1/14 | 1/16 | 1/16 | 2/12 |
| B-12 | 11/17 | 11/24 | 11/24 | 11/24 | 11/24 | 11/24 | 11/17 | 11/24 | 12/9 | 1/15 | 1/17 | 1/17 | 2/9 |
| B-13 | 11/17 | 11/24 | 11/24 | 11/24 | 11/24 | 11/24 | 11/21 | 11/17 | 11/24 | 12/9 | 1/14 | 1/16 | 1/17 | 2/7 |
| B-10 | 11/17 | 11/25 | 11/25 | 11/21 | 11/24 | 11/20 | 11/17 | 12/1 | 12/9 | 1/16 | 1/19 | 1/19 | 2/7 |
| C-1 | 11/20 | 11/19 | 11/25 | 11/22 | 11/18 | 11/18 | 11/17 | 11/18 | 12/10 | 1/22 | 1/24 | 1/23 | 3/8 |
| C-2 | 11/20 | 11/21 | 11/17 | 11/19 | 11/19 | 11/18 | 11/17 | 11/17 | 12/10 | 1/22 | 1/24 | 1/24 | 3/8 |
| D-1 | 11/20 | 11/19 | 11/21 | 11/18 | 11/18 | 11/18 | 11/20 | 11/17 | 12/17 | 1/22 | 1/26 | 1/24 | 3/9 |
| C-3 | 11/20 | 11/17 | 11/22 | 11/18 | 11/18 | 11/18 | 11/20 | 11/17 | 12/18 | 1/21 | 1/23 | 1/23 | 3/9 |
| E-1 | 11/20 | 11/20 | 11/22 | 11/21 | 11/19 | 11/19 | 11/20 | 11/18 | 12/19 | 1/23 | 1/26 | 1/26 | 3/5 |
| C-6 | 11/20 | 11/21 | 11/20 | 11/20 | 11/20 | 11/20 | 11/20 | 11/20 | 12/19 | 1/21 | 1/23 | 1/22 | 3/5 |
| C-5 | 11/24 | 12/1 | 12/1 | 11/25 | 11/25 | 11/25 | 11/24 | 11/25 | 12/19 | 1/20 | 1/22 | 1/22 | 2/28 |
| C-7 | 11/24 | 11/22 | 11/21 | 11/20 | 11/22 | 11/20 | 11/24 | 11/21 | 12/29 | 1/20 | 1/22 | 1/21 | 2/23 |
| C-8 | 11/24 | 11/25 | 11/20 | 11/20 | 11/21 | 11/20 | 11/24 | 11/21 | 12/29 | 1/20 | 1/22 | 1/21 | 2/25 |

Osage Turbine Deliveries and Erection Tracking — Last Updated: Wednesday, May 27, 2015

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C-9 | 11/24 | 11/25 | 11/25 | 11/20 | 11/21 | 11/20 | 11/24 | 11/21 | 12/29 | 1/19 | 1/21 | 1/21 | 2/25 | | | | |
| C-10 | 11/24 | 12/1 | 11/25 | 11/25 | 11/25 | 11/25 | 11/24 | 12/4 | 1/12 | 1/19 | 1/21 | 1/20 | 2/25 | | | | |
| D-4 | 11/24 | 12/5 | 12/5 | 12/2 | 12/6 | 12/2 | 11/24 | 12/4 | 1/12 | 1/27 | 1/29 | 2/2 | 3/10 | | | | |
| D-5 | 11/25 | 12/2 | 12/2 | 12/2 | 12/3 | 12/2 | 11/24 | 12/4 | 1/12 | 1/27 | 1/29 | 2/2 | 3/11 | | | | |
| C-11 | 11/25 | 12/1 | 11/25 | 11/25 | 12/2 | 11/25 | 11/24 | 12/5 | 1/13 | 1/26 | 1/28 | 1/31 | 3/19 | | | | |
| C-12 | 11/25 | 12/2 | 12/2 | 11/25 | 11/25 | 11/25 | 11/24 | 12/1 | 1/13 | 1/26 | 1/27 | 1/30 | 3/15 | | | | |
| C-13 | 11/25 | 12/2 | 12/5 | 12/8 | 12/2 | 12/3 | 11/24 | 12/5 | 1/13 | 1/24 | 1/27 | 1/30 | 3/15 | | | | |
| C-14 | 11/25 | 12/6 | 12/5 | 12/1 | 12/3 | 11/25 | 11/24 | 12/1 | 1/13 | 1/24 | 1/27 | 1/30 | 3/15 | | | | |
| C-15 | 11/25 | 12/1 | 12/1 | 12/2 | 12/3 | 12/1 | 11/24 | 12/5 | 1/13 | 1/24 | 1/27 | 1/27 | 3/11 | | | | |
| D-3 | 12/4 | 12/6 | 12/6 | 12/4 | 12/5 | 12/3 | 12/3 | 12/9 | 1/14 | 1/30 | 2/4 | 2/4 | 3/20 | | | | |
| D-2 | 12/4 | 12/8 | 12/6 | 12/4 | 12/5 | 12/3 | 12/3 | 12/5 | 1/14 | 1/30 | 2/4 | 2/4 | 3/21 | | | | |
| D-6 | 12/4 | 12/10 | 12/11 | 12/4 | 12/4 | 12/3 | 12/3 | 12/8 | 1/14 | 1/30 | 2/4 | 2/5 | 3/21 | | | | |
| D-7 | 12/4 | 12/11 | 12/17 | 12/4 | 12/8 | 12/5 | 12/3 | 12/11 | 1/14 | 1/31 | 2/4 | 2/7 | 3/22 | | | | |
| D-8 | 12/4 | 12/8 | 12/6 | 12/8 | 12/6 | 12/5 | 12/3 | 12/10 | 1/15 | 2/2 | 2/5 | 2/7 | 3/23 | | | | |
| D-9 | 12/4 | 12/8 | 12/8 | 12/9 | 12/8 | 12/6 | 12/3 | 12/6 | 1/15 | 2/2 | 2/5 | 2/13 | 4/2 | | | | |
| D-10 | 12/8 | 12/9 | 12/9 | 12/9 | 12/12 | 12/9 | 12/3 | 12/8 | 1/15 | 2/3 | 2/6 | 2/10 | 4/2 | | | | |
| D-11 | 12/8 | 12/16 | 12/16 | 12/8 | 12/8 | 12/6 | 12/3 | 12/6 | 1/15 | 2/4 | 2/6 | 2/10 | 4/2 | | | | |
| D-12 | 12/8 | 12/9 | 12/9 | 12/11 | 12/9 | 12/9 | 12/8 | 12/8 | 1/15 | 2/5 | 2/7 | 2/9 | 4/1 | | | | |
| D-13 | 12/8 | 12/15 | 12/15 | 12/10 | 12/9 | 12/9 | 12/8 | 12/11 | 1/15 | 2/12 | 2/19 | 2/13 | 3/31 | | | | |
| D-14 | 12/8 | 12/10 | 12/10 | 12/11 | 12/9 | 12/9 | 12/8 | 12/10 | 1/15 | 2/4 | 2/7 | 2/8 | 3/28 | | | | |
| E-3 | 12/8 | 12/11 | 12/12 | 12/11 | 12/16 | 12/9 | 12/8 | 12/11 | 1/16 | 2/6 | 2/7 | 2/12 | 4/21 | | | | |
| E-2 | 12/15 | 12/12 | 12/15 | 12/12 | 12/12 | 12/10 | 12/8 | 12/16 | 1/16 | 2/7 | 2/10 | 2/12 | 4/21 | | | | |
| E-9 | 12/15 | 12/15 | 12/16 | 12/11 | 12/12 | 12/10 | 12/8 | 12/12 | 1/16 | 2/7 | 2/10 | 2/13 | 4/20 | | | | |
| E-10 | 12/15 | 12/12 | 12/12 | 12/15 | 12/15 | 12/11 | 12/8 | 12/12 | 1/16 | 2/7 | 2/11 | 2/14 | 4/21 | | | | |
| E-11 | 12/15 | 12/19 | 12/19 | 12/19 | 12/15 | 12/12 | 12/8 | 12/16 | 1/26 | 2/8 | 2/11 | 2/17 | 4/10 | | | | |
| E-12 | 12/15 | 12/16 | 12/16 | 12/17 | 12/15 | 12/12 | 12/15 | 12/16 | 1/26 | 2/9 | 2/11 | 2/17 | 4/10 | | | | |
| E-13 | 12/15 | 12/17 | 12/17 | 12/16 | 12/15 | 12/11 | 12/15 | 12/17 | 1/26 | 2/10 | 2/11 | 2/18 | 4/10 | | | | |
| E-14 | 12/15 | 12/16 | 12/16 | 12/16 | 12/16 | 12/11 | 12/15 | 12/17 | 1/27 | 2/9 | 2/11 | 2/18 | 4/4 | | | | |
| E-15 | 12/15 | 12/16 | 12/16 | 12/16 | 12/15 | 12/12 | 12/15 | 12/17 | 1/28 | 2/9 | 2/18 | 2/18 | 4/4 | | | | |
| E-7 | 12/15 | 12/20 | 12/18 | 12/18 | 12/16 | 12/15 | 12/15 | 12/16 | 1/27 | 2/10 | 2/18 | 2/20 | 4/11 | | | | |
| E-6 | 12/15 | 12/17 | 12/17 | 12/17 | 12/17 | 12/16 | 12/15 | 12/16 | 1/27 | 2/10 | 2/18 | 4/14 | 4/15 | | | | |
| E-5 | 12/15 | 12/20 | 12/12 | 12/20 | 12/17 | 12/12 | 12/15 | 12/17 | 1/27 | 2/12 | 2/18 | 2/25 | 4/14 | | | | |
| E-4 | 12/15 | 12/11 | 12/12 | 12/11 | 12/17 | 12/11 | 12/15 | 12/11 | 1/27 | 2/12 | 2/18 | 4/15 | 4/16 | | | | |
| Total | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 0 | 0 | 0 | 0 |

| Turbine ID/Sequence | Osage Foundations Tracking | | | | | | | | | | Last Updated: | | | Wednesday, May 27, 2015 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Post Erection | | | | | | | | Collector System | | | | | | |
| | Tower Wiring | Gen Align | Clean | Pre-Walk | IIP | MCC | Pre-Commission | Commissioning | Box Pads | Set Transformer | Complete Test Turnover | Transformer Terminated | VLF Complete | Trench/Cable Start | Trench/Cable Finish | Complete Test Turnover |
| A-15 | 12/2 | 12/3 | 12/4 | 12/4 | 12/20 | 1/9 | 2/18 | 5/11 | 2/10 | 2/20 | | | | 2/7 | | |
| F-14 | 12/6 | 12/8 | 12/8 | 12/10 | 12/29 | 1/9 | 2/19 | 5/16 | 2/19 | 2/27 | | | | 2/10 | | |
| F-15 | 12/10 | 12/11 | 12/11 | 12/12 | 1/2 | 1/9 | 2/19 | 5/16 | 2/19 | 2/26 | | | | 2/12 | | |
| F-12 | 12/12 | 12/17 | 12/13 | 12/18 | 1/2 | 1/12 | 2/20 | 5/16 | 3/3 | 3/5 | | | | 2/13 | | |
| F-13 | 12/13 | 12/17 | 12/16 | 12/22 | 1/5 | 1/8 | 2/20 | 5/18 | 3/3 | 3/5 | | | | 2/17 | | |
| F-11 | 12/15 | 12/17 | 12/17 | 1/5 | 1/6 | 1/8 | 2/24 | 5/16 | 2/19 | 2/26 | | | | 2/20 | | |
| F-10 | 12/16 | 12/18 | 12/18 | 1/6 | 1/8 | 1/12 | 2/23 | 5/16 | 2/19 | 2/26 | | | | 2/19 | | |
| F-9 | 1/24 | 1/21 | 1/21 | 1/26 | 1/27 | 2/3 | 2/23 | 5/16 | 2/19 | 2/26 | | | | 2/24 | | |
| F-1 | 12/17 | 12/19 | 12/19 | 1/5 | 1/6 | 1/12 | 3/10 | 5/14 | 3/3 | 3/5 | | | | 2/11 | | |
| A-1 | 12/18 | 12/19 | 12/20 | 1/6 | 1/9 | 1/17 | 3/10 | 5/11 | 2/4 | 2/17 | | | | 1/16 | | |
| A-2 | 12/20 | 12/23 | 12/23 | 1/9 | 1/10 | 1/16 | 3/9 | 5/8 | 2/10 | 2/17 | | | | 1/23 | | |
| A-3 | 12/21 | 12/22 | 12/22 | 1/9 | 1/10 | 1/8 | 3/9 | 5/11 | 2/4 | 2/17 | | | | 1/20 | | |
| A-4 | 12/29 | 12/31 | 12/30 | 1/7 | 1/10 | 1/19 | 3/7 | 5/9 | 2/4 | 2/17 | | | | 1/20 | | |
| A-5 | 12/30 | 12/31 | 12/31 | 1/8 | 1/9 | 1/12 | 3/7 | 5/9 | 2/10 | 2/17 | | | | 1/19 | | |
| A-6 | 1/17 | 1/19 | 1/19 | 1/20 | 1/21 | 2/3 | 3/24 | 5/8 | 2/10 | 2/20 | | | | 1/28 | | |
| A-8 | 1/3 | 1/10 | 1/6 | 1/11 | 1/13 | 1/16 | 3/24 | 5/9 | 2/12 | 2/20 | | | | 1/29 | | |
| A-9 | 1/2 | 1/5 | 1/3 | 1/10 | 1/13 | 2/3 | 3/3 | 5/11 | 2/12 | 2/20 | | | | 1/29 | | |
| A-12 | 2/2 | 1/19 | 1/19 | 1/21 | 2/5 | 2/25 | 3/2 | 5/9 | 2/10 | 2/20 | | | | 1/27 | | |
| F-4 | 1/16 | 1/17 | 1/17 | 1/19 | 1/20 | 1/28 | 2/28 | 5/14 | 3/3 | 3/5 | | | | 2/14 | | |
| F-3 | 1/30 | 1/31 | 3/17 | 3/17 | 3/18 | 3/25 | 3/26 | 5/14 | 3/3 | 3/5 | | | | 2/18 | | |
| F-5 | 1/8 | 1/13 | 1/10 | 1/14 | 1/16 | 2/3 | 3/2 | 5/14 | 3/3 | 3/5 | | | | | | |
| F-7 | 1/6 | 1/11 | 1/8 | 1/13 | 1/16 | 2/25 | 2/27 | 5/14 | 2/19 | 2/26 | | | | 2/24 | | |
| F-6 | 1/7 | 1/13 | 1/9 | 1/13 | 1/14 | 2/3 | 2/27 | 5/14 | 2/19 | 2/26 | | | | 2/20 | | |
| F-8 | 1/5 | 1/11 | 1/6 | 1/11 | 1/13 | 1/16 | 2/24 | 5/14 | 2/19 | 2/26 | | | | | | |
| A-13 | 1/15 | 1/16 | 1/17 | 1/19 | 1/20 | 2/3 | 2/25 | 5/9 | 2/10 | 2/20 | | | | 1/27 | | |
| A-14 | 1/31 | 1/17 | 1/16 | 2/2 | 2/3 | 2/9 | 2/25 | 5/9 | 2/10 | 2/20 | | | | 2/7 | | |
| A-10 | 1/26 | 1/30 | 1/29 | 2/2 | 2/25 | 2/27 | 3/5 | 5/9 | 2/10 | 2/20 | | | | 1/30 | | |
| A-11 | 1/27 | 1/28 | 1/28 | 1/30 | 1/31 | 2/9 | 3/5 | 5/8 | 2/12 | 2/20 | | | | 2/6 | | |
| B-2 | 1/28 | 1/30 | 1/29 | 1/30 | 1/31 | 2/3 | 3/25 | 5/18 | 3/9 | 3/13 | | | | | | |
| B-3 | 2/20 | 1/30 | 1/30 | 1/31 | 2/27 | 3/4 | 3/16 | 5/18 | 3/12 | 3/13 | | | | | | |
| B-4 | 2/3 | 2/4 | 2/4 | 2/5 | 2/6 | 2/11 | 3/6 | 5/19 | 3/12 | 3/13 | | | | | | |
| B-5 | 2/4 | 2/5 | 2/5 | 2/7 | 2/9 | 2/11 | 3/19 | 5/19 | 3/12 | 3/13 | | | | | | |
| B-6 | 2/5 | 2/9 | 2/6 | 2/9 | 2/10 | 2/25 | 3/19 | 5/19 | 3/12 | 3/13 | | | | 2/21 | | |
| B-7 | 2/20 | 2/12 | 2/11 | 2/14 | 2/27 | 3/4 | 3/16 | 5/19 | 3/12 | 3/13 | | | | | | |
| B-8 | 2/9 | 2/12 | 2/10 | 2/12 | 2/17 | 2/25 | 3/18 | 5/19 | 3/12 | 3/13 | | | | 2/27 | | |
| B-9 | 2/6 | 2/9 | 2/7 | 2/9 | 2/13 | 2/25 | 3/18 | 5/19 | 3/12 | 3/13 | | | | 2/27 | | |
| B-11 | 2/14 | 2/17 | 2/17 | 2/18 | 2/19 | 2/25 | 3/13 | 5/18 | 3/10 | 3/13 | | | | | | |
| B-15 | 2/18 | 2/20 | 2/19 | 2/20 | 2/24 | 2/27 | 3/12 | 5/16 | 3/10 | 3/13 | | | | 2/27 | | |
| B-14 | 2/17 | 2/20 | 2/18 | 2/19 | 2/24 | 2/27 | 3/11 | 5/18 | 3/10 | 3/18 | | | | 2/27 | | |
| B-12 | 2/13 | 2/14 | 2/14 | 2/17 | 2/18 | 2/25 | 3/13 | 5/18 | 3/10 | 3/18 | | | | | | |
| B-13 | 2/12 | 2/13 | 2/13 | 2/14 | 2/18 | 2/25 | 3/12 | 5/18 | 3/10 | 3/13 | | | | | | |
| B-10 | 2/11 | 2/13 | 2/12 | 2/13 | 2/17 | 2/27 | 3/20 | 5/16 | 3/3 | 3/5 | | | | 2/21 | | |
| C-1 | 3/9 | 3/10 | 3/10 | 3/11 | 3/12 | 3/13 | 4/6 | 5/11 | 3/23 | 3/26 | | | | | | |
| C-2 | 3/10 | 3/11 | 3/11 | 3/12 | 3/13 | 3/25 | 3/26 | 5/11 | 3/23 | 3/26 | | | | | | |
| D-1 | 3/11 | 3/15 | 3/12 | 3/14 | 3/18 | 3/25 | 4/6 | 5/20 | 3/23 | 3/26 | | | | | | |
| C-3 | 3/12 | 3/15 | 3/13 | 3/18 | 3/19 | 4/1 | 4/7 | 5/11 | 3/23 | 3/26 | | | | | | |
| E-1 | 3/7 | 3/9 | 3/9 | 3/10 | 3/11 | 3/23 | 4/7 | 5/21 | 3/23 | 3/26 | | | | | | |
| C-6 | 3/6 | 3/7 | 3/7 | 3/26 | 3/25 | 3/27 | 4/14 | 5/12 | 3/12 | 3/18 | | | | | | |
| C-5 | 3/3 | 3/5 | 3/5 | 3/6 | 3/9 | 3/23 | 3/27 | 5/11 | 3/12 | 3/18 | | | | | | |
| C-7 | 2/23 | 2/25 | 2/25 | 2/27 | 3/5 | 3/25 | 3/27 | 5/11 | 3/23 | 3/26 | | | | | | |
| C-8 | 2/27 | 2/28 | 2/28 | 3/5 | 3/6 | 3/12 | 3/23 | 5/11 | 3/12 | 3/18 | | | | | | |
| C-9 | 3/2 | 3/5 | 3/3 | 3/5 | 3/6 | 3/13 | 3/23 | 5/12 | 3/12 | 3/18 | | | | | | |
| C-10 | 2/26 | 2/27 | 2/27 | 3/2 | 3/5 | 3/12 | 3/20 | 5/12 | 3/12 | 3/18 | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D-4 | 3/13 | 3/15 | 3/16 | 3/19 | 3/20 | 3/25 | 4/14 | 5/20 | 3/23 | 3/26 | | | | | | |
| D-5 | 3/14 | 3/19 | 3/18 | 3/19 | 3/23 | 3/25 | 4/14 | 5/20 | 3/23 | 3/26 | | | | | | |
| C-11 | 3/21 | 3/23 | 3/23 | 3/28 | 4/2 | 4/3 | 4/10 | 5/12 | 3/23 | 3/26 | | | | | | |
| C-12 | 3/20 | 3/21 | 3/21 | 3/28 | 4/1 | 4/6 | 4/10 | 5/12 | 3/23 | 3/26 | | | | | | |
| C-13 | 3/17 | 3/20 | 3/19 | 3/24 | 3/31 | 4/3 | 4/9 | 5/15 | 3/23 | 3/26 | | | | | | |
| C-14 | 3/19 | 3/20 | 3/20 | 3/23 | 3/30 | 4/6 | 4/9 | 5/11 | 3/23 | 3/26 | | | | | | |
| C-15 | 3/16 | 3/19 | 3/18 | 3/20 | 3/24 | 3/27 | 4/9 | 5/11 | 3/23 | 3/26 | | | | | | |
| D-3 | 3/23 | 3/28 | 3/24 | 3/30 | 4/4 | 4/6 | 4/15 | 5/20 | 3/23 | 3/26 | | | | | | |
| D-2 | 3/24 | 3/28 | 3/25 | 3/31 | 4/7 | 4/15 | 4/20 | 5/20 | 4/6 | 4/9 | | | | | | |
| D-6 | 3/25 | 3/28 | 3/26 | 4/2 | 4/7 | 4/15 | 5/6 | 5/20 | 4/6 | 4/9 | | | | | | |
| D-7 | 3/26 | 3/28 | 3/27 | 4/2 | 4/10 | 4/15 | 4/20 | 5/26 | 4/6 | 4/9 | | | | | | |
| D-8 | 3/27 | 3/30 | 3/30 | 4/4 | 4/10 | 4/15 | 4/21 | 5/21 | 4/6 | 4/9 | | | | | | |
| D-9 | 4/11 | 4/10 | 4/9 | 4/14 | 4/16 | 4/20 | 4/28 | 5/19 | 4/21 | 4/23 | | | | | | |
| D-10 | 4/6 | 4/10 | 4/7 | 4/10 | 4/15 | 4/16 | 4/21 | 5/21 | 4/21 | 4/23 | | | | | | |
| D-11 | 4/4 | 4/10 | 4/6 | 4/10 | 4/15 | 4/20 | 4/23 | 5/21 | 4/6 | 4/9 | | | | | | |
| D-12 | 4/2 | 4/4 | 4/4 | 4/8 | 4/14 | 4/20 | 4/23 | 5/21 | 4/6 | 4/23 | | | | | | |
| D-13 | 4/1 | 4/2 | 4/2 | 4/7 | 4/14 | 4/20 | 4/22 | 5/21 | 4/6 | 4/9 | | | | | | |
| D-14 | 3/30 | 3/31 | 3/31 | 4/7 | 4/11 | 4/15 | 4/22 | 5/21 | 4/6 | 4/9 | | | | | | |
| E-3 | 4/25 | 4/28 | 4/28 | 4/29 | 5/1 | 5/2 | 5/5 | 5/21 | 4/27 | 4/30 | | | | | | |
| E-2 | 4/24 | 4/28 | 4/25 | 4/28 | 4/30 | 5/2 | 5/4 | 5/22 | 4/27 | 4/30 | | | | | | |
| E-9 | 4/22 | 4/28 | 4/23 | 4/24 | 4/29 | 5/2 | 5/5 | 5/26 | 4/27 | 4/30 | | | | | | |
| E-10 | 4/23 | 4/28 | 4/24 | 4/25 | 4/29 | 5/1 | 5/4 | 5/23 | 4/27 | 4/30 | | | | | | |
| E-11 | 4/14 | 4/15 | 4/16 | 4/18 | 4/20 | 4/23 | 4/29 | 5/22 | 4/21 | 4/30 | | | | | | |
| E-12 | 4/15 | 4/16 | 4/18 | 4/20 | 4/21 | 4/23 | 4/24 | 5/26 | 4/21 | 4/30 | | | | | | |
| E-13 | 4/13 | 4/15 | 4/15 | 4/16 | 4/18 | 4/24 | 4/24 | 5/23 | 4/21 | 4/23 | | | | | | |
| E-14 | 4/10 | 4/11 | 4/11 | 4/15 | 4/18 | 4/20 | 4/29 | 5/26 | 4/21 | 4/23 | | | | | | |
| E-15 | 4/9 | 4/10 | 4/10 | 4/14 | 4/16 | 5/1 | 4/30 | 5/23 | 4/21 | 4/23 | | | | | | |
| E-7 | 4/16 | 4/18 | 4/20 | 4/21 | 4/23 | 4/24 | 4/28 | 5/22 | 4/21 | 4/23 | | | | | | |
| E-6 | 4/20 | 4/25 | 4/21 | 4/22 | 4/28 | 5/1 | 5/1 | 5/22 | 4/6 | 4/9 | | | | | | |
| E-5 | 4/18 | 4/28 | 4/29 | 4/29 | 4/30 | 5/2 | 5/6 | 5/22 | 4/21 | 4/23 | | | | | | |
| E-4 | 4/21 | 4/28 | 4/22 | 4/23 | 4/28 | 5/1 | 5/1 | 5/21 | 4/6 | 4/9 | | | | | | |
| Total | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 0 | 0 | 0 | 32 | 0 | 0 |