# EXHIBIT 3

Case No. l4-CV-704-GKF-JFJ

**EXHIBIT B(i)**
To Balance of Plant Engineering, Procurement and Construction Contract
by and between Osage Wind, LLC and RMT, Inc.

**SCOPE OF WORK**

EXHIBIT
**102**

OSAGE WIND-003768

# Exhibit B(i)
# Scope of Work
# Osage Wind, LLC

## General Overview

The "Work" includes engineering, procurement, and civil and electrical infrastructure construction and related work to support the installation of ninety four (94) Turbines at the Osage County Wind Facility.  The Project Site is located in Osage County, Oklahoma near the town of Burbank. The facility will consist of ninety four (94) GE 1.6-100 turbines (Turbines) on 80m hub height towers, a Project Substation, and a 138kV Transmission Line installed from the Project Substation to dead end structure at the KAMO interconnection switchyard. At the direction of Osage Wind, LLC ("Osage"), RMT is to design the site assuming that the 94 GE 1.6-100 turbines could, at a later date, be uprated to the GE 1.7-100.  Therefore, the Work includes installation of the GE 1.6-100 units, but the site is to be designed to accommodate the GE 1.7-100 structural loads and output. Scope includes pad-mount transformers at 2,000 kVA, select conductor size increases, and turbine foundation design and construction to accommodate the GE 1.7-100.

The scope of Work under the Contract will include all services and items necessary and appropriate to complete the Project, including those set forth in this Exhibit B(i).  Capitalized terms used in this Exhibit B(i) and not otherwise defined herein will have the meanings given such terms in the Contract. It is understood that the Work includes all services and items necessary or appropriate to design, engineer, construct, install, execute, complete and commission the Project whether or not such services and items are specifically set forth in this Exhibit B(i), in the Specifications, or in the Contract.

The civil infrastructure includes roads, crane paths and pads as necessary, turbine foundations, and full site restoration. The electrical infrastructure includes a 34.5kV underground collector system, a 34.5/138kV Project Substation (Substation) including station power service and system protection, and a 138kV Transmission overhead generator lead line.  Owner will provide the main power transformer and six (6) grounding circuit breakers for the Substation. The Work includes tower erection, including in-tower wiring, mechanical turbine completion, testing and inspections as necessary to deliver a fully functional wind powered electrical generation facility.

As between Owner and Contractor, Contractor will be solely responsible for the means, methods, techniques, sequences, and procedures employed for the provision of the Work.

For clarification, the design and construction of necessary Interconnection Facilities at a new KAMO switchyard will be performed by others.  The Point of Interconnection (POI) for the project will be the 138kV dead-end structure located within the KAMO switchyard. Others will install the 138kV dead-end structure within the KAMO switchyard. The Contractor's scope shall be to connect the Transmission line conductor and OPGW to the dead-end structure. The owner

OSAGE WIND-003769

of the KAMO switchyard will allow Contractor to perform work inside the switchyard at no cost to Contractor (e.g., oversight personnel) and within the timeframe to meet the project schedule.

# I.     General Services Provided

**Engineering, Construction Management, QA/QC, Safety, and Permits and Approvals**

1. Develop and maintain a Critical Path Method ("CPM") schedule that will integrate related activities and comply with the Milestone Schedule.  Contractor will provide weekly updates of the CPM schedule and weekly periodic reporting.

2. Prepare a detailed Project execution plan, including design, procurement of Equipment, delivery timeframes, construction work and quality assurance/quality control (QA/QC) activities in accordance with the Quality Assurance Plan, Milestone Schedule completion dates, site restoration, Job Book delivery, and other key Contractor Deliverables to Owner.

3. Contractor shall prepare and submit with the CPM schedule a procurement schedule for major equipment and materials to be furnished by Contractor through its Subcontractors, manufacturers, and suppliers.

    a. Procurement schedule shall indicate the date each item will be needed at the site to avoid delay in construction, the time required for delivery after order is placed, the latest date for placement of order.

    b. At least once every month beginning with submittal of the initial procurement schedule, the Contractor shall submit an updated procurement report with the CPM schedule.

    c. Procurement schedule shall include as a minimum the following items of equipment and materials:
        i. Rebar and reinforcing steel
        ii. Anchor bolts and cages
        iii. Pad Mount Transformers
        iv. Conduit
        v. Substation wire and cable
        vi. Switches
        vii. Bus materials
        viii. Instrument Transformers (PT's and CT's)
        ix. Poles
        x. Insulators
        xi. ACSR Conductor
        xii. Control Enclosures
        xiii. Relay panels
        xiv. 138kV-Breaker
        xv. Reactor(s)

OSAGE WIND-003770

4.  The Contractor will be responsible to perform any additional geotechnical studies and supplement the report previously provided by Owner with new data and recommendations for the WTGs, 138kV Transmission Line line, collector, roads, substation, meteorological tower(s). As required to complete the project. The Contractor shall submit a basis of design for the field and laboratory testing portions of the geotechnical study for Owner's prior approval.

    a.  Owner and Contractor will agree on  locations prior to subsurface explorations

    b.  Contractor will complete utility clearances prior to field investigation

5.  Provide general services associated with site development and engineering including, but not limited to, the following:

    a.  Optimize final access roads, collector system, and transmission line route

    b.  Refine the transportation plan for turbine delivery

    c.  Determine all local, state and federal laws and regulations associated with characterizing and managing petroleum-impacted soil and rock, if encountered during construction.  Provide estimates for the cost impact to owner for soil remediation of petroleum impacted soils as the sites are uncovered.

6.  Provide civil and electrical engineering to support construction of the Work by a qualified professional engineer licensed in the State of Oklahoma.  Conduct final design and certified engineering services for Access Roads, Crane Paths, Crane Pads, Lay Down Area, Foundations, Collection System Circuits and SCADA/fiber optic System, Substation, 138kV transmsiion line, and include testing and studies needed to complete the design. SCADA design shall include Work necessary to transmit data to outside parties (Off-taker, Utilities, Owner, and Turbine Vendor) through SCADA and computer communication systems for the purpose of revenue metering and management of the wind farm. Engineering design to support construction of these facilities is based upon, but not limited to, utility industry standards, the Turbine Specifications included in Contract Exhibits G(i), and applicable standards and code requirements.

7.  For the Collection System and SCADA/fiber optic design work, Contractor shall ensure that the BIL requirements and surge protection equipment are specified accordingly and that the pad-mount transformer fusing is appropriate. Contractor is responsible for the insulation design from the Turbines to the Substation. Contractor shall cooperate and coordinate with Utility Owner's design engineer.

8.  The Contractor shall design all portions of the Collection System underground.  The trench depth shall be a minimum of 3.5 feet, and provide for a minimum of 3 feet of cover or as required by code.

9.  Contractor shall provide final design of the 138kV transmission line based on the identified route. The transmission line shall be designed to achieve a Class B construction with heavy

OSAGE WIND-003771

ice loading. The Contractor shall survey and stake the entire route, and perform the required geotechnical studies. Contractor shall design, and seek Owner approval of the 138kV transmission line bird diverters to support Project environmental permitting.

10. Contractor shall design and construct the 138kV transmission line including terminations at Project Substation and dead end structure at the 138kV KAMO switchyard.

11. Contractor shall provide wind industry standard design assumptions and calculations, civil and electrical design submittals (e.g., grounding, foundations, bus, battery and AC loading).

12. Contractor shall provide quality assurance/quality control (QA/QC) procedures in accordance with its Quality Assurance Plan, and inspection, testing, and commissioning for all Work subject to the Contract, including but not limited to, civil infrastructure, Collection System Circuits, Foundations, Project Transmission, Turbine installation and wiring, FAA lights, but specifically excluding Turbine commissioning. Contractor shall implement QA/QC procedures during the Work, in accordance with the Quality Assurance Plan, Engineer-of-Record Drawings and Specifications, and Engineer of Record-approved shop drawings and submittals. Periodic site inspections of the Work will be performed by Contractor's technical representative(s). Contractor will allow Owner and its representative(s) to monitor and inspect the Work periodically. Contractor shall provide Owner and its representative(s) access to QA/QC documentation upon reasonable request and throughout Work activities in reasonable time frames.

13. Contractor shall provide a minimum of one (1) full-time, on-site Health and Safety Manager and one (1) full-time, on-site Environmental compliance officer.  Contractor is responsible for environmental, health and safety at the Project Site, in conformance with Contractor's Site-specific Health and Safety Plan.

14. Contractor shall conduct daily Job Hazard Analysis meetings to identify and mitigate potential Work hazards prior to beginning Work. Contractor shall conduct weekly all-hands safety meetings and safety "stand down" meetings, whenever needed.

15. Provide regular operating reports to Owner, including Plan of the Day (POD) reports, and weekly and detailed monthly written progress reports. Safety shall be discussed at each POD meeting.

16. Arrange and host weekly teleconference meetings, and monthly meetings at the Project Site between Owner and Contractor to discuss progress of the Work. Contractor will present the percent Work complete, the percent of Contract Price invoiced and amount paid by Owner (per the Schedule of Values), and Work progress in comparison to the CPM/ Milestone Schedule. Upon request by Owner, Contractor shall present corrective measures and options to achieve the Milestone Schedule and Guaranteed Dates, if Project delays are anticipated.

17. Conduct EHS orientation for any new personnel prior to their being released to Work on the Project Site.

OSAGE WIND-003772

18. Report all safety incidents in a timely manner (all injuries and medical treatments must be reported in 24 hour time frame), including near misses, minor injuries, and OSHA recordable injuries, including root cause analysis and corrective measures.

19. Provide As-Built Drawings and documentation for each component of the Project. As-Built Drawings shall include the surveyed location of all installed turbines and 138kV transmission line poles, and surveyed spot locations, as determined by Contractor, of the permanent infrastructure including the collector system circuits, access roads, and Project Substation. As-Built Drawings will be certified by an Oklahoma licensed surveyor for the portions of limited survey verification work.

20. Provide security at the Project Site, as necessary for safe and effective project execution. Contractor will provide one (1) security guard at the laydown yard and one (1) roving security guard during the hours of six (6) PM and six (6) AM, seven (7) days per week. The site security will be available for twenty-four hours each Sunday and on holidays.

21. Contractor will assist in minimizing crop damage where possible through coordination with Owner to allow for harvest of existing crops prior to construction clearing. Provided, however, such accommodation for crop harvesting shall not impede or impact the Project Schedule.

22. Existing crops will be removed as necessary within the construction easements. Work performed by Contractor outside the construction easements but within participating landowner property is subject to Owner's approval. Payments to landowners for removed crops for such Work outside the construction easements will be at Contractor's expense.

23. Contractor will provide technical assistance to Owner with crop damage payments. Contractor will GPS survey and quantify crop damage within and outside of the construction easements. Contractor will provide GIS aerial renderings of each affected landowner's property that illustrates the crop damage areas and calculates the acreage of lost crop due to construction. Contractor's renderings shall not be considered as certified documents and Contractor shall have no responsibility in the use of these renderings.

24. Owner is responsible for landowner relationships. However, Contractor shall support positive relationships with land owners, the local community, and public and regulatory representatives, and maintain a professional image as our Contractor within the community.

25. Contractor will maintain a neat and orderly Project Site.

26. Existing utilities will be located as part of the Work. Owner has provided available utility location maps and surveys, including the existing overhead power distribution lines, oil well locations (active and abandoned), oil conveyance lines and high pressure oil and gas lines. The available utility maps and survey information provided by Owner may be incomplete or inaccurate. The Contractor is responsible to secure utility locations by the respective utility operators prior to any excavation activity or Work within the project boundaries. Owner will work collaboratively with Contractor in identifying oil and gas facility operators that have the authority to shut down the pumps and cut the pressure. It is

OSAGE WIND-003773

assumed that the pipeline operators will assist and or provide direction on closing pipeline ruptured during trenching operations.

27. Contractor shall perform the Work to avoid and minimize potential impacts to wetlands, waterways, environmental and cultural resource areas. Contractor acknowledges these requirements for performance of the Work. Owner shall be responsible for identifying all wetlands, waterways, environmental and cultural resource areas. Owner shall provide the limits of these features to Contractor in electronic form (e.g., sharefiles or AutoCAD) that Contractor can rely on for design and construction activities.

28. Contractor will consider local content and sources for materials, supplies, equipment rental, labor, and subcontractors. Contractor will prepare a local content plan for Owner's information.

29. Contractor shall acquire Contractor Permits and approvals as necessary to perform the Work, and shall provide permitting assistance to Owner to secure certain Owner Permits and approvals as set forth in Exhibit I.

30. Contractor shall prepare a streamlined project execution plan that includes details of the following: 1) contact names for coordination and communication with Owner, oil companies, and local utilities, 2) utilization of oil and gas infrastructure maps within the planned construction zones, 3) crossing plan details for oil and gas lines, 4) communication protocols for oil company line drops, 5) emergency notification and response plan if an oil and gas line is ruptured or compromised by Contractor.

31. Contractor shall maintain a 300-foot set back from all active wells and derricks, including all on site equipment and machinery, unless otherwise approved by well operator or pipeline damage prevention supervisor. All gasoline-powered equipment and machinery must be equipped with exhaust spark suppression equipment where applicable.

32. Prior to construction in an area Contractor shall perform a Ground Penetrating Radar (GPR) study within the construction zones. Any conflicts shall be identified by section, range, township and Lat/Long coordinates on a prepared GIS figure. Contractor shall coordinate with Owner to identify owner of underground pipeline/utility and Contractor shall support Owner in obtaining any needed crossing agreements, or design change management. Contractor will be liable for obstructions identified by GPR within the limits of the capabilities of the equipment used and the technical expertise of the operators.

33. Contractor shall be responsible for all construction permits and approvals, and initiating requests to the respective utility or road management entity and coordinating the required activities for temporary utility drops/outages, and any temporary underground or overhead utility crossings or public road crossings that are required for the Work.

34. Contractor will secure all notices to airmen for cranes, tower erection, and FAA light installation.

35. Permit or approval application fees, which would typically be submitted with applications directly to the regulatory authority by Owner, are excluded from Contractor's scope.

OSAGE WIND-003774

36. Actual workforce schedule is in Contractor's sole discretion, and shall meet the Milestone Schedule and Guaranteed Completion dates.  For Owner's oversight planning purposes, Contractor initially plans to work six days per week, Monday through Saturday.  Contractor will notify Owner if the workforce schedule varies significantly from this plan. No Work will be performed on the following holidays without prior written approval from Owner:

- o Memorial Day
- o Labor Day
- o Thanksgiving Day
- o Day after Thanksgiving Day
- o Christmas Eve Day
- o Christmas Day
- o New Years Eve Day
- o New Years Day
- o Independence Day
- o Columbus Day

37. The project site is located within oil and gas extraction fields. Contractor to present "Outline of Construction Logistics Plan" including the following sections:

- Emergency response plan(fire, oil/gas leak etc.)
- Fire prevention and response plan (the project site contains high grass and active oil wells)
- SPCC (oil contamination)
- Petroleum-containing soil and rock removal and proper management/disposal
- Crossing of existing utility distribution lines in coordination with oil and gas company operations
- Plan for temporary and permanent crossing of oil and gas infrastructure
- Communications protocol between Contractor and oil & gas companies
- Spark hazards

### *Engineering, Construction Management, QA/QC, Permits and Approvals and Safety Clarifications and Exclusions*

a. Owner will be responsible for securing permits necessary for the transport of the turbine components to the Project Site, to each respective turbine location, and the return of shipping fixtures and installation tools to Turbine Supplier pursuant to Exhibit G(ii).

b. Owner will pay any fees required for all permits and approvals.

OSAGE WIND-003775

c. Survey will be provided for Contractor's Work only.  Owner is responsible for survey and locating and verifying in the field any setbacks, property lines, or other non-construction features.

# II.     Civil Services Provided

## General Civil Infrastructure

1.  Pre and post-construction video survey of County and State roads used for access to or within the footprint of the Project Site.

2.  Provide construction surveying and staking for Access Roads, Collection System Circuits, Crane paths, Turbine locations, 138kV transmission line, Project Substation, and lay down area to facilitate the Work.

3.  Construct temporary 15-acre lay down area of compacted aggregate for placement of office trailers and storage of materials as necessary during the course of construction of the Work. Contractor will provide utilities, waste management and mail service to Owner's office trailer, provided by Owner.  Pricing assumes that utilities are available within 100 feet of the lay down area.  The lay down yard will include two separate approaches from public roads to facilitate the flow of traffic.  The Contract Price does not include removal or restoration of the laydown yard area.

4.  Construct 16-foot wide Access Roads to the IFC design specifications (Standard Section) to Turbine locations as shown on the Site Plan. Contractor may elect to use design configurations different then shown in the "Standard Section", provided the Engineer of Record approves, and it meets the Requirements.  Contractor will construct final Access Roads to meet the Requirements and achieve Access Road Completion. Contract Price includes remediation of the subgrade per Enhanced Section detail on up to 7,000 feet of access road length. Up to 6-inches of existing topsoil will be stripped and stockpiled along the Access Road for use in restoration activities. Certain roads, as required, shall be constructed with temporary wide compacted shoulders on each side to accommodate crane travel.  Such temporary compacted shoulders and crane paths shall be de-compacted at the completion of the Work. Contractor shall construct Access Roads, in accordance with the Requirements, to allow scheduled delivery of the Turbines to the Turbine locations.

5.  Construct up to 25 temporary turning radii at Turbine Access Road entrances.  Access Road entrances located at existing county roads will include 15-inch culverts as necessary.  Access Road entrances at State roads will include 24-inch culverts as necessary.  The turning radius on the approach side of the Access Roads will be removed as part of Contractor's Work.

6.   Construct Crane Walks off Access Roads.  Crane Walks in open field conditions.  The location of the Crane Walks will be determined by Contractor to support Turbine installation, but within the approved construction corridors by Owner. Should the Crane Walk need to be adjusted outside the currently approved construction corridors the Contractor shall seek approval from Owner to verify compliance with environmental

OSAGE WIND-003776

permitting requirements. Contractor shall develop Crane Walks with consideration for minimizing interference with and damage to land owner property. Construct temporary stream crossings as necessary for crane travel. Contractor has included up to 19 temporary stream crossings. Temporary stream crossings will be accomplished by temporarily placing a culvert and gravel in the crossing, or placing cribbing in the stream bed and crane mats, and removing material once crossing is complete. Owner shall be responsible for permitting associated with temporary stream crossings for this use. Access Roads and crane paths shall be constructed in conformance with the construction easements and the environmental constraints.

7. Construct ninety-four (94) temporary crane pads to safely support cranes used to erect Turbines during performance of the Work. Crane pad locations shall be determined by Contractor. Crane pads will be left in place upon completion of the project, and crane pad locations are not required to be restored.

8. Construct temporary Access Road turnaround areas for heavy haul vehicles at the ends of Turbine Access Roads. Turnaround areas shall be of sufficient in size to allow for Turbine delivery vehicles to safely turn around, and must be acceptable to the Turbine Vendor responsible for turbine delivery. Acceptance from the Turbine Vendor will be obtained by Owner. Contractor has included up to 47 temporary access road turnarounds consisting of compacted subgrade in a configuration that meets typical unloaded truck turnaround requirements.

9. Dust control, as determined by Contractor, will be provided throughout the duration of the Work.

10. Contractor shall plow snow from Turbine Access Roads, as required to enable the Work to be performed and to allow turbine delivery during the delivery window.

11. Contractor shall plow snow from County roads and any local roads to enable the Work to be performed and to allow turbine delivery during the delivery window. Public road snow plowing is limited to the Project Boundary.

12. Public road maintenance in the Contractor's scope to enable the Work to be performed and to allow turbine delivery shall be limited to roads in the transportation plan route.

13. Contractor shall keep public roads clear of mud and debris during construction.

14. Contractor to provide a transportation plan to allow access for turbine components to all turbine locations. Contractor has included 3 public road intersection improvements at 1) Denoya Road and Old Hwy 60; 2) SH 11/18 and CR 4030; and 3) US 60 and SH 11/18, north and south directions. Bridge crossing improvements are excluded from Contractor's Work.

15. Site restoration will include de-compaction of temporary construction areas, and re-grading construction areas close to pre-existing surface conditions. Removed or stockpiled soil will be placed as near as possible to the point of removal, and graded to promote proper drainage and minimize erosion around the permanent Project features (Access Roads, Collection System Circuits, and 138kV transmission line, Project Substation, and Turbine areas).

OSAGE WIND-003777

16. Contractor shall extend commercially reasonable efforts during restoration to remove aggregate from land adjacent to access roads and within the construction easements resulting from the Work.

17. Contractor shall comply with all Owners' environmental requirements to clear shrubs and trees during construction.  Owner's prior consent is required to remove trees.  Contractor is required to properly dispose of all wood debris and access materials resulting from the Work.

18. Contractor shall work with local National Resources Conservation Service (NRCS) with respect to construction, modification, and restoration of existing field terracing and other soil conservation policies implemented on disturbed parcels, if applicable.   Any scope additions required by the NRCS will be provided as a change order to the contract.

19. Contractor has included 25 cattle gates, 25 cattle guards, and related fencing repair and replacement at the access roads where livestock is kept.

### *General Civil Infrastructure Services - Clarifications and Exclusions*

a.  Access road scope and price is based on Exhibit L (Project Site Layout).

b.  Contractor has not included drain tile repairs.

c.  Contractor has included 6-inches of topsoil removal associated with access roads, crane walks, turbine pads, and laydown area.

d.  Owner will be responsible for access to and approvals for all crossings required for construction, including public roads, railroads, utilities, and properties to meet the project schedule.

e.  Contractor will not be restricted regarding movement or transport of soil materials nor will Contractor be responsible for fees or delays associated with Mineral Rights issues.

f. The Contract Price includes the following quantities of materials for excavation:
- Access roads,  crane walks and turbine assembly areas:
  - Topsoil  = 288,228 cy
  - SubSoil and Rippable Rock = 338,565 cy
  - Non-Rippable Rock = 61,435 cy
- Turbine foundations:
  - 
  - SubSoil and Rippable Rock = 66,880 cy
  - Non-Rippale Rock = 31,350 cy

OSAGE WIND-003778

Contractor will be responsible to track excavation volumes periodically throughout the project.  These volumes will be presented to Owner as needed to support the Work.

g.  Rock blasting or removal has not been included.

## WTG Foundations

1.  Construct ninety-four (94) Turbine Foundations in the locations provided by Owner and achieve Foundation Completion.  The Foundations shall be constructed in accordance with the Geotechnical Studies, the Engineer of Record-approved engineering plans, and Turbine technical specifications. The foundations will be designed to accommodate the GE 1.7-100 or the GE 1.6-100 turbines.

2.  Contractor shall furnish and install anchor bolts, sleeves, and embedded anchor rings as per the Engineer of Record-approved Foundation design drawings.  Contractor shall install grout below bottom flange of tower to provide support for Turbines as required.  The exposed portion of the anchor bolts will be covered with acceptable protective caps upon completion of the erection of the tower on the Foundation.

3.  Contractor shall furnish and install electrical conduits and grounding as per the Engineer of Record-approved electrical drawings.

4.  Contractor shall install gravel ring around each Turbine pedestal for light duty truck access to Turbine location, and in accordance with the Engineer-of-Record drawings.

5.  Excess excavated material from the Foundations, if suitable, may be used to backfill excavations, construct roadways, construct crane pads, or may be spread around the Foundation pads.  Soil spread around Foundation pads will be blended to grade to allow crop cultivation and in a manner reasonably acceptable to Owner.  Proper drainage will be maintained around the Turbine Foundation areas in accordance with the Engineer of Record-approved Foundation design drawings.  Contractor shall retain the top 6 inches of topsoil to be used as cover over restored areas.

6.  Over-excavation of soil or rock and haul-off of excess materials is excluded from Contractor's Scope of Work, but subject to Unit Pricing.

### WTG Foundations - Clarifications and Exclusions

a. Contractors price is based on the data in the Geotechnical Report and reflected in the Schedule of Values Exhibit A(i). Contractor expects soil and at least some rock at each of the turbine locations, to the depth required for foundation installation.  Contractor has assumed that the material at 64 turbine locations can be removed using a conventional tracked excavator. Contractor anticipates more competent rock, which will require the use of special excavation equipment such as a hoe ram or equivalent, which will take additional time to complete, and additional special handling of the excavated rock, at 30

OSAGE WIND-003779

turbine locations. Rock blasting and/or imported structural fill for construction of any of the foundations is not included.

b. Drains are included in turbine foundation.

c. The Phase II Environmental Site Assessment identifies 7 locations where petroleum impacted soil was detected. The regulating authority for Osage County on these matters (Bureau of Indian Affairs) does not have action levels for oil or gas impacts. Contractor will use this information for worker health and safety purposes, but is not responsible for managing, testing or disposal of any previously impacted soil anywhere on the Project Site.

## Turbine Installation

1. Owner shall deliver Turbines to each specific turbine pad site. Contractor shall inspect Turbine components at the Project Site for visible damage. The inspection and condition of each major Turbine component shall be documented by Contractor. The Turbine Vendor, Turbine transportation provider, and Contractor shall be required to be signatory to the delivery and inspection documentation. After Contractor accepts the turbine component(s), Contractor shall be responsible for repairing all subsequent damage to the turbine component(s) caused by the Contractor. All repairs shall be performed under the direction of, and subject to, the specification of the Turbine Vendor.

2. Contractor shall unload and properly store at each Turbine location all Turbine components furnished by the Turbine Vendor.

3. Contractor shall install the Turbines in accordance with the Turbine Installation Manual and the Turbine Specifications, including rigging, mechanical installation, and electrical installation. The Work will include providing the cranes, equipment, tooling, and experienced labor to safely install the Turbines. Turbine erection will include installation of Turbine components, including installation of the tower, assembling the rotor, installing the nacelle and rotor, installing and terminating turbine cabling (down-tower assembly), quality control and testing, grouting of the tower base flange, tensioning of anchor bolts, and necessary Work for achievement of Turbine Mechanical Completion.

4. Contractor has included the cost for necessary crane breakdowns; including 6 partial and 6 full breakdowns to perform the Scope of Work. Additional crane breakdowns shall be subject to Unit Pricing provided by Contractor.

5. Contractor has factored into the Contract Price an appropriate number of high wind and bad weather days to enable Contractor to meet and maintain the Milestone Schedule set forth in Exhibit C(ii) and the Guaranteed Dates. Contractor has included thirty (30) wind days in the contract price and schedule.

OSAGE WIND-003780

6. Contractor shall wash Turbine components using a pressure washer to remove road dirt/dust visible from a distance of 30 feet. Scrubbing with brushes is excluded unless dirt is visible from 30 feet.

7. Contractor shall perform minor touch-up painting less than 144 square inches per tower section or four (4) feet long scratches, in "open-field" environment, for tower components as required to repair damage caused by Contractor. Turbine Vendor shall provide paint, as necessary. Painting that requires more than one coat or that requires drying time between coats is excluded. Painting of towers, post erection, is excluded. Paint, in sufficient quantity, shall be available to Contractor by Owner prior to erection of any tower. Availability shall be in accordance with Contractor's schedule allowing sufficient time for paint application and curing in accordance with manufacturer's specifications.

8. The Turbine Vendor shall be responsible for Turbine transport and commissioning.

9. Contractor shall provide assistance during Turbine commissioning by the Turbine Vendor. During commissioning activities, Contractor shall maintain access to the Turbines, adequate equipment and manpower to support Turbine Vendor's commissioning efforts, perform punch list items, and perform clean-up work for which Contractor is responsible. Contractor shall perform the alignment of the generator with the rotor shaft during Turbine commissioning, or at other time as practical.

10. Contractor shall disassemble, clean, and load shipping containers and fixtures for return shipping to Turbine Vendor. Contractor shall expend commercially reasonable efforts to have shipping containers and fixtures prepared for return shipping within two weeks after arrival at the Project Site. Return shipping costs are excluded from Contractor's Scope of Work. For clarification refer to Exhibit G(ii). Owner is responsible for providing transportation for shipping fixtures in a timely manner.

11. Contractor shall coordinate temporary distribution power line drops as necessary for performance of the Work. A line drop will consist of coordinating an outage with the local utility or operator, taking the line down from the overhead poles it is on, laying it on the ground, protecting it, and then replacing the line back to its original condition following passage. Owner is responsible for any consequential damages associated with temporary line drops.

12. Contractor shall fill gearboxes with oil (provided by others) as required while the unit is located on the ground and not after erection.

OSAGE WIND-003781

*Turbine Installation - Clarifications and Exclusions*

- Owner shall deliver Turbines units (turbine, nacelle, rotor, blades, towers, and all parts) at a regular, levelized, consistent, uniform, and continuous rate of 8 to 10 complete Turbines per week in alignment with the supporting of the Mechanical Completion milestones.  Deliveries are to be Monday through Friday between the hours of 8am and 2pm, and Saturdays between the hours of 8am and Noon.  Any deliveries after these hours will be offloaded during the next business day.

- Any specialized tools required by the Turbine Vendor will be provided by the Owner.

- Turbine commissioning will be performed by the Turbine Vendor.  Turbine Vendor shall be responsible for all commissioning activities after Mechanical Completion has been achieved by Contractor.

## III.   Electrical Services Provided

### Wind Turbine Generator Electrical Services

1. Install ninety-four (94) each GE 1.6-100 turbines with Electrically Simplified System (ESS units).

2. Install in-tower wiring for a total of ninety-four (94) Turbines in accordance with the Turbine specifications. Contractor shall make final connections for lights inside towers, splice and terminate power cable from the generator to the Turbine ESS unit, and drop and terminate fiber optic cable from the nacelle to the ESS unit.

    a. Electrical Energy Loss Design: Contractor shall design the project such that the total annual electrical energy loss from the base of the Turbines to the Point of Interconnection at the KAMO Substation does not exceed two percent (2.0%) of the cumulative energy generated by the turbines, in accordance with and based on the Owner-supplied Project Substation main power transformer loss of 0.6%, 30 feet of DLO cable, and a RHO value of 250.

    b. For clarification, loss factors considered will include the main power transformer load and no load losses, pad-mount transformer load and no load losses, 34.5kV collector cable losses from the DTA to the main power transformer, and 138kV transmission line losses.

    c. Annual Energy Generation Profile: Contractor's use of this information is limited to the following:

        i. For overall electrical loss calculation from turbines to POI as described above

        ii. To specify penalty factors for pad-mount transformers

OSAGE WIND-003782

3. Contractor to install current transformers and power transducers (equipment provided by Others) to DNV specifications, with DNV instruction and oversight, in turbines WTG-45, WTG-48, WTG-83 and WTG-89, in support of the DNV power performance test.

### *Wind Turbine Generator Electrical Services - Clarifications and Exclusion*

- All connection hardware, in-tower conductors, cables, lugs, harnesses, and any other in-tower materials will be provided by the Owner.

- Owner to provide DNV specifications for current transformer and power transducer installation related to DNV power performance test as soon as practical.

## Collection and Communication System

1. Construct a 3-phase 34.5 kV underground electrical collection System Circuits. The system will include underground collector system cable and required trenching, single-mode fiber optic cable, junction boxes, elbows, arresters, splices and splice kits, electrical raceway and cable from each tower to the pad-mount transformer for the Turbines. Work includes collector trenching and cable cover of a minimum of 36-inches below grade. Rock Blasting is excluded from this scope of work,

2. Trenching, cabling (based upon power factor of 0.95 leading to 0.95 lagging), fiber, junction boxes, and bores provided by Contractor and summarized below:

3. Furnish and install non-armor single mode SCADA fiber optic lines in 1 ¼ -inch innerduct at bottom of cable trench during installation of the collector cable from the Turbine locations to the Project Substation and the O&M Building, based upon O&M Building located within 500 feet of the Project Substation, in accordance with the Turbine specifications. All O&M building terminations shall be performed by Others.

4. Contractor will furnish and install SCADA fiber within the collector system trench to and from each turbine, metrological towers, to the Project Substation and the O&M Building. Contractor will terminate 12 fibers in turbine patch panels, meteorological towers provided by Owner, and at the project substation. Owner will provide and install fiber optic jumpers at the patch panels

5. For the Collection System Circuit and SCADA/fiber optic design work, Contractor shall ensure that the BIL requirements and surge protection equipment is specified accordingly and that the pad mount transformer fusing is appropriate. Contractor is responsible for the insulation design from the Turbines to the Project Substation. Contractor shall cooperate and coordinate with Utility Owner's design engineer.

6. Furnish and install ninety-four (94) suitable box pads or concrete slabs on prepared aggregate base, one for each pad-mount transformer.

OSAGE WIND-003783

7. Furnish and install ninety-four (94) pad-mount transformers, one at each of the Turbine locations, complete with appropriate raceway system and interconnecting conductors from the pad-mount transformers to the receiving lugs of the Turbines.  Transport transformers from the laydown area to each Turbine location and set the transformer on the box pad.

8. Perform Very Low Frequency (VLF) testing of the installed Collection System Circuits and provide results to Owner.

9. Conduct Transformer Turns Ratio (TTR) testing of the pad-mount transformers and provide results to Owner.

10. Provide underground splicing GPS locations

11. Provide photos of all splice locations.

12. Install locator balls at all splices.

13. Install reflective warning signs at all directional bore terminations.

14. Install 4 steel bollards around up to 4 junction boxes.

15. Install underground warning tapes at all junction boxes (including fiber).

16. Provide written collector circuit energization procedures (Lockout/Tag Out).

17. Contractor shall comply with Owner's environmental requirements to clear shrubs and trees in placing collection system.  Owner's prior consent is required if clearing occurs outside the construction limits shown on the Issued for Construction (IFC) drawings.

18. Contractor shall provide power and communications to two (2) permanent meteorological towers (installed by Others), and terminate power and communications to cabinets located at the base of each of these meteorological tower.  The two permanent meteorological towers, represented on Exhibit L (i), shall be located within 1500 feet of the nearest Turbine.

### *Collection System - Clarifications and Exclusion*

- Directional bores for the collector system will include State and County roads crossings, stream crossings, and oil and gas flow lines.   The quantity of oil and gas line crossings is not known or quantifiable at this time.  Contractor has included 75 directional bores at 20 feet in length for crossing existing oil and gas, water, and $CO_2$ flow lines.  Contractor has included 5 directional bores at 100 feet in length for crossing high pressure oil and gas flow lines.  Contract Price includes 2,000 LF of directional borings of oil, gas, water, and $CO_2$ flow lines.

- Gravel and dirt road crossings will be by open cut trenching.

- Soil thermal resistivity (RHO) value is assumed to be 250.

- Collector system scope and price is based upon the Preliminary Site Layout (Underground) and the Collector System Drawings and Specifications included in Exhibit I and Exhibit F.

OSAGE WIND-003784

- An equalizer cable is not included.

- Turbine ground grid is based on two 250MCM copper ground rings, one external to the foundation and the other in the tower foundation concrete, with six copper-clad driven rods connected to the rings and in any case shall meet the Turbine Supplier grounding requirements. The tower foundation grounding wire quantity is assumed to be 500 feet of 250 MCM per turbine.

- Contractor to prepare all permits for crossings required for construction. Owner will be responsible to submit, obtain, and provide access to approvals and approved permits for all crossings required for construction, including public roads, railroads, utilities, and properties to meet the project schedule.

- Contractor's price for the 94 2,000 kVA pad-mount transformers is based upon the transformers described as follows:

  o No-load losses at 1.0 pu voltage 906  watts

  o Load losses at full kVA rating of 13,099 watts

- Final locations of the two permanent meteorological tower(s) will be provided by Owner.

- Contractor will coordinate with Owner to minimize any delays, extended rental of equipment, mobilization and demobilization of personnel associated with temporary meteorological towers to be installed by others near four (4) turbine foundations (WTG-45, WTG-48, WTG-83, and WTG-89). Contractor may seek relief under the Excusable Events clause of the Contract if the data gathering associated with meteorological towers is extended past the agreed Schedule and Contractor incurs a delay.

- Contractor will not be responsible for oil or gas field facilities damaged during the performance of the Work, provided the area has been surveyed by the Contractor using Ground Penetrating Radar, the Contractor investigates any suspected anomalies prior to digging, and the Contractor takes due caution during the excavation.  If the Contractor fails to perform the above activities and damages oil or gas field facilities, Contractor will be responsible for these damages.

- Owner and Contractor assume no responsibility for existing petroleum contaminated soils within the project boundaries.

## Project 138kV Transmission Line

Contractor shall design, procure and construct the 138 kV Transmission line.  This overhead generator lead line will connect the Project Substation to the dead-end structure, installed by others, located within the KAMO switchyard.  The Project 138kV transmission line installation shall include, but not be limited to, the following:

1. 795 ACSR conductor.

2. Single pole construction, direct embedded (no foundations).

OSAGE WIND-003785

3. Braced post insulator configuration.

4. 95 foot poles unless otherwise specified by Engineer-of-Record. Adjust span lengths to accommodate 95 foot pole heights.

5. Wood or Steel poles maybe specified (subject to Owner approval).

6. Class B construction with heavy ice loading.

7. Access and construction along the 138kV transmission line route shall be performed within the Private Easements obtained by Owner. Changes to the route by Owner will be assessed for cost impacts and reported to the Owner.

8. The 138kV transmission line shall be constructed to RUS standards.

9. OPGW with 24 count fiber for the static-wire.

10. Dead end, and angle  structures may be down guyed.

11. Industry Standard Bird Diverters (subject to Owner Approval). Assume bird diverters will be placed every 10 meters per span.


### Project 138kV Transmission Line System - Clarifications and Exclusion

- Contractor is responsible for all associated mounting and hardware required.

- Owner will obtain rights to work within public road rights of way.

- Owner will obtain easements on private landowners required along route.

- Contractor will be responsible for all coordination with local utility for all line crossings or outage coordination during the 138kV transmission line construction. Additional costs due to local utility requirements i.e rebuilding of local distribution temporary structures (not including guard structures) will be the responsibility of the Owner.


### Project Substation

1. Construction of 34.5/138 kV Project Substation and all related equipment and facilities.

2. Contractor shall deliver, place on foundation the main power transformer.  Owner will cause the dress-out, vacuum oil fill and test the main power transformer.

3. Owner will provide test documentation that verifies the transformer is in operational condition prior to contractor moving the main power transformer from storage location to project substation transformer pad.

4. Provide a properly designed and installed ground system to ensure safety of personnel by limiting step and touch potentials on equipment in case of electrical equipment failures and also to prevent fires and damage from lightning and/or static electricity.  The design shall be in accordance with IEEE Standard Publications Nos. 80 and 142.  Maximum resistance to ground will be established in accordance with the referenced IEEE standards and

OSAGE WIND-003786

determined in detailed engineering after electrical fault levels, soil resistivity, etc., have been analyzed.

5.  Provide control schematics and relay logic schemes for controlling the operation of the substation circuit breakers and protection relaying such that all equipment will operate in priority sequences and coordinated steps.

6.  Contractor shall provide all settings, including programming, for a complete, fully functional, and operational protection and communication system for all devices and components specified and designed.  Programming shall be provided electronically in the software program format that is specific to the applicable relay, communication, and/or RTU or HMI for uploading by others.

7.  Design and provide the substation revenue meter as per the requirements of the interconnect agreement and/or as required by Owner's standard design requirements.  This includes everything from the instrument transformers in the yard to the meter in the control building.  Insure that the substations revenue meter is compatible and communicates fully with the substation SCADA system.

8.  Design and provide any communication requirements between the substation revenue meter and the Utilities SCADA/RTU system, if required.  This includes all wiring and any programming of the meter.

9.  Provide specifications and Communication Block Diagrams necessary for a complete functionally integrated system.

10. Provide adequate space in the control building for the revenue meter equipment requirements (stand alone panel or wall mount).

11. Provide the necessary AC and/or DC power supply requirements from the control building facility as is dictated by the revenue meter equipment requirements.

12. Owner will supply the necessary external communication interfaces (telephone or fiber) that are required by the equipment in order for it to function properly.

13. Provide electrical interconnects and tie-ins between the collection system, the Substation and interconnection facilities.

14. Install perimeter fence.

15. Install required gravel topping.

16. Provide and install lightning masts.

17. Provide and install relays. Primary and back-up protection for lines and transformers.

18. Provide and install fiber optic patch panel, including interconnection with O&M Building and Turbines. Owner will terminate fiber in O&M Building.

19. Connect to local Owner-arranged distribution line for emergency/auxiliary power up to 100-feet from Project Substation.

20. Provide and install revenue metering equipment.

OSAGE WIND-003787

21. Provide and install surge arresters.

22. Provide and install disconnect switches and circuit breakers.

23. Provide and install 34.5 KV cable risers and terminations

24. Provide written Substation energization procedures (Lock Out/Tag Out)

### *Project Substation - Clarifications and Exclusions*

- Owner shall provide one (1) main power transformer and six (6) feeder circuit breakers with integral grounding switch for the Project Substation.

- Secondary containment for the main power transformer will be by concrete containment.

- The contractor and the Owner agree on the stored condition of the existing power transformer and the contractor takes no responsibility for the current condition of the stored transformer. A photo log of all positions of the transformer will be completed prior to moving the transformer. The owner will supply "as is" testing documentation prior to moving the transformer to establish a base line condition of the transformer.

- Soil electrical resistivity is less than 90 ohm-meters. Grounding shall be installed per the approved design.

- A storm water retention/sedimentation basin is not included at the Project Substation.

- No weed retardant spraying is included in the final substation grade gravel application.

### Wind Farm Management System (WFMS) Communication Requirements

1. Provide adequate space in the control building (if required) for the wind plant communications equipment requirements (stand alone panel or wall mount).

2. Provide the necessary AC and/or DC power supply requirements from the control building facility for the selected wind plant equipment.

3. Supply access to the necessary communication interfaces (telephone or fiber optic) that are required by the equipment in order for it to function properly.

4. Design and provide any communication requirements between the WFMS and the Owner's or the Utilities SCADA/RTU system. This includes all wiring and any programming of the Owner's SCADA/RTU unit. Utility RTU and Turbine manufacturer programming, hardware, and software provided by others.

### *Wind Farm Management System (WFMS) Communication Requirements – Clarifications and Exclusions*

- Others shall provide software, programming, and testing/commissioning of the Turbine and utility's SCADA components.

OSAGE WIND-003788

- Owner to provide WFMS requirement specifications (dimensions, power, communications, etc) as soon as reasonably practicable.

## SCADA/RTU and HMI Requirements

1. Design and provide the substation SCADA/RTU and HMI systems as is required by Owner's standard design requirements.  Insure that the substations SCADA/RTU and HMI systems are fully integrated into the protection, control and operational designs of the entire facility.

2. Design and provide any communication requirements between the substation SCADA/RTU unit and the Utilities SCADA/RTU system.  This includes all wiring and any programming of the Owner's SCADA/RTU unit.  Utility's SCADA/RTU is assumed to be located within the control building of the Project Substation.

3. Provide specifications and Communication Block Diagrams necessary for a complete functionally integrated system.

4. Provide adequate space in the control building for the SCADA/RTU and HMI equipment requirements (stand alone or wall mount).

5. Provide the necessary AC and or DC power supply requirements from the control building facility as is dictated by the SCADA/RTU and HMI equipment requirements.

6. Supply the necessary communication interfaces (telephone or fiber optic) that are required in order for it to function properly.

### SCADA/RTU and HMI Requirements – Clarifications and Exclusions

- Utility RTU and Turbine manufacturer programming, hardware, and software provided by others.

- Owner to provide Owner's Standard Design Requirements for SCADA/HMI as well as Utility SCADA/RTU requirements as soon as practical. An allocation of $100,000 is included in the price for SCADA/RTU and HMI Requirements.  Price will be adjusted upon clarification of Owner requirements.

## FAA Lighting

1. Procure and install FAA lights, one each, at sixty four (64) Turbine Locations.  Red flashing and synchronized FAA lights will be provided, in accordance with the most recent FAA circular AC 70/7460-1K.  Owner to provide FAA light mounting brackets.

2. Furnish and install hardware and/or software necessary to provide satellite-timed synchronization.

3. Met tower FAA lights by Others

OSAGE WIND-003789

*FAA Lighting – Clarifications and Exclusions*

- Owner shall provide sufficient, advanced notification of the Turbine locations to receive FAA lighting to ensure installation of hardware prior to erection of the respective tower.

- Temporary FAA lights are excluded

**GENERAL**

In addition to Exhibit I (Project Site Plan), provided with this Exhibit A is Attachment 1 (Permit Assistance)

**OWNER SUPPLIED EQUIPMENT**

Contractor will be responsible for delivering to the Project Site the GSU procured by Owner, and for receiving the collector feeder circuit breakers procured by Owner. Both Contractor and Owner will inspect and sign off on condition of the GSU and collector feeder circuit breakers. Contractor shall be responsible for care, custody, and control of all Project Equipment, including Owner Supplied Equipment, until the Project Substantial Completion Date.

OSAGE WIND-003790