```
 1              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OKLAHOMA
 2

    UNITED STATES OF AMERICA,
 3
              Plaintiff,
 4
    and
 5
    OSAGE MINERAL COUNCIL,
 6
         Intervenor-Plaintiff,
 7
    vs.                              Case No. 14-CV-704-GFK-JFJ
 8
    OSAGE WIND, LLC;
 9  ENEL KANSAS, LLC; and
    ENEL GREEN POWER NORTH
10  AMERICA, INC.,

11              Defendants.

12  _____

13            DEPOSITION OF AARON WEIGEL
        TAKEN ON BEHALF OF THE INTERVENOR-PLAINTIFF
14        ON JUNE 29, 2021, BEGINNING AT 9:07 A.M.
          ALL PRESENT ATTENDED REMOTELY VIA ZOOM
15        REPORTED BY KARLI DANIELS, CSR, RPR, CCR

16                    APPEARANCES:

17  On behalf of the Plaintiff:

18        Nolan Fields
          Catherine McClanahan
19        UNITED STATES ATTORNEY'S OFFICE
          110 West 7th Street, Suite 300
20        Tulsa, Oklahoma 74119
          (918)382-2700
21        nolan.fields@usdoj.gov
          cathy.mcclanahan@usdoj.gov
22

23

24

25
```

Exhibit 2
Professional Reporters
800.376.1006
www.proreporters.com

```
 1   specific material.  All that matters is the volume and
 2   mass of what you removed and the volume and mass of what
 3   goes back in the hole.
 4        Q    (BY MS. NAGLE) And in terms of volume and mass,
 5   is another -- and I know nothing about engineering, but is
 6   another factor that engineers would take into
 7   consideration the size of the materials themselves?
 8        A    There are, you know, civil engineering standards
 9   that say, you know, very large particles if you try and
10   stack them together have very big air gaps and they tend
11   to settle, and so as you can see, as the process went
12   along, you know, the reason for the correction that
13   eventually happened was that it would be dangerous and
14   risky, the turbines can fall over if you didn't, you know,
15   make the materials stable before putting them back into
16   the ground.  So that discussion definitely happens.
17             Along that vein there were discussions about you
18   can build foundations without digging a hole, you can put
19   them on top of the surface.  You can build foundations in
20   all kinds of different shapes and manners and ways that
21   were all discussed.  Ultimately, we did it in the
22   traditional way because we thought that it conformed to
23   the law for the memo we were provided.
24        Q    And I'm familiar with some of those
25   communications, and we'll get to that a little bit later.
```

Exhibit 2
**Professional Reporters**
800.376.1006
www.proreporters.com