

Exhibit 4                                                                 OSAGE WIND-036946



Exhibit 4                                           OSAGE WIND-036943



Exhibit 4

OSAGE WIND-036945