```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
                     NORTHERN DISTRICT OF OKLAHOMA
 2

 3    UNITED STATES OF AMERICA,

 4         Plaintiff,

 5    and

 6    OSAGE MINERALS COUNCIL,

 7         Intervenor-Plaintiff,

 8    vs.                             Case No. 14-CV-704-GFK-JFJ

 9    OSAGE WIND, LLC;
      ENEL KANSAS, LLC; and
10    ENEL GREEN POWER NORTH
      AMERICA, INC.,
11
           Defendants.
12

13         VIDEO ZOOM DEPOSITION OF RAYMOND WHITESHIELD
                TAKEN ON BEHALF OF THE DEFENDANTS
14         ON JUNE 23, 2021, BEGINNING AT 10:03 A.M.
                       IN TULSA, OKLAHOMA
15

16                          APPEARANCES

17    On behalf of the PLAINTIFF:

18    Stuart Ashworth
      Cathryn D. McClanahan
19    Nolan Fields
      Assistant United States Attorneys
20    UNITED STATES ATTORNEY'S OFFICE
      Northern District of Oklahoma
21    110 W. 7th St., Suite 300
      Tulsa, OK   74119
22    (918) 382-2700
      cathy.mcclanahan@usdoj.gov
23
      Christina Watson, Paralegal
24    Michelle Hammock, Paralegal

25    REPORTED BY:  SUSAN K. McGUIRE, CSR, RPR
```

Exhibit 5

```
 1       A.   Not on this -- not the third substation
 2   visit.
 3       Q.   When -- I'm interrupting you, and I
 4   apologize.
 5       A.   Yeah.  And you were the one who told me not
 6   to interrupt you, but you're doing it.  Awesome.
 7       Q.   Let me go back to my question, sir.
 8            So, you reported to your superiors that the
 9   pits for foundation towers were 60 feet wide and 30
10   feet deep; am I correct, on your prior visit?
11       A.   Which prior visit?
12       Q.   The one --
13            MR. SLADE:  Well, let's -- reporter, would
14   you please get Exhibit 74 up?
15       Q.   (BY MR. SLADE)  Okay.  The one I'm referring
16   to, Ray, is the one that happened on September 29,
17   2014, that you reported to Superintendent Phillips
18   through your superiors, I assume, that you found a pit
19   approximately 60 feet wide and 30 feet deep for
20   turbine foundations.
21            Is that what you reported based on your --
22       A.   It was --
23       Q.   -- September 29 visit?
24       A.   On my visit on September 29, 2014, I
25   witnessed several pits that were 60 foot wide, 30 foot
```

Exhibit 5
Professional Reporters
800.376.1006
www.proreporters.com

```
 1   deep.
 2       Q.   Good.  Now, and my question for you is, did
 3   you witness pits of those dimensions on December 15,
 4   2014, when you visited the substation?
 5       A.   Can you rephrase that question?
 6            MR. SLADE:  Would the reporter please read
 7   that question back?
 8            (The record was read as requested)
 9            THE WITNESS:  I witnessed pits on that day,
10   but I cannot recall the depth or the width on December
11   15, 2014.
12       Q.   (By MR. SLADE)  In fact -- excuse me.  Thank
13   you.
14            In fact, my -- you testified earlier that
15   you took the photographs from the truck, and you never
16   went closer to the activities and equipment than you
17   were at the truck when you took the photographs;
18   correct?
19       A.   Sir, I stated I was outside of my truck, I
20   stood up, put the phone -- or put the camera to my
21   eye, snapped a picture.  I wasn't in my truck.
22       Q.   Yes, I understand that you were by the
23   truck.
24       A.   And for safety reasons, I did not go close
25   to any of the equipment.
```

Exhibit 5
Professional Reporters
800.376.1006
www.proreporters.com