405-747-7432

# COMPLAINT FORM

**Employee Name:** Raymond Whiteshield  **Referred By:** Jeannine Hale  **Date:** 9/29/14

**Complainant:** Geoffery Standing Bear  **Phone:** (918) 287-5555  **Time Received:** 2:00  ☐ AM  ☒ PM

| Action Taken | Date Action Completed | Method of Receipt: | ☒ Phone | ☐ In Person | ☐ Third Party |
|---|---|---|---|---|---|
| ☒ Phone | Sanderfoot - Thomas - Foreman (620) 378-1602  IEA Const. - Mike Welch - (435) 691-2592 | Quarter | Section | Township | Range |
| ☒ Meeting | | SW | 32 | 26N | 7E |
| ☐ Referral | | Well Name: | | | |
| ☐ Letter | | Lease Name: | | | |
| ☐ Lease Inspection | | Affected Lessee: | | | |
| ☐ Spill Report | | Affected Surface Owner: | | | |

**Description:** Rock Crusher being used to crush Osage limestone for use in wind turbine foundation. Complaintant wants to confirm that the construction company obtained a permit from the Minerals Council to crush & excavate limestone.

**Resolution Summary:** Will get with the Deputy Superintendent, Ben Daniels, and Supervisor Richard Winlock to come up with a resolution.

**Meeting Summary:** Limestone has been crushed into small rocks and piled around wind turbine foundation pit. No sign of rock excavation or rock crushing dump truck. Only machinery present are personal vehicles and 1 small crane.

Found a pit that had been dug pit was 30 wide 30 deep

**Reference ID:** 14-369

OW-001006

Exhibit 6