

United States Department of the Interior
BUREAU OF INDIAN AFFAIRS
EASTERN OKLAHOMA REGION
OSAGE AGENCY
POST OFFICE BOX 1539
PAWHUSKA, OKLAHOMA 74056-1539



IN REPLY REFER TO:

Executive Direction

October 9, 2014

Mr. Francesco Venturini, President
Enel Green Power North American, Inc.
One Tech Drive, Suite 220
Andover, MA 01810

Dear Mr. Venturini:

On September 29, 2014, Mr. Raymond Whiteshield, Petroleum Engineer Technician, inspected property described as the SW/4 of Section 32, Township 26 North, Range 7 East, Osage County. In performing an inspection, Mr. Whiteshield found a pit approximately 60 feet wide and 30 feet deep. Limestone had been crushed into small rocks and piled around the wind turbine foundation.

Be advised that our records do not find that you have a Sandy Soil Permit to perform such excavation of minerals. Please contact Ms. Cammi Canady, Realty Specialist, Lease Management, at (918) 287-5700 to obtain an application.

You are to refrain from any further excavation of minerals until such time that you have obtained a Sandy Soil Permit through the Osage Agency. Failure to comply may result in this matter being forwarded to the Office of the Field Solicitor for further action.

Sincerely,

Superintendent

cc: Tulsa Field Solicitor
    Eastern Oklahoma Regional Director
    ✓ Chief, Osage Nation
    Chairman, Osage Minerals Council

EXHIBIT 74

Exhibit 7