```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
                      NORTHERNDISTRICT OF OKLAHOMA
 2

 3   UNITED STATES OF AMERICA,

 4        Plaintiff,

 5   and

 6   OSAGE MINERALS COUNCIL,

 7        Intervenor-Plaintiff,

 8   vs.                          Case No. 14-CV-704-GFK-JFJ

 9   OSAGE WIND, LLC;
     ENEL KANSAS, LLC; and
10   ENEL GREEN POWER NORTH
     AMERICA, INC.,
11
          Defendants.
12

13         VIDEO ZOOM DEPOSITION OF JOHN H. PFAHL
              TAKEN ON BEHALF OF THE PLAINTIFF
14      ON MARCH 10, 2021, BEGINNING AT 10:01 A.M.
                    IN TULSA, OKLAHOMA
15

16

17                         APPEARANCES

18   On behalf of the PLAINTIFF:

19   Cathryn D. McClanahan
     Assistant United States Attorneys
20   UNITED STATES ATTORNEY'S OFFICE
     Northern District of Oklahoma
21   110 W. 7th St., Suite 300
     Tulsa, OK   74119
22   (918) 382-2700
     cathy.mcclanahan@usdoj.gov
23
     Christina Watson, Paralegal
24   Michelle Hammock, Paralegal

25   REPORTED BY:  SUSAN K. McGUIRE, CSR, RPR
```

Exhibit 9

Professional Reporters
800.376.1006
www.proreporters.com

```
 1        Q.   (BY MS. McCLANAHAN)  So, in this regard, you
 2   believe that the value of a lease from the OMC, as
 3   contemplated by the Tenth Circuit, would have been
 4   $68,993, and, again, we're not talking about interest
 5   right now; is that correct?
 6             MR. RAY:  Object to the form.
 7             THE WITNESS:  So, yeah.  My opinion, the
 8   value of the mineral mined to the OMC would have been
 9   $68,993 at the time.
10        Q.   (BY MS. McCLANAHAN)  Okay.  So limestone was
11   not the only mineral that was excavated during the
12   construction; is that right?
13        A.   That is correct.
14        Q.   Do you agree that other minerals were
15   excavated?
16        A.   I agree that other minerals were excavated.
17        Q.   Clay and shale were also excavated during
18   the construction; is that correct?
19        A.   Yes, that is correct.
20        Q.   And do you agree that clay and shale are
21   considered mineral resources?
22        A.   I do not believe that clay and shale meet
23   the definition of being mined.  It was outlaid by the
24   Tenth Circuit court.
25        Q.   Okay.  But that wasn't my question.  Do you
```

Exhibit 9
**Professional Reporters**
800.376.1006
www.proreporters.com

```
 1    agree that clay and shale are considered mineral
 2    resources?
 3              MR. RAY:  Object to the form.
 4              THE WITNESS:  The definition of a mineral
 5    resource takes into account a lot of factors, one of
 6    which is location.  In this instance, no, I actually
 7    would not call clay or shale a mineral resource, I
 8    would treat them as a waste product.
 9         Q.   (BY MS. McCLANAHAN)  So you would not agree
10    that clay and shale are minerals?
11         A.   Clay and shale -- clay and shale are
12    minerals.
13         Q.   They are minerals, but because of the
14    location in Osage County they are not resources?
15         A.   There are pretty defined industry norms when
16    it comes to what constitutes a mineral lease source.
17    That is different from a mineral.  A mineral resource,
18    one of the key fundamental bases for it is that there
19    has to be a reasonable expectation of economic
20    extraction.
21              And, in this instance, I do not believe that
22    that case -- or that that is met for clay and shale
23    here.
24         Q.   I'm sorry, what was the last word you said?
25    That was a little hard to hear.
```

Exhibit 9



```
 1   and shale that was excavated do not meet the standard
 2   of mining that was defined by the Tenth Circuit Court.
 3        Q.   (BY MS. McCLANAHAN)  So your decision to
 4   exclude clay and shale was based solely on your
 5   interpretation of the Tenth Circuit decision?
 6             MR. RAY:  Object to the form.
 7             THE WITNESS:  Yes, that is correct.
 8        Q.   (BY MS. McCLANAHAN)  And if at trial the
 9   judge determines that the excavated clay and shale
10   indeed falls under the definition of minerals mined,
11   will it be your opinion that they do have value?
12             MR. RAY:  Object to the form.
13             THE WITNESS:  Yes, if they were mined, there
14   would potentially be value associated with them.
15             MS. McCLANAHAN:  Okay.  Could I go ahead and
16   introduce Plaintiff's Exhibit 4?  And this particular
17   exhibit was not attached to your report.
18             Counsel, I'm more than happy to ask
19   Ms. Hammock to E-mail this out.  I'm going to put it
20   on the screen.  It's really a one-page document.  So
21   if anybody needs it E-mailed out, we can do that.  It
22   is simply a Westlaw copy of 25 CFR 214.10.
23             Ryan, would you like a copy E-mailed, or
24   we're going to share our screen?
25             MR. RAY:  I mean, at this point, if it's not
```

Exhibit 9
Professional Reporters
800.376.1006
www.proreporters.com