```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OKLAHOMA
2
    UNITED STATES OF AMERICA,
3
                Plaintiff,
4   and

5   OSAGE MINERALS COUNCIL,

6               Intervenor-Plaintiff,
    vs.                          No. 14-CV-704-GFK-JFG
7
    OSAGE WIND, LLC; ENEL, KANSAS,
8   LLC; and ENEL GREEN POWER
    NORTH AMERICA, INC.,
9

10              Defendants.

11
          VIDEO ZOOM DEPOSITION OF CRAIG MAZUROWSKI
12           TAKEN ON BEHALF OF THE PLAINTIFF
               ON JUNE 7, 2021 AT 10:03 AM
13      REPORTER PRESENT IN OKLAHOMA CITY, OKLAHOMA
                      APPEARANCES
14  On behalf of the PLAINTIFF:
    Stuart Ashworth
15  Kathy McClanahan
    UNITED STATES ATTORNEY'S OFFICE
16  110 West 7th Street, Suite 300
    Tulsa, Oklahoma  74119
17  918.382.2700
    stuart.ashworth@sol.doi.gov
18
    On behalf of the INTERVENOR-PLAINTIFF:
19  Mary Kathryn Nagle
    Abi Fain
20  PIPESTEM & NAGLE, P.C.
    401 South Boston Avenue, Suite 2200
21  Tulsa, Oklahoma  74103
    918.936.4705
22  mknagle@pipestemlaw.com

23  (Appearances continued on the following page.)

24  VIDEOTAPED BY:  Kaleb Pinalto

25  REPORTED BY:   Jody Graham, CSR, RPR, RMR, CRR
```

Exhibit 10

**Professional Reporters**
800.376.1006
www.proreporters.com

1    other projects as backfill, that those were being used

2    as structural support for the foundation, for the wind

3    towers; is that correct?

4        A    Yes.

5            MS. STEVENSON:  Object to form.

6        Q    (BY MR. ASHWORTH) Is it your testimony

7    that when clay, you know -- scratch that.  Let me

8    back back up.

9            Have you ever been on a project where shale

10   has been encountered and used as backfill?

11       A    I don't recall.

12       Q    Is it your testimony that, in your

13   experience, when clay and limestone is used as

14   backfill, it's being used for the means of achieving

15   the purpose of structural support?

16       A    Repeat the question.

17       Q    Sure.  Is it your testimony that, based upon

18   your experience, when clay and limestone is used as

19   backfill, is it being used as a means of achieving the

20   purpose of structural support?

21       A    Yes.

22       Q    During the excavation process -- this is,

23   you know, again, based on your experience, not

24   specifically to the Osage Wind project.  But during

25   excavation process, is topsoil generally sorted and

Exhibit 10

```
 1       A    Excess, no.

 2       Q    The last sentence there says, "Contractor

 3  shall not haul material outside of project boundaries

 4  nor use native material for any construction purposes

 5  other than noted above."

 6            I read that correctly; right?

 7       A    Yes.

 8       Q    Okay.  Was any of the material that was

 9  excavated used for construction purposes other than

10  the construction purpose of backfill or foundational

11  support?

12       A    No.

13       Q    Do you know if it was -- scratch that.

14            As part of the collector system that was

15  installed during the Osage Wind project, an

16  underground cable system was installed; is that

17  correct?

18       A    Correct.

19       Q    For these undergrounds cables, trenches were

20  made; is that correct?

21       A    Correct.

22       Q    Was blasting used for any of the trenches?

23       A    I don't remember.

24       Q    Okay.  When the trenches are being

25  excavated, what was done with the excavated materials?
```

Exhibit 10

1    foundation.  Do you recall that happening here?

2        A    I don't recall.

3        Q    Were wooden poles installed for transmission

4    lines on site?

5        A    I don't remember.  Oh, wow.  I think it's

6    safe to assume, yes.

7        Q    Okay.  Would you have, as project manager,

8    overseen the installation of any wooden poles --

9        A    Yes.

10       Q    -- if they were installed?  Okay.  Are you

11   generally aware of the process of how wooden poles are

12   installed on site for transmission lines in general?

13       A    Yes.

14       Q    Okay.  Is it your understanding that holes

15   are made in the ground where the wood poles are to go

16   in; correct?

17       A    Yes.

18       Q    And are you aware that after the wooden pole

19   is placed in the excavated hole, that crushed rock is

20   to be used as backfill for structural support?

21       A    Yes.

22       Q    Okay.  Do you know if crushed rock would

23   have came off-site to be used for structural support

24   for the wooden pole transmission lines for the Osage

25   Wind project?

Exhibit 10

```
 1   privy to any conversations regarding any theory set

 2   forth by the Osage Nation regarding any issues?

 3        A    Not that I can --

 4             (Speaking simultaneously.)

 5        Q    Sorry.  None that you can what?

 6        A    None that I can recall.

 7        Q    Okay.  After material is excavated --

 8   scratch that.

 9             It's your understanding, sir, that all of

10   the excavated material that was used as backfill was

11   used for the purpose of structural support for the

12   wind towers; is that correct?

13        A    Correct.

14             MS. STEVENSON:  Object to form.

15        Q    (BY MR. ASHWORTH) I'm going to introduce

16   an exhibit that I'm going to mark as Exhibit

17   Number 50, which is going to be a purchase order to

18   APAC.  Have you seen this document before, Craig?

19        A    Seems familiar.

20        Q    Okay.  It appears to me to be a materials

21   purchase order to APAC - Central, Inc., billed to IEA.

22   And it's for one-and-one-half-inch aggregate, and it's

23   dated September 16th, 2014.  Do you know what this

24   would have been for -- the aggregate was to be used

25   for?
```

Exhibit 10

1      A    I think I could assume it was for the

2   substation rig on those.

3      Q    I'm sorry.  For the what?

4      A    Substation laydown yard.

5      Q    Okay.  So it would be your testimony that

6   the materials purchased here would have been used for

7   some type of purpose for the project?  And let me

8   re-ask that question.  If -- go ahead.

9      A    I was going to say I believe so.

10      Q    Let me re-ask that question.  Would it be

11   your testimony that the materials listed here --

12   shale, clay, AG base -- had some useful purpose on the

13   project; is that correct?

14      A    If we purchased it, yes.

15      Q    In regards to after -- scratch that.

16           After all of the backfill was filled in and

17   the excavation areas for the wind towers, I believe we

18   briefly talked about this, but that backfill was

19   compacted; is that correct?

20      A    Correct.

21      Q    I know that we discussed the need for

22   compaction in regards to trenches and sub -- or

23   cables, underground cables.  What would be the need

24   for compaction of backfill in regards to wind tower

25   foundations?

Exhibit 10

**Professional Reporters**

800.376.1006

www.proreporters.com

1      A      Structural support.

2      Q      Okay.  And that's important?

3      A      Yes.

4      Q      Okay.  We're going to look at the technical

5   specifications one last time.  I believe that's

6   Exhibit Number 47.  And we're going to look at page

7   44.

8              Right there in that kind of middle of the

9   screen, yeah, the last bullet point, it says, "When

10  turbine is fully erected and operational, the backfill

11  material directly over the foundation footprint should

12  be undisturbed at all times."

13             First off, do you know what it's referring

14  to when it says "foundation footprint"?

15     A      I believe that would be the concrete

16  footprint.

17     Q      Okay.  Do you know why it states that

18  backfill material directly over this footprint area

19  should be undisturbed at all times?

20     A      Have to refer to the drawings.

21     Q      Okay.  You don't know why the backfill

22  material should not be disturbed?

23     A      I could only assume.

24     Q      Did the compaction of backfill material have

25  anything -- scratch that.

Exhibit 10

1    A    Putting the material back in and compacting.

2    **Q    When you're constructing a wind farm, what**

3    **purpose does backfill serve?**

4    A    Structural integrity of the wind turbines.

5    **Q    And would you agree that for the life of the**

6    **wind farm, once that backfill's placed in there to**

7    **support the turbine, the wind farm cannot continue to**

8    **operate if that backfill were to be removed?**

9    A    Yes.  It would make it unsafe.

10   **Q    And what does it mean -- I think we**

11   **discussed a little bit or I heard this word mentioned**

12   **earlier -- to balance a construction site.  What does**

13   **that mean?**

14   A    So if you're on a -- so, I mean, I think it

15   can mean a lot of different things.  But I think what

16   you're asking is, you know, if you had -- if you had a

17   high side here and 10 feet over here you had a low

18   side, you'd want to cut and make it all level.

19   **Q    Is that for placement of the wind turbines**

20   **themselves?**

21   A    Yes.

22   **Q    Okay.  So I'd like to ask you just a few**

23   **questions to try to understand the relationship**

24   **between IEA and the defendants in this case.  And so**

25   **was it Osage Wind specifically that hired IEA?**

Exhibit 10

**Professional Reporters**
800.376.1006
www.proreporters.com