```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OKLAHOMA
 2

     UNITED STATES OF AMERICA,
 3


 4              Plaintiff,


 5   and


 6   OSAGE MINERALS COUNCIL,


 7              Intervenor-Plaintiff,
     vs.                             No. 14-CV-704-GFK-JFJ
 8

     OSAGE WIND, LLC; ENEL KANSAS,
 9   LLC; and ENEL GREEN POWER
     NORTH AMERICA,
10

11              Defendants.

12   VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF BILL MOSKALUK
                TAKEN ON BEHALF OF THE PLAINTIFF
13                ON JUNE 16, 2021 AT 10:00 A.M.

14                         APPEARANCES

15   On behalf of the PLAINTIFF:
     Stuart Ashworth
16   Cathryn D. McClanahan
     Nolan Fields
17   UNITED STATES ATTORNEY'S OFFICE
     Northern District of Oklahoma
18   110 West 7th Street, Suite 300
     Tulsa, Oklahoma  74119
19   918.382.2700
     stuart.ashworth@sol.doi.gov
20

21   (Appearances continued on the following page)

22   ALSO PRESENT:  Megan Beauregard, Michelle Hammock, &

23   Christina Watson

24   VIDEOTAPED BY:  Megan Smith

25   REPORTED BY:   Abby Rhodes, CSR, RPR
```

Exhibit 11
Professional Reporters
800.376.1006
www.proreporters.com

```
 1        Q    Did you indicate to the Court anywhere in
 2   this section the purpose for the crushing -- the
 3   crushing of larger rocks into smaller rocks?
 4        A    No.
 5        Q    Okay.  Did crushing the larger rocks into
 6   smaller rocks fulfill any purpose?
 7        A    Say that again.
 8        Q    Sure.
 9             Did the crushing of the larger rocks into
10   smaller rocks, did that serve any purpose?
11        A    Yes, it was used for backfill material in
12   the foundation itself.  And we can't have anything 6
13   inches or greater in the foundation.
14        Q    Okay.  That was a requirement that you
15   couldn't have anything larger than 6 inches; is that
16   right, as backfill?
17        A    Yes.
18        Q    And do you know why that is so?
19        A    It's a requirement by Barr Engineering who
20   designed the foundation themselves.
21        Q    Do you know what purpose it served to have
22   rocks smaller than 6 inches as backfill?
23        A    Yes, it's compaction issues.  If you put the
24   larger rock in the hole, your smaller aggregates fall
25   through and create a void on top and you won't get
```

Exhibit 11
Professional Reporters
800.376.1006
www.proreporters.com

1   100 percent compacted areas around -- around your
2   foundation so you had to follow --
3       Q    Why would -- I'm sorry, I cut you off there.
4            You had to follow what?
5       A    You had to follow the design engineer's
6   recommendations.
7       Q    Okay.  And why would it have been important
8   that you would have voided those voids through
9   compaction?
10      A    I'm not sure if I understand your question.
11  It has to deal with compaction efforts on their --
12      Q    Okay.
13      A    And you wouldn't want to use a large rock in
14  that because you can compact over it, but underneath
15  it, you wouldn't have any compaction at all.
16      Q    Okay.  Let me re-ask the question this way:
17  What was the purpose for compaction of backfill?
18      A    To stabilize your foundation and also the
19  turbine on top of your foundation.
20      Q    To stabilize the foundation.
21           We're talking about the wind tower
22  foundation; is that right?
23      A    That is correct.
24      Q    And to stabilize it, does that -- is that in
25  reference to providing structural support for the wind

Exhibit 11
Professional Reporters
800.376.1006
www.proreporters.com

```
 1       Q    Okay.
 2       A    -- we did.
 3       Q    Well, let me -- sure.  Let me ask it this
 4  way:
 5            In -- after foundations are built and cured,
 6  is it a customary and standard construction practice
 7  within the industry that the crushed rock and soil is
 8  returned to the hole from which it came from?
 9       A    Yes.
10       Q    Okay.  So it would be your testimony that it
11  would not be a customary or standard construction
12  process to use the crushed rock and soil for any
13  purpose other than to return it to the hole from which
14  it came from?
15            MR. RAY:  Object to form.
16            THE WITNESS:  That's what we normally do,
17  yes, is replace that material that we excavated back
18  into the same hole and use it for compaction
19  requirements.  Any of the other soils that remain, we
20  build the site up to ensure proper drainage around the
21  turbines -- away from the turbines, I'm sorry.
22       Q    (By Mr. Ashworth) Sure.
23            So my question would be:  It would not be a
24  customary or standard construction process to use the
25  excavated material for anything other than backfill
```

Exhibit 11

**Professional Reporters**
800.376.1006
www.proreporters.com

1  into the exact same hole from which it was -- it came
2  from?
3          MR. RAY:  Object to form.
4          THE WITNESS:  On this site, we had to use
5  all the material on that particular site.  We used it
6  for backfill material and also the pad around the --
7  the access pad around the turbines itself as well
8  and...
9      Q    (By Mr. Ashworth) Okay.  So I'm just kind of
10 using logic here, you -- you just testified that it is
11 a customary and standard construction process in the
12 industry to return excavated material back to the hole
13 from which it came from, that that is the standard and
14 customary practice within the industry, is when you
15 excavate material and it's been crushed, you return it
16 back to that same hole; is that right?
17     A    The majority -- yes.
18     Q    Okay.  Since that is the customary and
19 standard process, it would be -- logic to me would say
20 it's not -- would not be a customary process or
21 standard construction practice to use the excavated
22 soil for any other purpose?
23         MR. RAY:  Object to form.
24         THE WITNESS:  You would still use the
25 material on that specific site.  Anything remaining,

Exhibit 11
Professional Reporters
800.376.1006
www.proreporters.com

```
 1   you could probably use it elsewhere.  However, the
 2   restrictions on this project didn't allow us to do so.
 3        Q    (By Mr. Ashworth) Then why did you tell the
 4   Court that it is a customary and standard construction
 5   process that crushed rock and soil is returned to
 6   the -- that same hole from which it came from when
 7   you're telling me today that that's not the customary
 8   and standard construction process?
 9        A    It is -- it is the construction process
10   that -- that you do.  Anything that is left over and
11   excess on other projects, you know, you can use in the
12   shallow area and build it up or you try to use a
13   majority of it around the location itself.  This
14   particular project we had to leave everything within,
15   I can't remember the dimensions of the footprint, but
16   we had to leave everything on that particular site,
17   the backfill material, road, you know, the access road
18   leading up to it, et cetera.
19        Q    Okay.  Well, that's not what you're telling
20   the Court here in your declaration to the Court under
21   oath.  You're telling the Court here that the reason
22   why you crushed -- why the crushed rock and soil was
23   returned in the hole from which it came from is
24   because it's a customary and standard construction
25   process, but now you're telling me that the reason why
```

Exhibit 11
Professional Reporters
800.376.1006
www.proreporters.com

1  going to look at the -- the second sentence, it says
2  "No sand, soil, or rock from any excavation is used
3  for any purpose other than to return to the hole from
4  which it came."
5           What does that sentence mean to you?
6     A    Exactly that, that it was to remain there.
7     Q    That the sand, soil, and rock that was
8  excavated, so the excavated material, the only purpose
9  for the excavated material was to be used as backfill
10 to the hole from which it came from; is that right?
11    A    Yes, that's my interpretation, yes.
12    Q    Okay.  So you're telling the Court that the
13 excavated material was only going to be used for
14 backfill or for no other purposes?
15    A    As long as the material stayed on that
16 designated site, yes.
17    Q    Okay.  But, in fact, this excavated material
18 was used for some -- for a purpose other than
19 backfill; is that correct?
20         MR. RAY:  Object to form.
21         THE WITNESS:  In some cases it was spread
22 around the turbine site itself, yes.
23    Q    (By Mr. Ashworth) When it was -- so when it
24 was used as backfill, it was also being used for
25 structural support for the wind tower; is that

Exhibit 11
Professional Reporters
800.376.1006
www.proreporters.com

1  **correct?**

2  A    The backfill material was for the structural

3  support.  The other area was for drainage that we

4  built up draining it away from the turbine itself, and

5  a portion of that in that little access road and apron

6  around the terminal -- around the turbine, but it

7  didn't leave that particular site, to my knowledge.

8  **Q    Did you tell the Court that the material is**

9  **being used for structural support in your declaration?**

10           MR. RAY:  Object to form.

11           THE WITNESS:  I don't think so, no.

12  **Q    (By Mr. Ashworth) Do you think it would have**

13  **been important for the Court to know that Enel Green**

14  **and Osage Wind was using the backfill material for**

15  **structural support?**

16           MR. RAY:  Object to form.

17           THE WITNESS:  I -- I don't know the answer

18  to that.

19  **Q    (By Mr. Ashworth) Okay.  Let me re-ask it**

20  **this way:  Do you know if it would have been important**

21  **for the Court to know that the materials that were**

22  **excavated on site was being used for structural**

23  **support for the wind tower?**

24           MR. RAY:  Object to form.

25           THE WITNESS:  I -- I don't -- I don't know

Exhibit 11
Professional Reporters
800.376.1006
www.proreporters.com