```
 1                IN THE UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF OKLAHOMA

 3   UNITED STATES OF AMERICA,

 4        Plaintiff,
     and
 5
     OSAGE MINERALS COUNCIL,
 6        Intervenor-Plaintiff,
     vs.                                      No. 14-cv-704-GKF-JFJ
 7
     OSAGE WIND, LLC,
 8   ENEL KANSAS, LLC;
     and ENEL GREEN POWER
 9   NORTH AMERICA, INC.,

10        Defendants.

11


12      ZOOM/VIDEOTAPED DEPOSITION OF 30(b)(6) WITNESS
                       STEPHEN PIKE
13         TAKEN ON BEHALF OF THE PLAINTIFF
       ON SEPTEMBER 30, 2021, BEGINNING AT 10:02 A.M.
14             ALL PARTIES APPEARING VIA ZOOM


15


16   APPEARANCES

17   On behalf of the PLAINTIFF:

18   Stuart Ashworth
     Cathryn McClanahan
19   UNITED STATES ATTORNEY'S OFFICE
     NORTHERN DISTRICT OF OKLAHOMA
20   110 West Seventh Street, Suite 300
     Tulsa, Oklahoma 74119
21   (918) 382-2772
     stuart.ashworth@sol.doi.gov
22   cathryn.mcclanahan@sol.doi.gov

23   (Appearances continued on next page.)

24   VIDEOTAPED BY:  Greg Brown

25   REPORTED BY:  Jane McConnell, CSR RPR RMR CRR
```

Exhibit 12
Professional Reporters
800.376.1006
www.proreporters.com

```
 1   appropriate general setback distance would be around
 2   the wind turbines for all conditions.  I am prepared
 3   to talk about the setback or buffer zone for mining
 4   activities.
 5        Q    Okay.
 6             MR. ASHWORTH:  I would certify that
 7   question for review by the Court.
 8        Q    (BY MR. ASHWORTH)  Sir, what would be the
 9   appropriate setback requirement relative to mining
10   activities around wind turbines at the Osage Wind
11   project?
12        A    An appropriate setback would be a 90-foot
13   radius around the center of the wind turbine.
14        Q    Okay.  And what do you base that off of?
15        A    We base that off of an assessment of the
16   structural stability of the wind turbine.
17             (Exhibit 207 marked for identification.)
18        Q    (BY MR. ASHWORTH)  Okay.  I'm going to
19   pull up what I'm going to mark as Exhibit 207, and
20   it's going to be a document that we received last
21   night at midnight from the defendants entitled
22   "Safety Radius Around Turbines Memo."
23        A    Okay.
24        Q    Can you see this document in front of you,
25   sir?
```

Exhibit 12
Professional Reporters
800.376.1006
www.proreporters.com

```
 1        A     So the structural stability of the wind
 2   turbine relies on the stability of the foundation
 3   and the foundation and the weight of the materials
 4   above the footing of the foundation.  So to keep the
 5   stability of the turbine, you need to keep the soils
 6   above the foundation of the wind turbine.
 7        Q     Okay.  So it's the defendants' position
 8   that the minerals within this no excavation zone is
 9   being used as -- or it's providing structural
10   support for the towers, and because of that no
11   excavation can take place within this zone; is that
12   correct?
13        A     It is correct that the materials above the
14   wind turbine foundation footing, the weight of those
15   materials is helping to provide structural support
16   for the wind turbine.
17        Q     What about the minerals outside of the
18   footing but within the 90-feet radius of a wind
19   tower at the Osage wind farm, are those minerals --
20        A     Those --
21        Q     Let me finish it.  Are those minerals
22   providing support to the wind turbines?
23              MR. BALL:  Objection to form.  You can
24   answer.
25        A     So those materials are not providing
```

Exhibit 12

**Professional Reporters**
800.376.1006
www.proreporters.com

```
 1    that the minerals in between 26 feet and 90 feet,
 2    within that area, those minerals are being used to
 3    provide lateral support to the minerals located
 4    within 26 feet of the center of the wind towers?
 5         A    That is correct based on these
 6    calculations, yes.
 7         Q    Okay.  And if those minerals were to be
 8    removed, the wind towers would become unstable;
 9    is that correct?
10              MR. BALL:  Objection to form.
11         A    Not under all conditions would it be
12    unstable.  The design of a wind turbine foundation
13    is for a number of different cases and conditions,
14    and the worst case of that, the highest wind, for
15    example, would dictate the ultimate design of the
16    foundation.
17              So characterizing it as unstable because
18    the materials were removed not generally unstable
19    could be under the right conditions.
20         Q    (BY MR. ASHWORTH)  Okay.  So by removing
21    the materials or minerals that's in this zone
22    between 26 feet and 90-feet radius outside of the
23    wind tower, by removing those it has the potential
24    to affect the stability of the wind tower; is that
25    correct?
```

Exhibit 12
Professional Reporters
800.376.1006
www.proreporters.com

```
 1      A    I think that is a fair statement, correct.
 2      Q    Okay.  So it is the defendants' position
 3   that the Osage Minerals Council cannot develop the
 4   minerals within this no excavation zone because if
 5   they do, it has the potential of harming the
 6   stability or affecting the stability of these wind
 7   towers; is that correct?
 8      A    That is correct.
 9      Q    And it's the defendants' position that
10   the Osage Minerals Council is not able to mine
11   minerals from within this no excavation zone;
12   is that correct?
13      A    That is correct.
14      Q    Is it the defendants' position that the
15   Osage -- scratch that.
16           Is it the defendants' position that the
17   minerals within this 90-foot radius are inaccessible
18   to the Osage Minerals Council?
19      A    That is correct.
20      Q    Is it the defendants' position that the
21   Osage Minerals Council can mine or develop the
22   minerals 91 feet away from the wind towers?
23      A    That is correct.
24      Q    It would be the defendants' position that
25   if the Osage Minerals Council were to develop the
```

Exhibit 12
**Professional Reporters**
800.376.1006
www.proreporters.com

```
 1   requirements that would give the safe buffer zone
 2   around the turbine.
 3        Q    This buffer zone relates to structural
 4   integrity and not safety of actual individuals?
 5             MR. BALL:  Objection to form;
 6   mischaracterizes the witness' testimony.  You can
 7   answer.
 8        A    These calculations are relative to the
 9   structural stability of the wind turbine, correct.
10        Q    (BY MR. ASHWORTH)  Are you aware that
11   studies have taken place about blade throw in the
12   industry?  Scratch that.  Let me re-ask this.
13             Have you reviewed any documents showing
14   studies of blade throws, blade throw?
15        A    I don't recall reviewing any studies
16   relative to blade throw.
17        Q    Are you aware that certain studies have
18   shown that wind powers of 1.5 megawatt can throw
19   blades up to 1,900 feet away?
20        A    I'm unaware of the study that comes to the
21   conclusion that you referenced.
22        Q    Okay.  And you would agree that when blade
23   throw does occur, if anyone is nearby, it could
24   cause a risk to them; correct?
25             MR. BALL:  Objection to form and outside
```

Exhibit 12

**Professional Reporters**
800.376.1006
www.proreporters.com

```
 1            MR. BALL:  Objection.  It
 2   mischaracterizes --
 3        Q    (BY MR. ASHWORTH)  Whether --
 4            MR. BALL:  It mischaracterizes -- go
 5   ahead.
 6        Q    (BY MR. ASHWORTH)  Whether for bedding or
 7   for padding?
 8        A    I am not aware of any rocks being crushed
 9   to provide bedding and padding for the collection
10   system.
11        Q    Okay.  What would be one of the reasons
12   other than that -- scratch that.  What would be one
13   of the reasons -- scratch that.
14            Sir, as to the materials that were
15   excavated relative to the construction of the
16   collector systems, did the materials serve any
17   purpose other than being used as backfill?
18        A    I can't think of a reason that the
19   materials excavated would be used for anything
20   other than backfill, no.
21        Q    Okay.  Well, that was a terrible question.
22            MR. BALL:  Objection to form.
23        Q    (BY MR. ASHWORTH)  Did the excavated
24   materials provide any benefit to the collector
25   systems when used as backfill?
```

Exhibit 12

```
 1              MR. BALL:  Objection to form.
 2       A      Yes.  The materials that were excavated
 3   and put back in the ground provide for the cover
 4   over the buried electrical cable.
 5       Q      (BY MR. ASHWORTH)  Did they provide
 6   thermal insulation for the cables?
 7       A      I think anything around the cable would be
 8   providing thermal insulation.
 9       Q      I'm sorry.  Did you say -- are you saying
10   that you think that anything or are you testifying
11   that anything used would provide thermal insulation?
12              MR. BALL:  Objection to form;
13   mischaracterizes the witness' testimony.  You can
14   answer it.
15       A      I'm saying that anything around a cable
16   is providing some level of thermal insulation or
17   resistance for it.  All differ, the types would
18   differ and the capability would differ, but anything
19   is providing insulation.
20       Q      (BY MR. ASHWORTH)  Do you understand that
21   some materials are not suitable to serve as thermal
22   insulation for these transmission cables; correct?
23       A      I understand that, yes.
24       Q      Okay.  And if the materials that were
25   excavated were not suitable for use as thermal
```

Exhibit 12

```
 1   insulation, they would not have been used; correct?
 2        A    That is correct.
 3        Q    And if they were suitable for use as
 4   thermal backfill or thermal insulation, they would
 5   have been used for that purpose; correct?
 6             MR. BALL:  Objection to form.
 7        A    Again, there is a certain zone for thermal
 8   backfill around a conductor or a collector system
 9   cable.  If they were suitable, I would assume, yes,
10   they were used.  And if they were not suitable, I
11   would assume they were not used.
12        Q    (BY MR. ASHWORTH)  Okay.  According to
13   the defendants, was the excavated material used for
14   the purpose of providing thermal insulation to the
15   cables relative to the collector systems?
16             MR. BALL:  Objection; form.
17        A    Again, as I stated before, any material
18   will provide some level of thermal insulation.  And
19   if it was deemed suitable, it would have been used
20   for the thermal backfill.  And if it was not, it
21   would not have been.
22        Q    (BY MR. ASHWORTH)  So your testimony is
23   yes?
24             MR. BALL:  Objection to form.
25        Q    (BY MR. ASHWORTH)  Is that correct?
```

Exhibit 12

Professional Reporters
800.376.1006
www.proreporters.com