IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

     Plaintiff,

     And

OSAGE MINERALS COUNCIL,

     Intervenor-Plaintiff,

v.

OSAGE WIND, LLC;
ENEL KANSAS, LLC; and
ENEL GREEN POWER NORTH
AMERICA, INC.,

     Defendants.

Case No. 14-CV-704-GKF-JFJ

**Motion to File Exhibits Under Seal to Plaintiff United
States of America's Response in Opposition to
Defendants' Motion for Partial Summary Judgment (Dkt. 297)**

Plaintiff, the United States of America, by its undersigned counsel of record, submits

this motion in accordance with Local Civil Rule 5.2-2 to file under seal the following

exhibits:

- Exhibit 1, EGPNA Change Order Approval Auth 12-9-14
- Exhibit 3, BARR Drawing
- Exhibit 8, Freas Expert Report
- Exhibit 13, Technical Specifications Excerpts
- Exhibit 14, Slade 8-25-14 email to Willman reimburse OME owners

in support of its Response in Opposition to Defendants' Motion for Partial Summary

Judgment (Dkt. 297). Pursuant to the Amended Stipulated Protective Order (Dkt. 146),

parties have designated the documents as confidential, and thus are filed under seal.

Respectfully submitted,

United States of America

Clinton J. Johnson
Acting United States Attorney

s/Cathryn D. McClanahan
Cathryn D. McClanahan, OBA No. 14853
Nolan M. Fields IV, OBA No. 31550
Assistant United States Attorneys
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
T: 918-382-2700
cathy.mcclanahan@usdoj.gov
nolan.fields@usdoj.gov

Stuart P. Ashworth, OBA #31468
Special Assistant United States Attorney
United States Department of the Interior
Office of the Solicitor
Tulsa Field Solicitor's Office
P.O. Box 470330
Tulsa, Oklahoma 74147
T: 918-669-7905
stuart.ashworth@sol.doi.gov

Of Counsel:
Charles R. Babst, Jr.
Attorney-Advisor
United States Department of the Interior
Office of the Solicitor
Tulsa Field Solicitor's Office
P.O. Box 470330
Tulsa, Oklahoma 74147
T: 918-669-7902
charles.babst@sol.doi.gov