**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE OSAGE MINERALS COUNCIL,<br><br>        Plaintiffs,<br><br>vs.<br><br>OSAGE WIND, LLC;<br>ENEL KANSAS, LLC; and<br>ENEL GREEN POWER NORTH AMERICA, INC.,<br><br>        Defendants. | Case No. 14-CV-704-GKF-JFJ |

**DEFENDANTS' RESPONSE TO PLAINTIFF THE UNITED
STATES' MOTION FOR SUMMARY JUDGMENT [Dkt. # 300]**

# EXHIBIT 3

```
 1                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OKLAHOMA
 2

     UNITED STATES OF AMERICA,
 3
                  Plaintiff,
 4   and

 5   OSAGE MINERALS COUNCIL,

 6            Intervenor-Plaintiff,
     vs.                                   No. 14-CV-704-GFK-JFG
 7
     OSAGE WIND, LLC; ENEL, KANSAS,
 8   LLC; and ENEL GREEN POWER
     NORTH AMERICA, INC.,
 9

10                Defendants.


11
             VIDEO ZOOM DEPOSITION OF CRAIG MAZUROWSKI
12              TAKEN ON BEHALF OF THE PLAINTIFF
                  ON JUNE 7, 2021 AT 10:03 AM
13       REPORTER PRESENT IN OKLAHOMA CITY, OKLAHOMA
                           APPEARANCES
14   On behalf of the PLAINTIFF:
     Stuart Ashworth
15   Kathy McClanahan
     UNITED STATES ATTORNEY'S OFFICE
16   110 West 7th Street, Suite 300
     Tulsa, Oklahoma  74119
17   918.382.2700
     stuart.ashworth@sol.doi.gov
18
     On behalf of the INTERVENOR-PLAINTIFF:
19   Mary Kathryn Nagle
     Abi Fain
20   PIPESTEM & NAGLE, P.C.
     401 South Boston Avenue, Suite 2200
21   Tulsa, Oklahoma  74103
     918.936.4705
22   mknagle@pipestemlaw.com


23   (Appearances continued on the following page.)


24   VIDEOTAPED BY:  Kaleb Pinalto


25   REPORTED BY:   Jody Graham, CSR, RPR, RMR, CRR
```

```
 1      A    Excess, no.
 2      Q    The last sentence there says, "Contractor
 3  shall not haul material outside of project boundaries
 4  nor use native material for any construction purposes
 5  other than noted above."
 6           I read that correctly; right?
 7      A    Yes.
 8      Q    Okay.  Was any of the material that was
 9  excavated used for construction purposes other than
10  the construction purpose of backfill or foundational
11  support?
12      A    No.
13      Q    Do you know if it was -- scratch that.
14           As part of the collector system that was
15  installed during the Osage Wind project, an
16  underground cable system was installed; is that
17  correct?
18      A    Correct.
19      Q    For these undergrounds cables, trenches were
20  made; is that correct?
21      A    Correct.
22      Q    Was blasting used for any of the trenches?
23      A    I don't remember.
24      Q    Okay.  When the trenches are being
25  excavated, what was done with the excavated materials?
```

```
 1   conventional track excavators?
 2        A    I assume the geotech report.
 3        Q    Okay.  When it says "conventional track
 4   excavators," do you know what it's referring to?
 5        A    Yes.
 6        Q    What's it referring to?
 7        A    A regular excavator.
 8        Q    With respect to the remaining 27 turbines,
 9   what does "additional special handling of excavator
10   rock" refer to?
11        A    I would assume blasting and crushing.
12        Q    Okay.  Would all rocks that are blasted also
13   need to be crushed?
14        A    Yes.
15        Q    Why is that?
16        A    So we can re-use it.
17        Q    Okay.  When you blast the material, is it --
18   I guess it doesn't blow it to smithereens.  It leaves
19   large chunks of rocks; is that correct?
20        A    Correct.
21        Q    And that's why you need to crush it down to
22   a smaller size?
23        A    Correct.
24        Q    Okay.  When you excavate using conventional
25   track excavators, you don't -- do you need to do
```

```
 1        Q    Is that -- in your experience in the
 2   industry, have you ever had that happen?
 3        A    Yes.
 4        Q    Okay.  Was any of the excavated materials
 5   not otherwise used and left in stockpiles on the
 6   property?
 7        A    I don't recall.
 8        Q    Okay.  Was any -- scratch that.
 9             Was any of the excavated materials used for
10   landscaping purposes?
11        A    I don't recall.
12        Q    Was any of the excavated materials used for
13   road construction purposes?
14        A    No.
15        Q    Was any of the excavated material
16   distributed around the wind tower foundations and
17   graded to establish positive drainage away from the
18   foundation?
19        A    No.
20        Q    Okay.  And let me kind of backtrack.  It's
21   my understanding that after the excavated material is
22   used as backfill, it's redacted, they put up the wind
23   tower.  And then at that point people can use excess
24   material, spread it around the base and grade it in a
25   way that allows for additional drainage away from the
```

```
 1   foundation.  Do you recall that happening here?
 2        A     I don't recall.
 3        Q     Were wooden poles installed for transmission
 4   lines on site?
 5        A     I don't remember.  Oh, wow.  I think it's
 6   safe to assume, yes.
 7        Q     Okay.  Would you have, as project manager,
 8   overseen the installation of any wooden poles --
 9        A     Yes.
10        Q     -- if they were installed?  Okay.  Are you
11   generally aware of the process of how wooden poles are
12   installed on site for transmission lines in general?
13        A     Yes.
14        Q     Okay.  Is it your understanding that holes
15   are made in the ground where the wood poles are to go
16   in; correct?
17        A     Yes.
18        Q     And are you aware that after the wooden pole
19   is placed in the excavated hole, that crushed rock is
20   to be used as backfill for structural support?
21        A     Yes.
22        Q     Okay.  Do you know if crushed rock would
23   have came off-site to be used for structural support
24   for the wooden pole transmission lines for the Osage
25   Wind project?
```

1   A   I don't recall.

2   Q   Okay. You would have expected -- would you

3   have expected that excavated material would have been

4   used for structural support for the wooden poles?

5   A   I don't recall.

6   Q   You had no expectations?

7   A   The expectation is they would have likely

8   used the quarry.

9   Q   Used the quarry?

10  A   Correct.

11  Q   What do you mean by that?

12  A   There was two quarries close to the project

13  where material was purchased.

14  Q   I believe earlier you testified that you

15  were aware that in relations to excavation areas, that

16  only sand was brought in off property to be used as

17  backfill; is that correct?

18  A   Yeah. The expectation was.

19  Q   Okay. So your expectation would be that for

20  these wooden poles, you would have expected that the

21  backfill to be used would have been -- would have came

22  from one of the two quarries?

23  A   I'm going to stick with I don't recall. You

24  would have to check with --

25  Q   Okay. Who would I need to speak with that

```
 1   privy to any conversations regarding any theory set
 2   forth by the Osage Nation regarding any issues?
 3        A     Not that I can --
 4              (Speaking simultaneously.)
 5        Q     Sorry.  None that you can what?
 6        A     None that I can recall.
 7        Q     Okay.  After material is excavated --
 8   scratch that.
 9              It's your understanding, sir, that all of
10   the excavated material that was used as backfill was
11   used for the purpose of structural support for the
12   wind towers; is that correct?
13        A     Correct.
14              MS. STEVENSON:  Object to form.
15        Q     (BY MR. ASHWORTH) I'm going to introduce
16   an exhibit that I'm going to mark as Exhibit
17   Number 50, which is going to be a purchase order to
18   APAC.  Have you seen this document before, Craig?
19        A     Seems familiar.
20        Q     Okay.  It appears to me to be a materials
21   purchase order to APAC - Central, Inc., billed to IEA.
22   And it's for one-and-one-half-inch aggregate, and it's
23   dated September 16th, 2014.  Do you know what this
24   would have been for -- the aggregate was to be used
25   for?
```

```
 1      A    Specifically, no.
 2      Q    Okay.
 3      A    I think it would be safe to assume it would
 4   be for roads and crane pads.
 5      Q    How -- when would the roads and crane pads
 6   have been constructed in relations to when excavation
 7   would have taken place?
 8      A    I would have to refer to the schedule.
 9      Q    If -- would those have been -- would the
10   roads and crane pads have been one of the first
11   projects, first items to have been completed for a
12   particular project?
13      A    That's not always the case.
14      Q    Okay.  Do you know about -- for the Osage
15   Wind project, do you know if the roads and crane pads
16   were done first before construction -- I'm sorry --
17   before the excavation work?
18      A    You can't do --
19           (Speaking simultaneously.)
20           MR. RODABAUGH:  Object to the form.
21      Q    (BY MR. ASHWORTH) I'm sorry.  Can you
22   repeat that?
23      A    You can't do a crane pad before your
24   excavation.
25      Q    Right.  What about the roads?
```

```
 1      A    I don't remember.
 2      Q    Do you know why one-and-one-half inch
 3  aggregate, that particular size was used or was
 4  ordered?
 5      A    You would have to refer to the drawings.
 6      Q    Okay.  Based on your testimony today, you
 7  don't know why that particular size was ordered; is
 8  that correct?
 9      A    Correct.
10      Q    Okay.  Who is APAC - Central, Inc.?  Do you
11  know who they are?
12      A    They own a quarry down the road.
13      Q    Do you know why APAC - Central was chosen
14  for the aggregate purchase?
15      A    I don't remember.
16      Q    Do you know if there was any quarry or
17  aggregate seller that was closer than APAC?
18      A    Yes.
19      Q    And what quarry was that?
20      A    I don't remember the name of it.  I think --
21      Q    Okay.
22      A    -- it might have been Burbank Materials or
23  something like that.
24      Q    How much closer would Burbank Materials have
25  been versus APAC?
```

```
 1      A      A few miles.
 2      Q      Okay.  And do you know why -- I'm sorry.
 3      A      Sorry.
 4      Q      And it's your testimony that you don't know
 5   why Burbank was chosen for this purchase even though
 6   it was closer to the project?
 7      A      I don't remember.
 8      Q      I'm going to pull up another purchase
 9   orders.  And it's from Burbank Materials.  And I'm
10   going to mark it as Exhibit 51.  This one is dated in
11   the right-hand corner as November 19th, 2013.  It's to
12   Burbank Materials from RMT, Inc.
13             And it appears to be for -- I would assume
14   that's "AG base."  Do you know if that's aggregate
15   base?
16      A      I don't remember.  That's probably safe to
17   assume.
18      Q      Okay.  Under that's "blue shale."  And then
19   we have "crusher run, red clay, sandy loam, select
20   fill and surge rock."  Do you know what these
21   materials were ordered for in 2013?
22      A      No.  Because this is the year before; right?
23      Q      Yes.  This is 2013 with an expected date
24   of -- seems to be expected date is the same as
25   November 19, 2013.
```

```
 1                THE WITNESS:  I would assume so.
 2        Q    (BY MS. NAGLE) Was that your
 3   understanding at the time?
 4        A    I don't remember.
 5        Q    Do you recall any other communications that
 6   you or anyone else at IEA may have sent to Enel or EGP
 7   NA to communicate this increase in costs related to
 8   having to import materials off-site?
 9        A    I don't recall.
10        Q    Okay.  All right.  Do you recall how this
11   issue resolved itself?  Ultimately did IEA resort to
12   obtaining the rest of the materials off-site?
13        A    I don't believe so.  I believe we balanced
14   it at the turbine location and then, you know, we used
15   the quarries for roads and crane pads.
16        Q    Uh-huh.  Do you know who at Enel or EGP NA
17   made the determination that you would continue using
18   the on-site materials?
19             MS. STEVENSON:  Object to form.
20             THE WITNESS:  I don't recall.
21        Q    (BY MS. NAGLE) Let's -- I'm going to
22   actually pull up another document really quick that
23   we will look at.  So -- I think you have a fierce
24   defender there with you.
25        A    She just walked in the door so...
```