**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE OSAGE MINERALS COUNCIL, </br></br>Plaintiffs,</br></br>vs.</br></br>OSAGE WIND, LLC; ENEL KANSAS, LLC; and ENEL GREEN POWER NORTH AMERICA, INC.,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>) Case No. 14-CV-704-GKF-JFJ</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

**DEFENDANTS' RESPONSE TO PLAINTIFF THE UNITED
STATES' MOTION FOR SUMMARY JUDGMENT [Dkt. # 300]**

# EXHIBIT 4

# Materials Purchase Order

| PO #: 40034-002-01 | Job: 40034-002 OSAGE WIND FARM/LNTP 13 - CONTRACT | Page: 1 |

**Vendor:** APAC - CENTRAL INC.
201109
P.O. BOX 128
DEWEY, OK 74029 US
Attn: MIKE SHORE

**Date Ordered:** 09/16/14
**Ordered By:** BASHIR
**Expected Date :**
**Payment Terms:** NET 45 DAYS

**Bill :** IEA RENEWABLE ENERGY, INC.
P.O. BOX 38
CLINTON, IN 47842 US

**Ship To:** IEA RENEWABLE ENERGY
1951 CR 4030
BURBANK, OK 74633

Attn: Accounts Payable

Via:

| Item | Material | Description | UM | Units | Unit Cost | Total |
|---|---|---|---|---|---|---|
| 1 | | 1-1/2" AGGREGATE | EA | 40,000.000 | 7.75000E | 310,000.00 |
| 2 | | HAULING OF AGGREGATE ($5.90 PER TON) | EA | 20,000.000 | 5.90000E | 118,000.00 |
| 3 | | TAX | LS | 0.000 | 0.00000 | 24,610.00 |
| | | | | | Subtotal | 452,610.00 |
| | | | | | Total | 452,610.00 |

**Currency is USD**

_____
**IEA Renewable Energy Authorized Signature**

_____
**Vendor Signature**

*Deliver to:*
*Osage Wind Project*
*1951 County Road 4030*
*Burbank, OK 74633*

*Contact Person (Technical) at Site:*
*Craig Mazurowski 608-698-5285*
*Craig.Mazurowski@rmtinc.com*

*Contact for this PO:*
*Heather McMahon*
*765-828-2615*
*hmcmahon@whiteconstruction.com*

*Instructions: Please sign and return this Purchase Order to Heather McMahon.*
*Vendor signature confirms acceptance of attached terms and conditions.*

*An insurance certificate needs to be provided with IEA Renewable Energy named as the holder and Osage Wind Project as additional insured.*

**EXHIBIT 26**

IEA RENEWABLE ENERGY, INC.    P.O. BOX 38,   CLINTON, IN 47842

Phone: 608-831-4444    Fax: 765-832-5238