**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE OSAGE MINERALS COUNCIL, <br><br>Plaintiffs, <br><br>vs. <br><br>OSAGE WIND, LLC; ENEL KANSAS, LLC; and ENEL GREEN POWER NORTH AMERICA, INC., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 14-CV-704-GKF-JFJ |

**DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY
OF PLAINTIFF THE UNITED STATES' EXPERT WITNESS
<u>STEVEN J. HAZEL AND OPENING BRIEF IN SUPPORT</u>**

# EXHIBIT 3

```
 1          IN THE UNITED STATES DISTRICT COURT FOR THE
                    NORTHERN DISTRICT OF OKLAHOMA
 2

 3

 4

 5   UNITED STATES OF AMERICA,

 6           Plaintiff,

 7   and

 8   OSAGE MINERALS COUNCIL,

 9           Intervenor-Plaintiff,

10
     -vs-                           Case No. 14-CV-704-GFK-JFJ
11
     OSAGE WIND, LLC; ENEL KANSAS,
12   LLC; and ENEL GREEN POWER
     NORTH AMERICA, INC.,
13
             Defendants.
14

15

16

17       VIDEOTAPED DEPOSITION OF ROBERT C. FREAS

18          TAKEN ON BEHALF OF THE DEFENDANTS

19       ON APRIL 19, 2021, BEGINNING AT 10:04 A.M.

20                        VIA ZOOM

21

22

23   REPORTED BY:  Shannon S. Harwood, CSR, RPR, CRR

24

25
```

1   A.   The shipping point would be the source point
2   for material being shipped to the buyer.
3        Q.   And why is Burbank the -- the shipping point?
4        A.   From -- there were no other quarries closer to
5   the wind farm that could have provided material other
6   than Burbank Materials.  Pawhuska Quarry is quite a ways
7   further as is the -- I wish I could remember what was in
8   the other -- in Mr. Pfahl's report, the Atlas Quarry or
9   whatever it was that was also -- APAC, the APAC --
10       Q.   APAC.
11       A.   -- Quarry that was -- was referenced, but
12  again, that is further away than Burbank Materials.
13       Q.   Are you aware if these -- these other quarries
14  if their -- the rates they charge for limestone, clay or
15  shale were different than that charged at Burbank?
16       A.   I never looked at price lists from any of
17  those properties.
18       Q.   And so on -- on page 11, your total value of
19  royalties that should be paid you have as $247,979.42;
20  is that correct?
21       A.   That's correct.
22       Q.   And you state that's the value of mineral
23  materials for the 84 wind turbine towers and associated
24  equipment can you just lay out for me what that
25  associated equipment is?