IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, and <br> THE OSAGE MINERALS COUNCIL, <br> <br> Plaintiffs, <br> <br> vs. <br> <br> OSAGE WIND, LLC; <br> ENEL KANSAS, LLC; and <br> ENEL GREEN POWER NORTH <br> AMERICA, INC., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 14-CV-704-GKF-JFJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO FILE EXHIBITS UNDER SEAL TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF THE UNITED STATES' EXPERT WITNESS STEVEN J. HAZEL AND OPENING BRIEF IN SUPPORT [DKT. # 337]**

Defendants Osage Wind, LLC, Enel Kansas, LLC, and Enel Green Power North America, Inc. submit this motion in accordance with LcvR 5.2-2 to file under seal **Exhibit 1**, Expert report of FTI Consulting, Inc., and **Exhibit 5,** Amended and Restated Lease and Easement for a Wind Energy Project, in support of their Motion to Exclude the Testimony of Plaintiff the United States' Expert Witness Steve J. Hazel and Opening Brief in Support [Dkt. # 337].  Pursuant to the Amended Stipulated Protective Order, Dkt. # 146, the United States and the Defendants, respectively, have designated these documents as confidential, and thus they are filed under seal.

Respectfully submitted,

*/s/ Ryan A. Ray*
**Ryan A. Ray**, OBA # 22281
**NORMAN WOHLGEMUTH, LLP**
3200 Mid-Continent Tower
401 South Boston Avenue
Tulsa, OK 74103
918-583-7571
918-584-7846 (facsimile)

-and-

**Lynn H. Slade**, *pro hac vice*
**Sarah M. Stevenson**, *pro hac vice*
**Dominic A. Martinez**, *pro hac vice*
**MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**
Post Office Box 2168
Albuquerque, NM 87103-2168
505-848-1800
505-848-9710 (facsimile)

-and-

**Thomas J. McCormack**, *pro hac vice*
**Robert Kirby**, *pro hac vice*
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
212-318-3000
212-318-3400 (facsimile)

*Of Counsel:*
**Robin D. Ball** (Los Angeles Office), *pro hac vice*
**Robert D. Comer** (Denver Office), *pro hac vice*
**NORTON ROSE FULBRIGHT US LLP**

**ATTORNEYS FOR DEFENDANTS OSAGE WIND, LLC, ENEL KANSAS, LLC AND ENEL GREEN POWER NORTH AMERICA, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2021, I electronically transmitted the attached Document to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a notice of Electronic Filing to the following ECF registrants:

Cathryn D. McClanahan
Nolan Fields IV
Stuart P. Ashworth
Mary Kathryn Nagle
Wilson Kirk Pipestem
Abi Laura Fain
Shoney Blake
Jennifer Baker

The following non-ECF registrants have been served by email:

Charles R. Babst, Jr.
Attorney-Advisor
United States Department of the Interior
Office of the Solicitor
Tulsa Field Solicitor Office
7906 East 33rd Street
Tulsa, OK 74145
(918) 669-7730
Charles.babst@sol.doi.gov
*Attorney for the United States of America*


/s/ Ryan A. Ray
Ryan A. Ray