# EXHIBIT 6

Case No. 14-CV-704-GKF-JFJ

Osage / Steve Hazel deposition          4/29/2021

- different stages of minerals being used
- not being used by them specifically
- negotiation of a lease
- damages in this case
- Exhibit 19 Court case definition of minerals
- Exhibit 21 Part A
- Exhibit 18 – 1st page of FTI Report, bottom of pg 6
- Exhibit 20, pg 12
- broadly " renewable energy expert mineral aspect
- highly qualified in these areas
- life cycle of a wind turbine Research
- wind project cost structure

OSAGE WIND-040073

Exhibit 26

Exhibit 27

10th Circuit 23 & 24 Opinion

Lease Required for construction of wind farm?

Other rights don't matter.

Other necessary other than this case

✱ Have to get a lease to get the wind farm in place

They don't want a windfarm there.

Are there similar cases that speak to this?

OSAGE WIND-040074