# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>vs.<br><br>Osage Wind, LLC, et al.,<br><br>                    Defendant. | Case No.:   14-cv-704-JCG-JFJ<br><br>Proceeding: Motion Hearing<br>Date:            3/13/2024<br>Time:            9:41 a.m. to 12:43 p.m.<br>Courtroom #4<br>**MINUTE SHEET** |

Jennifer Choe-Groves, U.S. District Judge    C. Portilloz, Deputy Clerk    Leslie Ruiz, Reporter

| | |
|---|---|
| Counsel for Plaintiff: | Nolan Fields, Catherine McClanahan, Stuart Ashworth, Jeffrey Rasmussen |
| Counsel for Defendant: | Miguel Estrada, Sarah Stevenson, Gregg Costa, Ryan Ray, Betty Yang |
| Minutes: | Case called for motion in limine hearing. Arguments heard. Pretrial issues discussed. |

Parties will meet and confer regarding use of confidential documents for trial and will advise the Court on or before 4/19/24.

Court will accept deposition transcripts of unavailable witnesses and they will not need to be read in court during trial.

Discussion held regarding Defendant's witness Mr. Champagne being able to appear by zoom; Plaintiff will take under advisement.