# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>and<br><br>**OSAGE MINERALS COUNCIL,**<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>**OSAGE WIND, LLC, ENEL KANSAS, LLC, AND ENEL GREEN POWER NORTH AMERICA, INC.,**<br><br>    Defendants. | **Court No. 4:14-cv-00704-JCG-JFJ** |

## ORDER

Upon consideration of Defendants' Motion to Stay Judgment Pending Appeal and Brief in Support [Doc. 520] and all other papers and proceedings in this action, it is hereby

**ORDERED** that Plaintiff and Plaintiff-Intervenor shall file any briefs in response to Defendants' Motion to Stay Judgment Pending Appeal and Brief in Support [Doc. 520] on or before February 3, 2025; and it is further

**ORDERED** that Defendants shall file any reply on or before February 18, 2025.

IT IS SO ORDERED this 13th day of January, 2025.

                                                                /s/ Jennifer Choe-Groves
                                                                Jennifer Choe-Groves
                                                                U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.