# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

and

OSAGE MINERALS COUNCIL,

    Intervenor-Plaintiff,

v.

OSAGE WIND, LLC;
ENEL KANSAS, LLC; and
ENEL GREEN POWER NORTH AMERICA INC.,

    Defendants.

Case No. 14-cv-00704-JCG-JFJ

## Notice of Appeal by the United States of America

Plaintiff, the United States of America (United States), hereby provides notice of its appeal to the U.S. Court of Appeals for the Tenth Circuit from the Final Judgment entered herein on December 18, 2024 (Doc. 516), and from all adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, subsumed in, impacting within, identified within, or included within the Final Judgment, including but not limited to the December 18, 2024 Opinion and Order (Doc. 515) awarding damages, ejectment, and attorneys' fees and costs; and the Order Granting Summary Judgment in Favor of Plaintiff United States and Intervenor-Plaintiff Osage Minerals Council on December 20, 2023 (Doc. 386).

Respectfully submitted,

THE UNITED STATES OF AMERICA
CLINTON J. JOHNSON
United States Attorney

s/ Nolan M. Fields IV
Nolan M. Fields IV, OBA No. 31550
Michael J. Cooper, OBA No. 22531
Assistant United States Attorneys
110 W 7th St, Ste 300, Tulsa, OK 74119
(918) 382-2700
Nolan.Fields@usdoj.gov
Michael.Cooper3@usdoj.gov

Stuart P. Ashworth, OBA No. 31468
Special Assistant United States Attorney
United States Department of the Interior
Office of the Solicitor
Tulsa Field Solicitor's Office
7906 E 33rd St, Ste. 100, Tulsa, OK 74145
(918) 669-7905
Stuart.Ashworth@sol.doi.gov

## Certificate of Service

I certify that on February 18, 2025, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

s/ Nolan M. Fields IV