UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 20, 2025

Nolan Fields
Michael J. Cooper
Office of the United States Attorney
Northern District of Oklahoma
110 West 7th Street, Suite 300
Tulsa, OK 74119

Stuart P. Ashworth
U.S. Department of the Interior
7906 E. 33rd Street, #100
Tulsa, OK 74145-0000

**RE:    25-5020, United States v. Osage Wind, LLC, et al**
       Dist/Ag docket: 4:14-CV-00704-JCG-JFJ

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

This is a cross-appeal. The appeal and cross-appeal are briefed together. The party who filed the first notice of appeal, or the plaintiff if notices were filed on the same day, is the appellant for briefing purposes. See Fed. R. App. P. 28.1(b).

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Miguel A. Estrada
      Bryston Gallegos
      Lloyd Steven Marshall
      David McCullough
      Jeffrey S. Rasmussen
      Peter Wade
      Rollie Wilson

CMW/mlb

**Aimee Nance**

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Thursday, February 20, 2025 1:19 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 25-5020 United States v. Osage Wind, LLC, et al "Civil case docketed" (4:14-CV-00704-JCG-JFJ) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 02/20/2025 at 12:15:51 PM Mountain Standard Time and filed on 02/20/2025

| | |
|---|---|
| **Case Name:** | United States v. Osage Wind, LLC, et al |
| **Case Number:** | 25-5020 |
| **Document(s):** | Docket Entry #1 |

**Docket Text:**
[11160066] Civil case docketed. Preliminary record filed. DATE RECEIVED: 02/20/2025 Docketing statement, transcript order form and notice of appearance due 03/06/2025 for United States of America. Notice of appearance and disclosure statement due on 03/06/2025 for Enel Green Power North America, Inc., Enel Kansas, LLC, Osage Wind, LLC. [25-5020]

**Notice will be electronically mailed to:**

Stuart P. Ashworth: Stuart.Ashworth@sol.doi.gov
Mr. Michael J. Cooper: michael.cooper3@usdoj.gov
Mr. Miguel A. Estrada: mestrada@gibsondunn.com, pacer-tx@gibsondunn.com
Nolan Fields: nolan.fields@usdoj.gov, sarah.m.coffey@usdoj.gov, kirby.boudreaux@usdoj.gov, caseview.ecf@usdoj.gov
Bryston Gallegos: bgallegos@gibsondunn.com
Lloyd Steven Marshall: lmarshall@gibsondunn.com, pacer-tx@gibsondunn.com
Mr. David McCullough: dmccullough@dsda.com
Mr. Jeffrey S. Rasmussen: jrasmussen@nativelawgroup.com, dfoulk@nativelawgroup.com, sbonham@nativelawgroup.com
Peter Wade: pwade@gibsondunn.com, pacer_tx@gibsondunn.com

Rollie Wilson: rwilson@nativelawgroup.com, asnyder@nativelawgroup.com, dfoulk@nativelawgroup.com

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** show_multidocs.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/20/2025] [FileNumber=11160066-0] [6d35c8f6fef4d018c4d7a5eecdb2270eabcdc60469422e3936bdafd632657d647e769ead1e4aa42a7f365 77ee52cb1f36d2cb4c6cce14bfefcd11c7828bc9c65]]

**Document Description:** General Docket Letter - Counsel - Civil
**Original Filename:** /opt/ACECF/live/forms/255020_11160066_277.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/20/2025] [FileNumber=11160066-1] [149635b676d993c69267dbd21cfd8e0f92be01184b25eb45cf6cf62a28a1ea40bc4e2d2c3345b973ede69 167c378929dd15ccfafd2c98b7e6d2cfadf4a97ba2e]]
**Recipients:**

- Stuart P. Ashworth
- Mr. Michael J. Cooper
- Mr. Miguel A. Estrada
- Nolan Fields
- Bryston Gallegos
- Lloyd Steven Marshall
- Mr. David McCullough
- Mr. Jeffrey S. Rasmussen
- Peter Wade
- Rollie Wilson