OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT

Heidi D. Campbell
Clerk of Court

**Northern District of Oklahoma**
411 UNITED STATES COURTHOUSE
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

Telephone (918) 699-4700
Fax (918) 699-4756

March 7, 2025

Clerk of Court
Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257

IN RE:   Case No.:   14-cv-00704-JCG-JFJ
10th Circuit Case No.: 25-05020
Plaintiff:   United States of America
Defendant:   Osage Minerals Council

Dear Clerk of Court,

Please be advised that the record on appeal is complete. Transcripts are not necessary or already filed for the purpose of appeal.

If there is anything further needed, please do not hesitate to contact me.

Very truly yours,

Heidi D. Campbell, Clerk of Court

s/C. Becker

By: Cara Becker, Case Administrator

cc: All counsel of record